## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

RECEIVED
19 JAN 14 PM 11: 27

U.S. DISTRICT COURT
S.D.N.Y.

Marash Vulcinaj

_____

Write the full name of each plaintiff.

18 CV 7606

(Include case number if one has been assigned)

-against-

- New York City Police Department (NYPD)
- City of New York

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☒ Yes    ☐ No

## AMENDED

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/19

## I.    PARTIES

### A.  Plaintiff Information

RECEIVED

19 JAN 14 PM 11: 27

U.S. DISTRICT COURT
S.D.N.Y.

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Marash                                    Nucinaj
First Name              Middle Initial    Last Name

86-48  110 Street
Street Address

Richmond Hill              N.Y.              11418
County, City               State            Zip Code

(718) 200-5828
Telephone Number                    Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    City of New York
                Name
                100 Church Street
                Address where defendant may be served
                New York              N.Y.              10007
                County, City          State            Zip Code

Defendant 2:    New York City Police Department (NYPD)
                Name
                One Police Plaza
                Address where defendant may be served
                New York              N.Y.              10010
                County, City          State            Zip Code

Page 2

Defendant 3:

_N|A_
Name

RECEIVED

19 JAN 14 PM 11: 27

U.S. DISTRICT COURT
S.D.N.Y.

Address where defendant may be served

County, City                State                Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_New York City Police Department (NYPD)_
Name

_One Police Plaza_
Address

_New York_          _N.Y._          _10010_
County, City          State          Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race: _White_

☒ color: _White_

☐ religion: _____

☒ sex: _Male_

☒ national origin: _Albanian_

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____White_____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law): _____

RECEIVED   19 JAN 14 PM 11:27   U.S. DISTRICT COURT S.D.N.Y.

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

RECEIVED

19 JAN 14 PM 11: 28

The defendant or defendants in this case took the following adverse employment COURT
actions against me (check only those that apply):                    S.D.N.Y.

- ☐  did not hire me

- ☐  terminated my employment

- ☒  did not promote me

- ☐  did not accommodate my disability

- ☒  provided me with terms and conditions of employment different from those of similar employees

- ☒  retaliated against me

- ☒  harassed me or created a hostile work environment

- ☐  other (specify): _____
  _____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

✱ Attached

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    5/31/2018

When did you receive the Notice?    6/04/2018

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☒ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

To be determined - lost wages, pension reduction, and emotional distress.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 01/11/2019 | Marash Vucinaj |
|---|---|
| Dated | Plaintiff's Signature |

| Marash | | Vucinaj |
|---|---|---|
| First Name | Middle Initial | Last Name |

86-456 110 Street

Street Address

| Richmond Hill | N.Y. | 11418 |
|---|---|---|
| County, City | State | Zip Code |

(718) 200-5828

Telephone Number                           Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**Amended Complaint**

RECEIVED

19 JAN 14 PM 11: 28

U.S. DISTRICT COURT
S.D.N.Y.

Re: <u>Vucinaj v. The New York City Police Department, et al.</u>
Civil Action No.: 18-CV-07606 (LGS)
Law Department Manager No.: 2018-075069

## <u>Plaintiff Pro Se: Marash Vucinaj</u>

1. The Plaintiff <u>pro se</u>, being a white Catholic male of ethnic-Albanian origin, *is **equally***, as are all others, under the protection of the law regarding membership in "Protected Classes" and thus **must** be afforded equal employment opportunities, without discrimination, and be so for all of the "Protected Classes"; not predominantly just for those New York City Police Department (N.Y.P.D.) executives who are of Irish or Italian descent, minority (e.g. Black, Hispanic, Asian), and/or female. The Plaintiff <u>pro se</u> is a son of immigrants and a lifelong New York City resident, who is a product of the public education system and also a world traveler/conversant that embraces diversity, but has worked hard to achieve his success for it to be usurped unfairly and unlawfully; bearing in mind that this practice also adversely impacts the efficacy of the N.Y.P.D., demoralizes the rank and file, and most importantly, the overall jeopardizing of public safety.

2. The Plaintiff <u>pro se</u> is a 9 year veteran Captain (promoted: 12/23/2009) with 25 years of service (appointed: 2/28/1994), who is an ideal candidate that possesses and exceeds both the experience and qualifications for the N.Y.P.D.'s Executive Advancement (i.e. discretionary promotion), including, but not limited to the following:
   - 9 years as an executive; total of 18.5 years of supervisory experience
   - Unblemished disciplinary record
   - Impeccable sick record (25 years with no sick days taken)
   - Assigned as a Commanding Officer previously; performed the duties and responsibilities of a Commanding Officer efficiently and successfully
   - Selected and stationed in France for three years as the N.Y.P.D. liaison to INTERPOL, the world's largest international police organization (currently with 194 member countries) and assigned as a Criminal Intelligence Officer to the Public Safety & Terrorism Sub-directorate. During which time was deployed to approximately 40 international missions conducting terrorism investigations, training, and working group meetings as well as being assigned to the United Nations as a counterterrorism expert and criminal investigator (i.e. political assassination)

- Selected as the Special Frauds Squad Commander which entailed supervising multi-jurisdictional/agency investigations involving the identification and targeting of individuals or groups of individuals for enforcement that are engaged in financial fraud and organized theft activities.
- Selected on two (2) separate occasions to be on the writing panel for Departmental promotion exams as a subject matter expert (e.g. Department policies and procedures, NYS Penal Law, etc.)
- School Safety Task Force Field Operations Lieutenant
- Field Training Police Officer & Sergeant

## Discrimination by the Defendants: the N.Y.P.D. and the City of New York

1. Paradoxically, the N.Y.P.D. Police Commissioner and the Mayor of New York City disregard and overlook the Plaintiff's qualifications, extensive experience, and overall exemplary career, for a promotion based on meritocracy to provide our communities with the best leadership the N.Y.P.D. has to offer, but instead promote employment discrimination to fulfill a political agenda of "equity and inclusion" by diversification; promoting less qualifying and even unqualified individuals, which also jeopardizes and compromises public safety.  Hypocritically, the N.Y.P.D. website (https://www1.nyc.gov/site/nypd/careers/police-officers/po-benefits.page), under "Promotional Opportunities" states, in part, "Promotion to detective, as well as all ranks above Captain, are **based upon merit**. Each of these ranks afford members the opportunity to earn significantly higher salaries," of which the Plaintiff is being denied, amongst other benefits that are commensurate with discretionary promotions.

2. The N.Y.P.D.'s Patrol Guide procedure 205-36, "Employment Discrimination," in part, states "Federal, State, and/or City laws and Department policy prohibit employment discrimination based on actual or perceived status of a person's race, color, national origin, religion or creed, gender (including gender identity) . . . and as follows: (a) Discriminatory treatment regarding any term, condition or privilege of employment including hiring, assignments, working conditions, salary and benefits, evaluations, promotions, training, transfers, discipline and termination . . . (c) Policy that has a disproportionate impact on a group specifically protected by law, unless the policy is justified by business necessity." These established/enacted laws, and equally the N.Y.P.D.'s policy, have been violated and supplanted by an unlawful political promulgation where those that are in the ranks of captain through chief (i.e. executives) are assigned a command or post, which leads to an assured discretionary promotion (e.g. deputy inspector, inspector, deputy chief, etc.), and even in some instances the promotion is made simultaneously with the new assignment, are almost exclusively based and determined on a candidate's race, color, national origin, religion or creed, gender for the ultimate ideological goal of achieving "diversity"-**regardless of one's qualifications and experience or lack thereof.**

3. The N.Y.P.D. (and Mayor DeBlasio) has boasted and flaunted their **illegal** "achievement" and continue to do so. As noted in this excerpt from the "N.Y.P.D. news" publication on January 18, 2018: "In the executive ranks of captain and above during the last four years, the N.Y.P.D. has increased the number of Hispanics by 15.3%, blacks by 53.8%, and Asians by 130%; women in these ranks by 36.5% [*with the ethnic Irish and Italians undoubtedly to continue being the majority recipients of the discretionary promotions*]." Making such a statement, one can only infer/deduce that the N.Y.P.D., at the behest of the Mayor, has implemented a quota system on the basis of a (reverse) discriminatory practice.

## Retaliatory Action by the N.Y.P.D.

1. Accordingly, after the Plaintiff pro se being unlawfully denied innumerable opportunities for promotion(s) over an extended period of time, he formally filed an employment discrimination complaint with the N.Y.P.D.'s Office of the Deputy Commissioner, Equal Employment Opportunity (case # 18s.18) on January 12, 2018 as well as with the United States Equal Employment Opportunity Commission (charge # 520-2018-01926) on April 04, 2018. Subsequently, the Plaintiff pro se was discriminated against, again, whereby they both refused/failed to fulfill their mandate and investigate the employment discrimination complaint and numerous documented attempts/requests to the N.Y.P.D. and the union for an explanation as to why the complaint was not investigated were all futile; reported to the Internal Affairs Bureau under log # 2018-48852. Conversely, the Plaintiff pro se was subjected to retaliation by being transferred on July 26, 2018 to a non-existent, unnecessary assignment, in a non-N.Y.P.D. facility (i.e. the MTA Rail Control Center), with no specific duties and responsibilities, to the present time of this complaint; further exclusion and isolation by co-workers. Multiple documented requests have been made to the executives of the N.Y.P.D. for clarification and details to the purpose/function of the assignment, and again, futile. The Transit Bureau's Liaison Unit, since its inception in 2004, has only been staffed by sergeants and sergeants alone, until the Plaintiff's unprecedented arrival. In addition to the denial of overtime opportunities, the assignment location has also created an unnecessary hardship by doubling the commute to work for the Plaintiff. Additionally, the N.Y.P.D. and its Document Production Unit failed to respond to a F.O.I.L. request in regards to the Plaintiff's complaint/claim, submitted on March 14, 2018 (FOIL # 2018-PL-4519), until September 19, 2018, after the Plaintiff filed his civil case on August 21, 2018, and still have yet to *fully* comply with request; another example of the N.Y.P.D.'s **contempt for the law** and declaration of its own self-indictment.

2. Another instance of the N.Y.P.D.'s tolerance for employment discrimination, and the promoting of a hostile work environment, against the Plaintiff was filed on April 24, 2015 (case # C79S15 / Internal Affairs Bureau # 2015-10349) with N.Y.P.D. concerning libelous and discriminatory remarks, such as the Plaintiff being a "terrorist" (presuming his ethnicity and religion), on the Rising Star Promotion's Active Board, a public website,

3

which is now owned by one (1) active male/Italian deputy inspector and one (1) now retired male/inspector deputy inspector of the N.Y.P.D. and visited by hundreds, if not thousands of uniformed members of the N.Y.P.D. and other members of the public, to which not only was no disciplinary and/or corrective action taken, but it was allowed to be continued for several years thereafter; violating both the N.Y.P.D.'s Employment Discrimination policy and its Social Media policy with impunity.

## Statistical/Supportive FACTS Substantiating Employment Discrimination

1. Since June 2016, the N.Y.P.D. has designated at least twenty-six (27) executives, who coincidentally and evidently are truly the "Protected Classes" (i.e. ethnic Irish or Italian, Black, Hispanic, Asian or Female), as commanding officers and/or promoted them at least once, despite have **serious disciplinary and arrest records/histories** (e.g. domestic violence) resulting in demotion, suspension, modification, guilty of "charges & specifications," or a combination thereof; **cause for dismissal/termination by an employer,** not promotion, especially in a law enforcement agency.

2. In the year 2017 the N.Y.P.D. held six (6) promotion ceremonies where a total of fifty-six (56) executives were awarded discretionary promotions of which approximately **96.4%** (upon information and belief) were either ethnic Irish or Italian, Black, Hispanic, Asian or Female.

3. In the year 2018 the N.Y.P.D. held nine (9) promotion ceremonies where a total of one-hundred (100) executives were awarded discretionary promotions of which approximately **90%** (upon information and belief) were either ethnic Irish or Italian, Black, Hispanic, Asian or Female.

4. The following are a small sample of the expeditious, fast-tracking of promotions, during the 2017-2018 period, that illustrate the Police Commissioner and the Mayor's discriminatory practice for political expediency:

   - Female/Hispanic promoted to Bureau Chief
     - five (5) promotions in less than 10 years, bypassing the Assistant Chief rank (from the time promoted to the rank of captain- 4/30/2008)
   - Male/Black promoted to Bureau Chief
     - five (5) promotions in less than 11 years (from the time promoted to the rank of captain- 5/25/2007)
   - Male/Hispanic promoted to Assistant Chief
     - an unprecedented four (4) promotions in approximately 6.5 years, bypassing the Deputy Chief rank (from the time promoted to the rank of captain- 4/29/2011)

- Female/Black promoted to Deputy Chief
  - three (3) promotions in 5.5 years (from the time promoted to the rank of captain- 1/25/2013)
- Female/White/Italian promoted to Deputy Chief
  - three (3) promotions in approximately 6.5 years (from the time promoted to the rank of captain- 10/31/2011)
- Male/White/Irish promoted to Deputy Chief
  - three (3) promotions in less than 6 years (from the time promoted to the rank of captain- 10/26/2012)

5. In stark contrast, those executives that are not on the Police Commissioner and Mayor's political agenda for preferential treatment (i.e. the "**Unprotected**" class) are disenfranchised and not so hastily promoted, as one can readily discern by comparing:

- Male/White/Other promoted to Deputy Chief
  - three (3) promotions in 13.5 years (from the time promoted to the rank of captain- 12/23/2003)
- Male/White/Other promoted to Deputy Chief
  - three (3) promotions in 15.5 years (from the time promoted to the rank of captain- 12/20/2002)
- Male/White/Other promoted to Deputy Chief
  - three (3) promotions in 16 years (from the time promoted to the rank of captain- 5/30/2002)
- Male/White/Other promoted to Inspector
  - two (2) promotions in 14.5 years (from the time promoted to the rank of captain- 12/21/2000)
- Male/White/Other promoted to Inspector
  - two (2) promotions in 12.5 years (from the time promoted to the rank of captain- 6/30/2006)
- Male/White/Other promoted to Captain
  - one (1) promotion in 11.5 years (from the time promoted to the rank of captain- 6/28/2007)

6. During the period of January 01, 2017 through January 11, 2019, the N.Y.P.D. designated a total of one-hundred and three (103) executives as commanding officers of commands/units or other titles/assignments, which the Plaintiff pro se was more qualified and deserving of, that eventually lead/led to discretionary promotions, of which approximately 95.2% (upon information and belief) were either ethnic Irish or Italian, Black, Hispanic, Asian or Female. They are as follows:

- Male/Irish- designated the Executive Officer of the Joint Terrorism Task Force on 4/17/2017, who has no terrorism experience and also has a disciplinary history (promotion to captain on 6/02/2014) - previously designated commanding officer of the Crime Scene Unit on 7/10/2015 subsequent discretionary promoted to Deputy Inspector on 9/30/2016; appointed 9/29/2000.
- Male/Irish- assigned to the Counterterrorism Bureau on 7/15/2015 and later designated the Operations Commander of the Counterterrorism Bureau on 12/17/2017, who was promoted from lieutenant to captain from the Counterterrorism Division on 01/30/2015 as well as sergeant to lieutenant on 8/3/2012, but has neither investigative nor terrorism experience including less supervisory experience and overall law enforcement (7 years & 8.5 years respectively).
- Male/Hispanic- designated commanding officer of Patrol Borough Manhattan North's Specialized Units on 12/14/2017, despite disciplinary history and lack of executive/supervisory experience; promoted to captain on 10/28/2016 and appointment date 7/1/2004.
- Male/Irish- designated commanding officer of the 94 Precinct on 11/22/2017, despite lacking the executive/supervisory experience (promoted to captain on 10/30/2015) and over all experience (appointed on7/01/2003).
- Female/Irish- designated commanding officer of the 102 Precinct on 11/22/2017, subsequently a discretionary promotion to Deputy Inspector on 11/20/2018, despite lacking supervisory/executive experience (promoted to captain on 6/26/2015) and over all experience (appointed on 7/01/2004).
- Male/Middle-Eastern – designated commanding officer of PSA5 on 11/22/2017, despite lacking supervisory/executive experience (promoted to captain on 6/26/2015) and over all experience (appointed on 1/10/2005).
- Male/Black- designated commanding officer of the 48 Precinct on 9/25/2017, subsequently a discretionary promotion to Deputy Inspector on 7/27/2018, despite lacking executive experience (promoted to captain on 9/26/2015); appointed on 9/29/2000.
- Male/Italian- designated commanding officer of the 62 Precinct on 9/25/2017, despite lacking executive experience (promoted to captain on 01/30/2015) and moreover, having a disciplinary history; appointed 7/06/1999.
- Female/Irish- designated commanding officer of the 76 Precinct on 9/25/2017, subsequently a discretionary promotion to Deputy Inspector on 8/31/2018, despite lacking executive experience (promoted to captain on 6/24/2016) and over all experience; appointed on 7/01/2002.
- Male/Hispanic- designated commanding officer of the 63 Precinct on 9/25/2017, despite lacking executive experience (promoted to captain on 10/30/2015); appointed on 3/10/2000.

- Male/Italian- designated commanding officer of the 110 Precinct on 9/25/2017, despite lacking executive experience (promoted to captain on 01/30/2015); appointed on 7/7/1999.
- Male/Hispanic- designated commanding officer of the 114 Precinct on 9/25/2017 (previously assigned to the Chief of Department's Operations Unit), subsequently a discretionary promotion to Deputy Inspector on 3/27/2018, despite lacking executive experience (promoted to captain on 6/2/2014); appointed 7/18/1996.
- Male/Italian- designated commanding officer of the Police Service Area 7 on 9/25/2017, despite lacking executive experience (promoted to captain on 9/24/2014); appointed October 2001.
- Male/Hispanic- designated commanding officer of the 33 Precinct on 8/23/2017, subsequently a discretionary promotion to Deputy Inspector on 7/27/2018, despite lacking executive experience (promoted to captain on 6/2/2014) and a disciplinary history; 8/30/1993.
- Male/Irish- designated commanding officer of Detective Borough Brooklyn South Operations on 7/7/2017, subsequent discretionary promotion on 12/22/2017 (promoted to captain on 8/27/2010).
- Male/Irish- designated commanding officer of the 6 Precinct on 6/28/2017, despite lacking executive experience (promotion to captain on 6/2/2104); appointed 7/10/1995.
- Male/Italian- designated commanding officer of 101 Precinct, subsequent discretionary promotion to deputy inspector on 8/31/2018, despite lacking executive/supervisory experience (promoted to captain on 11/25/2014) and overall experience (appointed on 1/10/2005).
- Male/Italian- designated commanding officer of the Patrol Borough Manhattan South's Specialized Unit, despite lacking executive/supervisory experience (promoted to captain 6/24/2016) and overall experience (appointed 7/11/2005).
- Male/Irish- designated commanding officer of the 24 Precinct 4/27/2017, despite lacking executive experience (promotion to captain on 9/30/2015), and moreover, a disciplinary history (served charges & specifications one month prior to his captain promotion and substantiated one month before being designated as commanding officer); appointed on 7/01/2003
- Male/Irish- designated commanding officer of the 61 Precinct on 4/24/2017, subsequent discretionary promotion to deputy inspector on 12/21/2018, despite lacking the executive experience (promotion to captain on 6/2/2014); appointed 3/1/2000.
- Male/Black- designated commanding officer of the 66 Precinct on 01/03/2017, subsequent discretionary promotion to deputy inspector on 11/21/2017, despite lacking executive experience (promotion to captain on 7/28/2014); appointed 8/31/1998.

- Male/Italian- designated commanding officer of Patrol Borough Brooklyn North's Investigations Unit, despite lacking executive experience (promoted to captain on 9/30/2015) and overall experience; appointed 7/01/2003.
- Male/Black- designated commanding officer of the Property Clerk Division on 10/29/2018, subsequent discretionary promotion to deputy inspector on 12/21/2018, despite lacking executive experience (promotion to captain on 8/27/2010; however was suspended, modified, and consequently assigned to his current command on 02/20/2013), and moreover, a criminal/disciplinary history.
- Male/Hispanic- designated commanding officer of 84 Precinct on 2/16/2017, despite lacking executive experience (promotion to captain on 4/26/2013), who is now currently assigned to the Candidate Assessment Division; appointed 4/30/2001.
- Male/Hispanic- designated commanding officer of the 45 Precinct on 3/04/2017, subsequent discretionary promotion to deputy inspector on 11/20/2018, despite lacking executive/supervisory experience (promotion to captain on 6/26/2015); 01/10/2005.
- Male/Italian- designated commanding officer of the Hate Crime Task Force on 3/06/2017, subsequent discretionary promotion to deputy inspector on 3/27/2018, despite having a disciplinary history.
- Male/Hispanic- designated commanding officer of the Transit District 3 on 3/10/2017, subsequent commanding officer of the 84 Precinct on 9/10/2018, despite lacking executive experience (promotion to captain on 6/26/2015); appointed 7/01/2003.
- Male/Italian- designated commanding officer of the Transit District 2 on 01/18/2018, despite lacking executive/supervisory experience (promotion to captain on 6/26/2015) and overall experience; appointed 7/11/2005.
- Female/Hispanic- designated commanding officer of the 30 Precinct on 01/18/2018, despite lacking executive/operational experience (promotion to captain on 10/30/2015); appointed 2/29/2000.
- Male/Irish- designated commanding officer of the Disorder Control Unit on 2/05/2018; promotion to captain on 8/27/2010.
- Male/Italian- designated training coordinator for the Strategic Response Group on 02/05/2018, and subsequently designated as the commanding officer of the Disorder Control Unit's Tactical Training Unit on 6/01/2018, despite lacking executive experience (promotion to captain on 6/30/2017).
- Male/White/Undetermined- designated adjutant for the Special Operations Division on 02/05/2018, despite lacking executive experience (promotion to captain on 7/28/2014); appointed 9/29/2000.
- Male/Hispanic- designated commanding officer of the Strategic Response Group # 2 on 02/05/2018, despite having a disciplinary record (promotion to captain on 8/02/2011).

- Female/Irish- designated commanding officer of the 122 Precinct on 3/05/2018, despite lacking executive experience (promotion to captain on 11/25/2014); appointed 7/07/1999.
- Probationary Male/White/Other- designated commanding officer of Patrol Borough Manhattan South's Investigations Unit on 11/27/2017, and subsequently designated executive office of the Medical Division on 3/12/2018, despite lacking the executive experience (promotion to captain 6/09/2017); appointed 3/01/2000.
- Male/Black- designated commanding officer of the 20 Precinct on 3/14/2016, subsequent discretionary promotion to deputy inspector on 3/31/2017, despite lacking executive experience (promotion to captain on 2/28/2014) and moreover, having a disciplinary record; appointed 7/26/1999.
- Male/Irish- designated commanding officer of the Patrol Borough Manhattan South's Investigations Unit on 4/16/2018, despite lacking the executive/supervisory experience (promotion to captain 10/28/2016) and overall experience; appointed 7/11/2005.
- Male/Irish- assigned to the Office of the Chief of Department on 3/17/2015 then Office of the Chief of Patrol on 9/21/2016 and then back to the Office of the Chief of Department on 01/16/2018, until being designated commanding officer of the 20 Precinct on 4/09/2018, subsequent discretionary promotion to deputy inspector on 12/21/2018, despite lacking executive/operational experience (promotion to captain on 9/29/2014); appointed 3/01/2000.
- Male/White/Other- designated the executive officer of Transit Bureau's Anti-Terrorism Unit on 4/06/2018, despite lacking executive/supervisory/operational experience (promotion to captain on 6/26/2015), no anti-terrorism experience and overall experience; appointed in 2005?.
- Male/Hispanic- designated commanding officer of the 26 Precinct on 5/03/2018, despite lacking the executive/supervisory experience (promotion to captain 9/30/2015) and overall experience; appointed 7/11/2005.
- Male/White/Other - designated commanding officer of the 90 Precinct on 5/03/2018, despite lacking the executive experience (promotion to captain 6/24/2016); appointed 3/01/2000.
- Male/Hispanic- designated commanding officer of the 1 Precinct on 5/03/2018, despite lacking the executive/supervisory experience (promotion to captain 10/30/2015), overall experience, and moreover, having a disciplinary record; appointed 7/11/2005.
- Male/Irish - designated commanding officer of the Patrol Manhattan South's Times Square Unit on 5/03/2018 (promotion to captain 8/30/2012); appointed 02/09/1999.
- Female/Black- designated to commanding officer of the Police Service Area 1 on 5/29/2018, despite lacking executive experience (promotion to captain on 11/22/2016); appointed 7/23/2003.

9

- Female/Black- designated commanding officer of the Police Service Area 1 on 3/14/2016, subsequent discretionary promotion on 12/21/2016, despite the lack of executive experience (promotion to captain on 6/02/2014); appointed 3/01/2000.
- Female/Irish- designated commanding officer of the Patrol Service Bureau's Investigation & Evaluation Section on 6/11/2018, despite lacking executive and investigative experience (promotion to captain on 11/22/2016).
- Male/Italian- designated commanding officer of the 112 Precinct on 6/21/2018, despite lacking executive experience (promotion to captain on 6/24/2016); appointed 7/01/2002.
- Male/Hispanic- designated commanding officer of the Detective Borough Manhattan South's Operations on 6/21/2018, despite lacking executive/supervisory experience (promotion to captain on 10/28/2016) and an extensive investigative background; appointed 7/01/2004.
- Male/Irish- designated commanding officer of the 9 Precinct on 7/16/2018, despite lacking executive/supervisory experience (promotion to captain on 11/22/2016); appointed 1/10/2005.
- Male/Irish- designated commanding officer of the 10 Precinct on 7/16/2018, despite lacking executive experience (promotion to captain on 10/30/2015); appointed 7/03/2003.
- Male/Black- designated commanding officer of the 100 Precinct on 7/16/2018, despite lacking executive experience (promotion to captain on 6/09/2017); appointed 7/01/2002.
- Male/Black- designated commanding officer of the Transit District 30 on 8/01/2018, despite lacking executive experience (promotion to captain on 6/09/2017), and moreover, a criminal/disciplinary history; appointed 7/18/2001.
- Male/Irish-Asian- designated commanding officer of the Transit District 30 on 3/01/2016, then commanding officer of the Transit District 33 on 8/01/2018, despite lacking executive/supervisory experience (promotion to captain on 11/25/2014) and overall experience; appointed 1/10/2005.
- Male/Italian- designated executive officer of the Office of Crime Control Strategies on 8/20/2018, despite being having a disciplinary record (promotion to captain 12/22/2006).
- Male/Irish- designated commanding officer of the 32 Precinct on 4/07/2014, subsequent discretionary promotion to deputy inspector on 3/29/2016, despite lacking executive experience (promotion to captain on 8/30/2012) and moreover, a disciplinary record. / Designated to commanding officer of the Office of Crime Control Strategies on 8/20/2018, subsequent discretionary promotion to 8/31/2018; appointed November 1998.
- Male/Italian- designated commanding officer of the Police Service Area 9 on 8/20/2018 (promotion to captain on 4/26/2013); appointed November 1998.

- Male/Black- designated commanding officer of Police Service Area 9 on 3/29/2016, subsequent discretionary promotion on 6/09/2017 (promotion to captain on 8/30/2012); appointed November 1998.
- Female/Middle-Eastern- designated commanding officer of the Internal Affairs Bureau's Command Center on 9/13/2018, despite lacking executive/supervisory experience (promotion to captain on 7/28/2017) and overall experience; appointed 1/10/2005.
- Male/Italian- designated commanding officer of the Transit District 4 on 9/04/2018 (promotion to captain on 8/29/2013); appointed 7/07/1999.
- Female/Black/Hispanic- designated commanding officer of the Transit District 3 on 9/10/2018, despite lacking executive/supervisory experience (promotion to captain on 6/24/2016) and overall experience; appointed 1/10/2005.
- Male/Irish- designated commanding officer of Internal Affairs Bureau's Group 41/Area A on 3/21/2016, subsequent discretionary promotion on 8/31/2018 (promotion to captain on 4/26/2013); appointed 9/29/2000.
- Male/Black- designated commanding officer of Police Service Area 8 on 10/01/2018, despite lacking executive/supervisory experience (promotion to captain on 6/'09/2017) and overall experience; appointed 1/10/2005.
- Female/Irish- designated executive officer of the Intelligence Bureau's Municipal Security Section on 10/01/2018 (promotion to captain on 6/02/2014).
- Female/Italian- designated commanding officer of the 45 Precinct on 7/22/2015, subsequent discretionary promotion to deputy inspector on 6/24/2016, despite lacking executive experience (promotion to captain on 2/28/2014) and a pending investigation.  Consequently, was MODIFIED on from 3/07/2017-4/20/2018 and was still designated commanding officer of the Youth Strategies Division on 10/01/2018: appointed 7/07/1999.
- Male/Asian- designated commanding officer of the Homeless Outreach Unit on 10/22/2018, despite lacking executive/supervisory experience (promotion to captain on 7/28/2017), and overall experience; appointed 7/11/2005.
- Male/Italian- designated commanding officer of the Transit Bureau's Investigations Unit on 10/26/2018, despite lacking executive experience (promotion to captain on 6/30/2017); appointed 7/07/1999.
- Male/Hispanic- designated executive officer of the Internal Affairs Bureau Administration on 11/12/2018, despite lacking executive/supervisory experience (promotion to captain on 6/30/2017) and overall experience; appointed on 7/01/2004.
- Male/Polish- designated commanding officer of the 49 Precinct on 11/15/2018, despite lacking patrol executive (promotion to captain on 6/27/2008); appointed 7/26/1996.
- Male/Hispanic- designated commanding officer of the 50 Precinct on 11/21/2018, however was on MILITARY LEAVE of ABSENCE (without pay) 1/01/2012-9/30/2017 (promotion to captain was on 6/30/2006); appointed 10/15/1990.

11

- Male/German- designated commanding officer of the Patrol Borough Bronx's Specialized Units on 12/10/2018, despite lacking executive experience (promotion to captain on 6/24/2016); appointed 7/01/2002.
- Female/Black- designated counterterrorism coordinator for the School Safety Division on 7/30/2018, despite lacking executive and counterterrorism experience (promotion to captain on 1/30/2015); appointed 7/01/2003
- Male/Irish- designated commanding officer of the 123 Precinct on 5/02/2016, subsequent discretionary promotion to deputy inspector on 1/20/2018, despite lacking executive experience (promotion to captain on 10/26/2012); designated the Patrol Borough Brooklyn South's Counterterrorism Coordinator on 11/26/2018, despite lacking any counterterrorism experience; appointed 7/07/1999.
- Male/Italian- designated commanding officer of the 78 Precinct on 7/17/2014, subsequent discretionary promotion to deputy inspector on 3/29/2016, despite having a criminal/disciplinary history (promotion to captain on 7/02/2010); designated Patrol Borough Brooklyn South's Counterterrorism Unit on 3/5/2018, despite lacking any counterterrorism experience and once again, having a disciplinary history; designated commanding officer of the Technical Assistance & Response Unit 10/22/2018, subsequent discretionary promotion to inspector on 12/21/2018.
- Female/Black- designated commanding officer of the 122 Precinct on 3/25/2015, subsequent discretionary promotion to deputy inspector on 12/18/2015, despite lacking executive experience (promotion to captain on 10/31/2011); designated Patrol Borough Staten Island Counterterrorism Coordinator 3/05/2018, subsequent discretionary promotion on 11/20/2018, despite lacking any counterterrorism experience; appointed 3/15/2000.
- Male/White/Other- designated commanding officer of the 78 Precinct on 3/05/2018, despite lacking executive experience (promotion to captain on 1/30/2015); appointed 7/01/2003.
- Male/Irish- designated commanding officer of the 68 Precinct on 3/05/2018, despite lacking executive experience (promotion to captain on 6/24/2016); appointed 3/01/2000.
- Male/Black- designated commanding officer of the 69 Precinct on 3/05/2018, despite lacking executive experience (promotion to captain on 6/24/2016); appointed 1/20/20004.
- Female/Black- designated commanding officer of the 88 Precinct on 3/05/2018, despite lacking executive/operational experience (promotion to captain on 6/24/2016); appointed 7/01/2003.
- Male/Irish- designated commanding officer of the 17 Precinct on 3/05/2018, despite lacking executive/supervisory/operational experience (promotion to captain on 9/29/2014); appointed 1/10/2005.

- Male/Irish- designated commanding officer of the 111 Precinct on 3/05/2018, despite lacking executive/supervisory/operational experience (promotion to captain on 9/29/2014); appointed 1/10/2005.
- Male/Irish- designated commanding officer of the 68 Precinct on 4/25/2016, despite lacking executive experience (promotion to captain on 8/30/2012, subsequent discretionary promotion to deputy inspector on 12/22/2017; designated commanding officer of the 60 Precinct on 3/05/2018; appointed 4/15/1997.
- Male/Italian- assigned to the Intelligence Bureau's Operations & Analysis Section (date?), subsequent discretionary promotion to deputy inspector on 12/22/2017, despite lacking executive/supervisory/operational experience (promotion to captain on 1/30/2015); subsequent designation as commanding officer of the 23 precinct on 1/18/2018; appointed 7/01/2004.
- Male/Irish- designated commanding officer of the 115 Precinct on 5/01/2013, despite lacking executive experience (promotion to captain 4/29/2011); subsequent discretionary promotion 6/26/2015. / Designated commanding officer of the 40 Precinct on 6/22/2016, subsequent discretionary promotion to Inspector on 8/22/2017; appointed 8/31/1998.
- Male/Hispanic- designated commanding officer of the Police Service Area 5 on 4/29/2015, despite lacking executive experience (promotion to captain on 8/29/2013), subsequently designated commanding officer of the 34 Precinct on 3/01/2016 followed with two consecutive discretionary promotions; deputy inspector on 3/29/2016 then inspector on 6/05/2018- appointed 4/14/1997.
- Male/Hispanic- designated commanding officer of the 76 Precinct on 6/22/2015, despite lacking executive experience (promotion to captain on 2/28/2014), subsequent discretionary promotion on 6/24/2016. / Designated commanding officer of the 67 Precinct on 9/27/2017, subsequent discretion promotion to inspector on 5/07/2018; appointed 2/28/1994.
- Female/White/Unknown- designated commanding officer of Transit District 1 on 5/29/2013, despite lacking executive/operational experience (promotion to captain 2/24/2012), subsequent discretionary promotion on 1/30/2015. / Designated the Transit Bureau administrator on 4/29/2015, subsequent discretionary promotion on 12/22/2017; appointed August 1998.
- Male/Italian- designated commanding officer of the Detective Borough Brooklyn South's Operations on 6/03/2015, despite lacking executive experience (promotion to captain 10/31/2011) and moreover, having a disciplinary record; subsequent promotion to deputy inspector on 12/18/2015. / Designated the executive officer of the Detective Borough Brooklyn North on 12/01/2016, subsequent discretionary promotion on 12/22/2017.
- Male/Hispanic- designated commanding officer of the Internal Affairs Bureau's Group1 on 4/30/2015 (promotion to captain on 8/29/2013), subsequent discretionary promotion to deputy inspector on 11/21/2017.

- Female/Hispanic- designated executive officer the Information Technology Bureau's Administrative Division on 8/25/2014, subsequent discretionary promotion to deputy inspector on 12/18/2015 (promotion to captain on 8/02/2011); designated commanding officer first to the 26 Precinct on 7/22/2016 and then the 41 Precinct on 5/03/2018, subsequent discretionary promotion to inspector on 11/20/2018; appointed 6/30/1995.
- Female/Black- designated commanding officer of the Transit District 2 3/29/2017, despite lacking executive/operational experience (promotion to captain on 7/28/2014), subsequent discretionary promotion to deputy inspector on 8/22/2017; appointed 7/18/1996.
- Female/Black- assigned to the Force Investigation Division on 6/08/2015, subsequent discretionary promotion to deputy inspector on 3/29/2016 (promotion to captain on 6/28/2013).
- Female/Irish- designated commanding officer of the Police Service area 8 on 7/13/2016, despite lacking executive experience (promotion to captain 7/28/2014), subsequent discretionary promotion to deputy inspector on 11/21/2017; appointed 9/29/2000.
- Female/Black- designated commanding officer of the 100 Precinct on 4/12/2016, despite lacking executive experience (promotion to captain on 2/28/2014), subsequent discretionary promotion to deputy inspector on 9/30/2016; appointed 3/03/1994.
- Female/White/Other- designated commanding officer of the Risk Management Bureau' Compliance Division on 9/30/2016, subsequent discretionary promotion to deputy inspector on 3/27/2018 (promotion to captain on 6/02/2014); appointed 7/26/1999.
- Male/Italian- designated commanding officer of the 83 Precinct on 8/18/2014, despite lacking executive experience (promotion to captain on 8/02/2011, subsequent discretionary promotion to deputy inspector on 12/18/2015. / Subsequent designation as the Patrol Borough Queens South Counterterrorism Coordinator on 1/09/2019; appointed 7/07/1999.
- Male/Black- designated commanding officer of the Police Service Area 2 on 11/19/2014, despite lacking executive experience and a disciplinary history (promotion to captain on 2/24/2012), subsequent discretionary promotion to deputy inspector on 6/24/2016. / Subsequent designation as the commanding officer of the Housing Borough Brooklyn on 1/09/2019; appointed 7/07/1999.
- Male/Italian-Irish- designated commanding officer of the Police Service Area 3 on 10/05/2016 (promotion to captain on 10/31/2011), subsequent discretionary promotion on 5/07/2018. / Subsequent designation as commanding officer of the 83 Precinct on 1/09/2019.

- Male/Italian- designated commanding officer of the Building Maintenance Section 4/17/2017, despite lacking executive experience (promotion to captain on 11/25/2014). / Subsequent designation as commanding officer of the Facilities Management Division on 1/07/2019.
- Male/Italian- designated commanding officer of the Life-Safety Systems Division's Electronics section on 9/15/2016 (promotion to captain on 10/26/2012), subsequent designation as commanding officer of the Life-Safety Systems Division on 1/07/2019: appointed 7/01/1998.
- Female/Italian- designated commanding officer of the Police Service Area 3 on 1/09/2019, despite lacking executive experience (promotion to captain on 6/24/2016).
- Male/Black- designated commanding officer of the Police Service Area 2 on 1/09/2019, despite lacking executive/supervisory experience and overall experience (promotion to captain on 7/28/2017); appointed 2005.
- Male/Other- designated commanding officer of the 73 Precinct on 1/09/2019 (promotion to captain 1/30/2015); appointed 7/01/2003.
- Male/Irish- designated commanding officer of the Life-Safety Systems Division's Electronics Section on 1/07/2019, despite lacking executive experience and moreover, a disciplinary history (promotion to captain on 8/31/2018);appointed 3/01/2000.



USM5W
SDNY

CLERK Pro Se Office

Marash Vucinaj / Pro Se
86-48 110 Street
Richmond Hill, NY 11418

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 15 AM 11:12
S.D. OF N.Y.