Page 1

1

2      UNITED STATES DISTRICT COURT

3      SOUTHERN DISTRICT OF NEW YORK

4   ---------------------------- X

    MARASH VUCINAJ,

5

              Plaintiff,

6

         vs.                        No. 18-CV-07606

7                                      (LGS)

8   THE NEW YORK CITY POLICE

    DEPARTMENT and THE CITY OF

9   NEW YORK,

10              Defendants.

    ---------------------------- X

11

12                   September 3, 2019

13                   10:15 a.m.

14

15        30(b)(6) deposition of The New

16   York City Police Department by its

17   representative MATTHEW PONTILLO, held at

18   the offices of White, Hilferty & Albanese,

19   570 Lexington Avenue, New York, New York,

20   pursuant to Court Order, before Theresa

21   Tramondo, AOS, CLR, a Notary Public of the

22   State of New York.

23   Reported by:

24

25

Page 2

```
 1
 2    APPEARANCE OF COUNSEL:
 3    FOR PLAINTIFF:
 4       WHITE, HILFERTY & ALBANESE
 5       570 Lexington Avenue, 16th Floor
 6       New York, New York  10022
 7       BY:  J. CHRISTOPHER ALBANESE, ESQ.
 8       Cja@nycjobattorney.com
 9       646-380-0117
10    FOR DEFENDANTS:
11       NEW YORK CITY LAW DEPARTMENT
12       OFFICE OF THE CORPORATION COUNSEL
13       100 Church Street
14       New York, New York  10007
15       BY:  AMANDA M. BLAIR, ESQ.
16       Ablair@law.nyc.gov
17       212-356-2424
18    FOR DEFENDANT THE NEW YORK CITY POLICE
19    DEPARTMENT:
20       NEW YORK CITY POLICE DEPARTMENT
21       One Police Plaza, Room 1406
22       New York, New York  10038
23       BY:  EMILY GOLD, ESQ.
24       Emily.gold@nypd.org
25       646-610-8415
```

Page 3

1

2                STIPULATIONS

3

4

5     IT IS HEREBY STIPULATED AND AGREED,

6  by and among counsel for the respective

7  parties hereto, that the filing,

8  sealing and certification of the within

9  deposition shall be and the same are

10  hereby waived;

11     IT IS FURTHER STIPULATED AND  AGREED

12  that all objections, except as to form

13  of the question, shall be reserved to

14  the time of the trial;

15     IT IS FURTHER STIPULATED AND AGREED

16  that the within deposition may be signed

17  before any Notary Public with the same

18  force and effect as if signed and sworn to

19  before the Court.

20

21

22

23

24

25

```
                                        Page 4
 1
 2    M A T T H E W   P O N T I L L O, called
 3    as a witness, having been duly sworn by a
 4    Notary Public, was examined and testified
 5    as follows:
 6    BY THE REPORTER:
 7          Q.    State your name for the record.
 8          A.    Assistant Chief Matthew
 9    Pontillo, P-O-N-T-I-L-L-O.
10          Q.    What is your address?
11          A.    Business address, One Police
12    Plaza, New York, New York 10038.
13    EXAMINATION BY
14    MR. ALBANESE:
15          Q.    Thank you for appearing here
16    today, sir.
17          A.    Okay.
18          Q.    How would you like to be
19    addressed?
20          A.    By my name Matthew Pontillo is
21    fine.
22          Q.    I wasn't sure if you would
23    prefer Mr. Pontillo, your title?
24          A.    That's fine.  I don't stand on
25    ceremony.
```

```
                                          Page 5
 1                  Pontillo
 2         Q.      Sounds good to me.
 3                 Please give me, just to go
 4    through your background a little bit, when
 5    did you join the NYPD?
 6         A.      So I joined New York City Police
 7    Department in July 1986.
 8         Q.      Is that when you went through --
 9    when you graduated?
10         A.      I started the police academy in
11    July of '86.  I graduated in December of
12    '86.  My first assignment to the police
13    academy was field training in Brooklyn.  I
14    was there for six months.  And then June of
15    '87, I was transferred to the 70th Precinct
16    and I was a police officer on patrol in the
17    70th Precinct for approximately seven years
18    and then promoted to sergeant in 1994.
19         Q.      And when you became a sergeant,
20    did you stay at the 70th?
21         A.      No.  So upon being promoted to
22    sergeant, I went to the 67th Precinct, also
23    in Brooklyn, and I was a sergeant there
24    through the end of 1996, and then I went to
25    Internal Affairs, and I was there a short
```

Page 6

```
 1                      Pontillo
 2   time until May of '97, when I was promoted
 3   to lieutenant.
 4              Upon being promoted to
 5   lieutenant, I went to Transit District 2 in
 6   lower Manhattan.  I was there for a few
 7   months.  And then in the fall of '97, I went
 8   to operations in police headquarters.  And I
 9   was there until the fall -- I think
10   September of 1999, and I was promoted to
11   captain.
12              Upon being promoted to captain,
13   I went to Patrol Borough Brooklyn North.
14   And then in 2000, I think the spring of
15   2000, I went back to operations as a captain
16   to work on a special project.  And following
17   that I was made permanent as the CO of the
18   Operations Unit that summer, I believe,
19   August of 2000.  I was there through 9/11.
20              And then July 1st of 2002, I was
21   transferred to the 68th Precinct as the
22   commanding officer, and I was there until
23   January of 2004, when I was transferred to
24   the Police Commissioner's Office, where I
25   was part of an executive management team,
```

```
                                        Page 7
 1                       Pontillo
 2     where I was working on the preparation for
 3     the upcoming Republican National Convention
 4     in New York.  After the RNC and a couple of
 5     other special projects ended, I think it was
 6     in September of '04, I was promoted to full
 7     inspector and transferred to the
 8     Intelligence Division.  And I was in Intel
 9     as the executive officer until 2011, when I
10     went to the Joint Terrorism Task Force.
11               In 2009 I was promoted to deputy
12     chief.  2011 I went to the Joint Terrorism
13     Task Force.  In 2013 while still in the
14     JTTF, I was promoted to assistant chief.
15     And then in March of 2014, I was transferred
16     to the Police Commissioner's Office.
17               Commissioner Bratton had taken
18     over the police department January 1st of
19     2014 and he made a whole series of internal
20     moves and executive changes, one of which he
21     wanted to create -- at the time we were
22     kicking around different names and different
23     concepts, but what is currently the Risk
24     Management Bureau.
25               We talked about a professional
```

```
                                      Page 8
 1                     Pontillo
 2   standards bureau, but primarily to respond
 3   to and deal with the Court-appointed monitor
 4   and Floyd stop-and-frisk lawsuit and also
 5   the newly created New York City Office of
 6   Inspector General for the NYPD, so we needed
 7   an entity internally to deal with them and
 8   manage those processes.  Ultimately, we
 9   decided on Risk Management Bureau.  That was
10   stood up in November of '04.  So I left the
11   PC's Office to be the commanding officer of
12   the Risk Management Bureau and then we
13   further built that out.
14              And then in January of 2018, I
15   left Risk Management to be the commanding
16   officer of the Office of the First Deputy
17   Commissioner, which is where I currently am.
18   So Risk Management is one of the bureaus
19   that reports to the first deputy
20   commissioner.  At the time the CO in that
21   office moved onto another assignment.
22   Commissioner Tucker, who is our first deputy
23   commissioner, asked me if I would want to
24   come over to his office to be the CO of his
25   office.  Of course, I accepted, and I've
```

```
                                        Page 9
 1                     Pontillo
 2    been there ever since.
 3          Q.    And that is a long and
 4    distinguished list.
 5          A.    Yeah, it's been quite a ride.
 6          Q.    I mean that wholeheartedly.
 7          A.    Thank you.
 8          Q.    What are your job duties as CO
 9    of the Office of the First Deputy
10    Commissioner?
11          A.    Sure.  So the Police Department,
12    it's a pyramid, it's a hierarchical
13    structure, paramilitary organization, so
14    there is a chain of command.  At the top
15    obviously the police commissioner, but then
16    in addition to the police commissioner, we
17    have the first deputy commissioner, who is
18    the highest ranking civilian member of the
19    department right after the police
20    commission.
21              Kind of on a parallel track, the
22    first deputy commissioner is the chief of
23    the department, who is the highest ranking
24    uniform member of the department.  He's a
25    four-star chief.  The chief of the
```

```
 1                    Pontillo
 2    department oversees the operational bureaus,
 3    so Patrol, Transit, Housing, all the cops on
 4    the street, detectives in the squad, they
 5    all report up through their respective
 6    bureau chiefs to the chief of department.
 7              Under the first deputy
 8    commissioner, we have a lot of the
 9    administrative and support units, so the
10    Training Bureau, the Risk Management Bureau,
11    the Personnel Bureau, Support Service
12    Bureau, responsible for our fleet, equipment
13    and a lot of our facilities, all report to
14    the first deputy commissioner.
15              So part of my job is oversight
16    of those bureaus, plus all the special
17    projects that we have ownership or some
18    program management over.
19              So, for example, body cameras.
20    We started the rollout of body cameras a few
21    years ago, and just over two years, about
22    two and a half years, we deployed about
23    24,000 body cameras.  We went from not
24    having any to being the largest deployment
25    in the United States.  And actually we just
```

```
 1                       Pontillo
 2   passed the UK for worldwide deployment.  So
 3   in terms of the policy, the training,
 4   managing that rollout, the follow-up, the
 5   auditing, that's all in my office.  So that
 6   was a project that I was responsible for.
 7           Q.     And some project --
 8           A.     Yeah, the IT side of it was the
 9   Information Technology Bureau, but
10   operational and programmatic side is in my
11   office.  All personnel matters, so
12   everything personnel comes to us.  We review
13   it and we will look for -- we will have the
14   Personnel Bureau do an analysis.  Let's say
15   if you're the CO of a unit and you want to
16   pick up me, transfer me into your unit, we
17   will do an analysis to see whether or not
18   you have a vacancy because there is a budget
19   line, of course, and there are enumerated
20   titles, whether or not you could have that
21   title, whether or not the command supplying
22   that person can afford to give that person
23   up.  So there is a whole analysis that goes
24   into it, and we will review it and make a
25   decision and recommendation.
```

```
                                        Page 12

 1                    Pontillo

 2              And then discipline, all

 3     discipline is under the First Dep.  So the

 4     department advocate, who is our internal

 5     prosecutor, as well as the deputy

 6     commissioner of trials, who is our internal

 7     administrative law judge, who oversees

 8     formal cases that go to trial, those cases

 9     all come to us.

10              We will analyze them, we will

11     consider the offense, the officer's history,

12     prior precedent, we will decide on --

13     basically, I will meet with the first deputy

14     commissioner, we will discuss each case.  We

15     have a discipline team, and we will decide

16     on what or he'll decide what his

17     recommendation is going to be and then that

18     goes to the police commissioner, and we meet

19     monthly with the police commissioner because

20     he is the final arbiter of discipline in the

21     department, but there is a lot of legwork

22     that goes into it, a lot of research, a lot

23     of preparation.

24              We will brief the first deputy

25     commissioner, we will go through the case,
```

```
                                         Page 13
 1                     Pontillo
 2    he may have questions, we will need some
 3    follow-up done.  Ultimately, we are
 4    preparing him to meet with the police
 5    commissioner to give a recommendation before
 6    the PC makes his final decision.
 7          Q.    That has been in the news a lot
 8    lately?
 9          A.    Yes.  So that was probably a
10    week of nothing else, but reading
11    transcripts and looking at exhibits.
12          Q.    I'm not going to go down that
13    road and I'm certainly not going to opine on
14    that one.
15                You mentioned transfers.
16          A.    Yes.
17          Q.    All transfers go through your
18    office?
19          A.    Most do.  So the normal process
20    is, because with that chain of command,
21    there are also a couple of units that would
22    report directly to the police commissioner,
23    so certainly those transfers aren't going
24    through our office.  They will come to us
25    basically as an FYY, the PC has already
```

```
 1                    Pontillo
 2    approved this.  But for like cross-bureau
 3    stuff, Criminal Justice Bureau basically the
 4    people who manage our Central Booking and
 5    arrest processing system, they want to pick
 6    up a sergeant.  The sergeant is coming
 7    through Patrol.  That will come up through
 8    us.  We will have personnel do the staffing
 9    analysis.  We will then make a
10    recommendation to the police commissioner.
11    And again, PC is the final arbiter on a lot
12    of stuff, including that.
13         Q.    Understood.  Your answers are
14    great because you cut off a lot of my next
15    questions.
16         A.    So actually, except executives.
17    Executives follow a different process.
18         Q.    That was my next question.
19              Forgive me, if you need water,
20    anything, please let me know, and we will
21    have it brought to you immediately.
22         A.    Okay, great.  Thank you.
23         Q.    So with the executives,
24    executives for the record are rank of
25    captain?
```

```
                                          Page 15
 1                      Pontillo
 2         A.    Captain and above.
 3         Q.    So it includes captain and
 4   above, correct?
 5         A.    Yes.  So the one distinction is
 6   that the rank of captain is a civil service
 7   title.  So the way you become a captain in
 8   the NYPD is that you take a competitive
 9   promotional civil service exam, and then as
10   we promote people, we go down the list.
11         Q.    Just like every sergeant and
12   lieutenant and everybody else?
13         A.    Right.
14         Q.    Understood.
15               So once you reach the rank of
16   captain, how many different ways can someone
17   be promoted?
18         A.    So there is one way, and that's
19   if the police commissioner decides to
20   promote you.  The police commissioner is the
21   final authority.  People will make
22   recommendations to him and we have a process
23   in place how those recommendations get to
24   the police commissioner, but by law, the
25   police commissioner is the authority or the
```

Page 16

                         Pontillo
1
2    final say on executive promotions, so only
3    he can promote somebody above the rank of
4    captain and it's up to his discretion.  He
5    can have a reason or no reason and typically
6    doesn't explain why he promotes who he
7    promotes.
8         Q.    How often does the police
9    commissioner see or authorize these
10   promotions or denies these promotions?
11        A.    It depends.  There are a number
12   of factors that weigh into when promotions
13   get done.
14             The most significant is the
15   budget.  So we have a $5.6 billion annual
16   operating budget.  Somewhere 93, 94 percent
17   of that is for personnel services, meaning
18   salary, fringe, pension payments.  It's a
19   whole host of -- but it's all personnel
20   expense.
21             The ranks of captain and above
22   are fixed to align in the budget.  So if we
23   don't have the money in the head count, if
24   we don't have a vacancy in the head count,
25   have the money, have the line item to

```
                                     Page 17
```

                              Pontillo

1     promote, say, a deputy inspector, then we

2     can't unless we find the money elsewhere,

3     and typically that would mean like giving up

4     like two police officers, trading two POs to

5     have funding for -- you know, there is no

6     new money coming in.  So that complicates

7     it.

8            At one point, back in like circa

9     2008, there was -- the union for a captain

10    through deputy chief is the Captains

11    Endowment Association.  They had a contract

12    back in, I think it was, 2008 that fixed the

13    number of spots, deputy inspector, inspector

14    and deputy chief as a percentage of the

15    population of captains.  They negotiated

16    that in the collective bargaining.  Their

17    thinking was we want a guarantee that we

18    have a certain number of minimum spots and

19    they don't go away or the money gets

20    reallocated to something else, so we want to

21    make sure we have -- and it's a small

22    number.

23            I think executives in total,

24    captains and above, is about 4 percent of

                                                    Page 18

1                          Pontillo

2    the Police Department, I think DI and above

3    is about 2 percent, chiefs are about .3

4    percent and above of the total agency.  So

5    very, very few spots at the top, few

6    competitive, few vacancies.

7                    Also, attrition plays in.  So

8    years prior to this current year, we had a

9    fairly steady rate of attrition.  So every

10   year or every month or couple of months

11   we've had vacancies in deputy inspector,

12   inspector and deputy chief.  We haven't had

13   that this year.  Over the last five or six

14   years, we've averaged, I think, 11 deputy

15   chiefs, 23 inspectors and 37 deputy

16   inspectors promoted per year.  That's an

17   average.

18        Q.    Promoted?

19        A.    Yes, to those ranks.  So 11

20   people were made deputy chiefs.

21                  This year we're at four deputy

22   chiefs, nine inspectors and eight deputy

23   inspectors.  Attrition has slowed down

24   considerably.  I haven't looked at it in

25   more than maybe about two months now because

Page 19

```
 1                    Pontillo
 2   there has been no need to.  I get a monthly
 3   report on staffing, and we don't have any
 4   vacancies in deputy chief.  As of a couple
 5   of months, we had no inspector vacancies.  I
 6   think only one or two DI vacancies.  And
 7   since we don't have the vacancies, we have
 8   not had an executive promotion since June.
 9             So we generally have promotions
10   monthly.  There has been a July promotion
11   ceremony and an August promotion ceremony.
12   We have promoted civilians, both
13   discretionary and civil service titles.
14   We've also promoted uniformed members of the
15   service, sergeants, lieutenants, but those
16   are all service ranks.  We haven't promoted
17   any discretionaries because we don't have
18   the vacancies in head count.  I think we're
19   expecting we will probably do some civilian
20   and some uniform executives in September,
21   but I'm not sure yet.
22        Q.   Do you have any idea as to why
23   the slowdown?
24        A.   No.  The job has been fairly
25   stable.  I think Commission Bratton left in
```

```
                           Pontillo
 1
 2     the fall of '15, September 16th or 17th.
 3     Commissioner O'Neill became police
 4     commissioner.  He made a few changes
 5     initially.  Some other people just left on
 6     their own.  But the job has been fairly
 7     stable since then.
 8               Also, higher executives don't
 9     retire all that often.  So a police officer
10     who retires, their average tenure is 24
11     years.  A three star chief who retires, the
12     average tenure is 38 years.  Therefore, a
13     two star and a one star, it goes down like
14     35, 36.  But even inspector and deputy
15     inspector it's up there.  Much more of a
16     turnover in the lower ranks, much less of a
17     turnover in upper ranks generally, but just
18     in the last year and a half attrition has
19     slowed down quite a bit.
20          Q.    What would you say is the
21     average, whether monthly or yearly,
22     executive retirement prior to, and that is
23     all ranks, just ballparking?
24               MS. BLAIR:  Let him finish the
25          question.
```

```
                                        Page 21
 1                    Pontillo
 2         Q.    I was just going to say, just to
 3    make it easier ballpark it, whether you want
 4    to do it monthly or yearly, the total of
 5    retirements for executives?
 6         A.    I just looked at this for last
 7    year.  I think it was around 30-ish for the
 8    year in 2018.  We can get --
 9         Q.    30-ish, right?
10         A.    About 30 -- yeah, my
11    recollection isn't very strong on this one.
12    I mean, we can talk about it.
13         Q.    That's fine.
14               Just again for the record, could
15    you provide me the ranks captain going
16    forward?  Above, I should say?
17         A.    Executives, the first, what we
18    consider an executive rank is captain.  As I
19    said, that is a civil service rank.  Above
20    the rank of captain, the promotions are
21    discretionary, meaning there is no civil
22    service exam, it's up to the police
23    commissioner and only the police
24    commissioner can promote.  The next rank up
25    is deputy inspector.  And then rank above
```

```
                                            Page 22
 1                    Pontillo
 2     that is inspector and then deputy chief.
 3     And then above deputy chief is assistant
 4     chief.  And after assistant chief is chief
 5     and that's the three-star chief, and those
 6     are the bureau chiefs, so chief of patrol,
 7     chief of detectives.
 8            Q.    That starts at three star?
 9            A.    Yes.
10            Q.    So what would it be, three star,
11     two star, one star?
12            A.    Yes.  So actually there is one
13     four-star chief, the chief of department,
14     and he's in command of all the operational
15     bureaus.  So all the three-star chiefs who
16     command Patrol, Transit, Housing, Detectives
17     all report to chief of the department.
18            Q.    Okay.
19            A.    And three-star chiefs run
20     bureaus, so the Patrol Bureau, the Detective
21     Bureau under the first dep.  The training
22     bureau and personnel bureau are commanded by
23     three-star chiefs.
24            Q.    How many three-star chiefs might
25     be there in NYPD?
```

```
                                        Page 23
 1                    Pontillo
 2        A.    I don't remember.  It's under
 3   20.
 4        Q.    Approximate, under 20?
 5        A.    Yes.  I think it's 12.
 6        Q.    What is the ranking above chief
 7   of the department?
 8        A.    Police commissioner.
 9        Q.    Police commissioner?
10        A.    Yes.  And the police
11   commissioner is appointed by the mayor.
12   That's governed by city charter.  It's a
13   five-year term.
14        Q.    We don't have to go above that.
15   My civil service exams are a little, you
16   know...
17        A.    Yes.
18        Q.    You said promotions above
19   captain are discretionary?
20        A.    Yes.
21        Q.    What is the procedure for a
22   captain to become a deputy inspector in that
23   capacity?
24        A.    Sure.  So currently there is a
25   process in place whereby people can request
```

                              Pontillo

1

2    to be considered and also for executives

3    like bureau chiefs and deputy commissioners

4    to put forth names to the police

5    commissioner to essentially get nominees on

6    the PC's radar screen with their

7    recommendations so when the PC is making his

8    decisions he will have greater insight into

9    the candidate pool and whether or not and to

10   what extent these individual's supervisors

11   and the bureau chief have or have not

12   recommended this person.

13              So just looking at the most

14   recent year, the way it began, late last

15   year, we began the executive advancement

16   process for 2019.  We put out a message

17   department-wide that the next round or the

18   2019 executive advancement process is

19   beginning.

20              And then we provided some

21   information about what that looks like.  And

22   essentially there are criteria.  So in order

23   to be considered for promotion, a captain

24   has to have at least two years in rank.  A

25   deputy inspector and inspector has to have

```
 1                      Pontillo
 2    at least one and a half year in rank.
 3                   They then have to go online on
 4    our NYPD intranet.  On our main portal page,
 5    there is an application tab, you would click
 6    on that.  There is an executive advancement
 7    portal.  You go into that.  And each
 8    applicant has to indicate their desire to be
 9    considered for promotion.  They have to
10    upload and submit a resume, a maximum of two
11    pages, and a maximum one-page personal
12    statement.  At one point we provided a
13    template for resume online so it made it
14    easier.
15                   They have to answer three
16    questions.  Essentially, would you be
17    willing to be transferred if it meant
18    getting promoted, would you be interested in
19    a command assignment as the CO of a precinct
20    transit district or housing PSA or finally
21    do you want to stay in your present command
22    or are you amenable to change?
23                   After you do that, and then this
24    year for the first time, we included what
25    used to be a separate process to indicate
```

Page 26

```
              Pontillo
1
2    your preference to be a CO or not.  So if
3    you've never been a CO or even if you have,
4    I want to be CO of an operational command,
5    precinct, transit district, PSA because the
6    thought was that prior to this process, it
7    could be a topdown, but we wanted to give
8    people a voice up to say this is what I want
9    to do or I don't want to do.  I want to
10   throw my hat in the ring for promotion, but
11   I want to say in my current command, so I
12   think I should get promoted where I am.  So
13   to give people the ability to state their
14   preference.
15             That will be open for some
16   period of time.  This year we had it open I
17   think through the end of November, and we
18   ended up extending it out another week just
19   because of the holiday.  We figured it would
20   give people more of a chance, and cops
21   generally take to the last minute to do
22   things anyway.  So we said, you know what,
23   let's push it out a week past Thanksgiving.
24   So we put out a notice that we were
25   extending it and kept it open and then we
```

```
                                           Page 27
 1                       Pontillo
 2      get all the applicants.
 3                   Once we get everything, we check
 4      everything and make sure it's accurate, it's
 5      complete, it's all there, we then put
 6      together the packages.  So the person's,
 7      their resume, their personal statement, how
 8      they answered the questions in terms of what
 9      their preferences are.  We then send those
10      to the appropriate bureau chief.  So if it's
11      a captain in the Detective Bureau who is
12      requesting consideration to promotion to
13      deputy inspector, we would send that package
14      to the chief of detectives.  We send a cover
15      letter.
16                   We also apportion a number of
17      slots that each bureau has.  So what we do
18      is each year we look back historically how
19      many promotions we made in each rank over
20      the last several years.  And like I said
21      before, for last six, it has been 11 -- the
22      average has been 11 deputy chiefs, 23 full
23      inspectors and 37 deputy inspectors.
24           Q.     37, you said?
25           A.     Yes.
```

Page 28

```
 1                    Pontillo
 2           So based upon that, we apportion
 3    a number of slots for each bureau chief to
 4    make recommendations based upon their
 5    percentage of the population of the
 6    department.  So how many executives do you
 7    have, okay, that's a certain percentage of
 8    the overall population, and based on what
 9    we've done historically and what we expect
10    to attrit (sic) out this year, it's an
11    estimate, we think we'll have this many
12    vacancies.
13           Now, we give the bureaus more
14    slots than we have actual vacancies for
15    because there is this elimination process.
16    We know that the chief of detectives is
17    going to make a recommendation that is going
18    to go the chief of department.  The chief of
19    department may want to review that and may
20    or may not submit some or all of those names
21    going forward.  So we give them more slots
22    than we have actual vacancies for just to
23    cast a wider net and expand the pool.
24           We collect all of those back.
25    Once we have completed packages from the
```

```
1                      Pontillo
2    bureau chiefs and deputy commissioners --
3    some bureaus are headed by civilians; for
4    example, Risk Management is now headed by a
5    deputy commissioner.  It's either deputy
6    commissioner or bureau chief or three-star
7    chief heads a bureau.  So we will get all of
8    those packages back, we will check them,
9    sometimes there are discrepancies, something
10   is left out, but then we compile them and
11   they go to the overhead commands.
12              So ultimately the way the
13   candidate pool kind of gets filtered to a
14   smaller batch of people as it goes through
15   the chain of command, so like I said, there
16   are essentially three chains of commands in
17   the Police Department.  You have the chief
18   of the department who commands the
19   operational bureaus.  You have the first
20   deputy commissioner who oversees all of the
21   support bureaus.  And then the police
22   commissioner has a certain -- there are
23   certain units that would report directly to
24   him, information technology, management and
25   budget, for example.
```

```
                                          Page 30

 1                      Pontillo

 2            So prior to a promotion, when we

 3    expect that we will be promoting executives,

 4    based upon the number of vacancies that we

 5    have, the first deputy commissioner will

 6    meet with the chief of department and the

 7    chief of staff, and they will discuss who is

 8    on the promotion list in terms of who is

 9    recommended by the bureaus.  So ultimately

10    what happens is everybody -- and we call

11    this tiers now, so Tier 1, 2 and 3 on what

12    is ultimately a promotional eligible grid of

13    names.

14        Q.    Basically ranked, these are who

15    I would say first, second and third in order

16    of promotion, it goes up the chain or down

17    the chain and gets weeded out from there?

18        A.    Right, so there is kind of a

19    vetting process at each intermediate level.

20    The first basic level is everybody who is

21    eligible who applies.  The next level or

22    kind of the first tier of recommendations is

23    the bureau chief recommending who the bureau

24    chief thinks is eligible based upon the

25    allotment they have been given based upon
```

```
                                            Page 31
 1                        Pontillo
 2    how many people we expect to promote that
 3    year, which is based upon our history of
 4    promotions and prior years.
 5               So after bureau chiefs, then it
 6    goes up to the person they report to,
 7    whether it's the first deputy commissioner,
 8    the chief of staff in the Police
 9    Commissioner's Office or the chief of
10    department.  They then have a certain number
11    of slots that they are given, which is again
12    a little bit more than the total number of
13    vacancies we expect to have, but less than
14    what their subordinate commands have.  So
15    again, it's sort of this culling process to
16    narrow the group.
17               They then make their
18    recommendations as to who their top picks
19    are.  And that is Tier 1 of the grid.  Those
20    are the people who are eligible, applied,
21    recommended by their bureau chief.  It gets
22    to their overheads.  So in my chain of
23    command, the first deputy commissioner, and
24    first deputy commissioner has a certain
25    number of slots, and, you know, this is his
```

```
                                    Page 32
 1                     Pontillo
 2   recommendation for deputy chief for full
 3   inspector for this year.  And that's Tier 1
 4   of the grid.
 5              So now, fast forward, so if, for
 6   example, in September there are going to be
 7   executive promotions based upon what we can
 8   afford in our budget, the first deputy
 9   commissioner will meet with the chief of the
10   department and with the chief of staff.
11   They will go over the grid.  They will look
12   at everybody who is Tier 1 first.  They will
13   discuss, and depending upon how many
14   vacancies they have, they may or may not
15   make recommendations out of Tier 1.
16   Sometimes they go into Tier 2.  We've even
17   had people who are Tier 3 who have gotten
18   promoted historically.
19              And we explain that in the
20   messages that have gone out.  We put them
21   out through FINEST message, which is our
22   internal version of a teletype system, as
23   well as e-mails.  We explain that ultimately
24   the police commissioner reserves the right
25   to promote anybody he wants and that the
```

```
                              Pontillo
 1
 2      situation may change over the course of a
 3      year, so from the time you first submit your
 4      resume and your package and say November or
 5      December, fast-forward the following
 6      September, things are going to very, very
 7      different in the Police Department.  You may
 8      have moved into a different assignment or
 9      somebody else may have moved into an
10      assignment because they were the best
11      qualified for that given their skill set and
12      now that is a position that warrants a
13      promotion.  So there are a lot of variables
14      that could affect when somebody gets
15      promoted and why and how they get
16      recommended.
17                But that kind of hierarchical
18      process whereby there is like everybody who
19      is eligible going up to the people who are
20      the number one choices based on the
21      allocation that is given to them, the first
22      deputy commissioner, the chief of department
23      and the chief of staff is a way to get
24      people on the police commissioner's radar
25      screen.  Like, hey, here is somebody who is
```

```
1                     Pontillo
2    eligible, they applied, they put in, their
3    bureau chief recommended them, the first
4    deputy commissioner recommended them, and
5    it's the first dep's number one person for
6    deputy chief.  That gets presented to the
7    police commissioner so he could look at
8    that, he could factor in, okay, this is who
9    applied, this is the job they're in, this
10   person was recommended.  You know, he may
11   solicit other counsel, he may consider other
12   factors because it is his discretion
13   ultimately, but the process is designed to
14   get a very, very broad pool of people into
15   the mix to get people on his radar screen.
16            So he's aware of -- because the
17   longer the police commissioner is the police
18   commissioner, the fewer and fewer captains
19   he knows because more people are getting
20   promoted all the time through the civil
21   service process and people are moving, so he
22   becomes a little bit more removed from that
23   process.  So that's why the process is in
24   its current state now.
25            Q.    Understood.
```

```
1                    Pontillo
2            How often would you say people,
3    I guess it would be the police commissioner,
4    would skip over people in the first tier to
5    promote people in the second tier or those
6    behind him?
7         A.    It happens that Tier 1 and Tier
8    2 is not a guarantee that anybody will get
9    promoted, but historically it's a very good
10   indicator of who actually gets promoted.
11        Q.    Do the people in Tier 1 or Tier
12   2 know they're in that tier?
13        A.    Now they do.  So this is kind of
14   a new process that goes back to -- the first
15   iteration of this was in 2016.  It was a
16   change from the prior promotion process and
17   it was designed to give more feedback.  Now
18   the original version in 2016, there was
19   supposed to be feedback and feedback was not
20   always given.  So there this past year what
21   we've done is mandated feedback and created
22   a tracking system to make sure that
23   everybody got feedback that was supposed to
24   get feedback.  So we spelled that out in
25   directives that went out.  So again through
```

```
 1                    Pontillo
 2    FINEST and through e-mails and the audience
 3    of some of the e-mails varied.
 4              So there are e-mails directed at
 5    eligible people describing the process to
 6    them and telling them what to do, along with
 7    the FINEST messages.  But we also sent
 8    e-mails to higher ranking executives, saying
 9    here is what your subordinates were told and
10    here is what is expected of you now.
11              So then to support that, we did
12    an executive conference back in March of
13    this year, and we had -- it was for all
14    captains and above and all civilian deputy
15    directors above at the police academy,
16    day-long training, guest speakers, but there
17    were breakout sessions, and one of the
18    breakout sessions was on how to give
19    feedback to subordinates.  And so the
20    direction was if you're one of the
21    executives who have been tasked of giving
22    feedback, you should sign up and attend this
23    breakout session.
24              And then to further support
25    that, beginning -- we were preparing for in
```

```
                                      Page 37
                         Pontillo
 1
 2    April, either the end of April or certainly
 3    by the beginning of May, we conducted
 4    feedback workshops in police headquarters
 5    and every two- and three-star chief who was
 6    responsible for giving feedback came to a
 7    class and it was about two hours and it was
 8    an overview of the promotion process and it
 9    was basically direction on how to give
10    feedback.
11              MR. ALBANESE:  Let's go off the
12         record.
13              (Recess taken.)
14         Q.    How often are there individuals
15    on the three tiers that don't get promoted
16    in a given calendar year?
17         A.    There are some.  There are some
18    Tier 1 people who don't get promoted.  There
19    are Tier 2 people that don't get promoted.
20    And certainly Tier 3.  Again, given the
21    issue with the head count and number of
22    vacancies and money in the budget to make
23    promotions.  Like I said, for example, the
24    average over the last six years, 11 deputy
25    chiefs.  This year we've done four.  We
```

```
                                                    Page 38
 1                           Pontillo
 2      probably won't make 11 this year.  With only
 3      eight deputy inspectors promoted, we're not
 4      going to get to 37 by the end of the year.
 5      There is just no room in the head count.  So
 6      that means a lot of Tier 1, Tier 2 and Tier
 7      3 people will not get promoted.
 8             Q.    Do you say that happens every
 9      year?
10             A.    Every year, and it fluctuates a
11      little based upon the budget and the head
12      count and what we can actually promote to.
13      Yeah, it's designed to be more inclusive and
14      get more people than the actual number of
15      vacancies we expect.  You know, Tier 1 is
16      close to the historical number of vacancies
17      in terms of the number of spots in each one.
18      Tier 2 and 3, generally, no, but like I
19      said, situations change sometimes over the
20      course of the year.  But generally my
21      experience has been that not everybody in
22      Tier 1, certainly Tier 2 and definitely Tier
23      3 get promoted.
24             Q.    Are people who are passed over
25      for promotions in Tier 1 and Tier 2 treated
```

```
 1                     Pontillo
 2   differently from people in Tier 3 who just
 3   hadn't reached that number?
 4         A.    No, except that the feedback
 5   from their bureau chief would be different.
 6   So when the bureau chief speaks to a person
 7   who they recommended and then the chief of
 8   the department recommended as part of his
 9   allotment, so putting that person into Tier
10   1, that's a great conversation.  I
11   recommended you and the chief of department
12   agrees and he recommended you as well and
13   you're in Tier 1, so you're in a very good
14   position to be promoted this year, keep up
15   the good work.
16              As opposed to Tier 2, I
17   recommended you, but you didn't make the
18   next cut because of the limited number of
19   spots and it's much more competitive, but
20   keep doing what you you're doing.  And then
21   Tier 3 could be a whole host of reasons why
22   they didn't.  It could just be, hey, you're
23   great, other people are better, more
24   deserving or you need improvement in certain
25   areas or you haven't been in command long
```

```
                                            Page 40
                           Pontillo
 1
 2    enough.  I mean, whole host of reasons why a
 3    bureau chief could give to a person
 4    depending upon how they assess their
 5    personnel.
 6          Q.     Understood.
 7                 For those individuals who are
 8    passed over for a promotion, do they have to
 9    reapply the following year?
10          A.     Yes.  So soon, probably by
11    October or November, we will put out the
12    first notice that the 2020 executive
13    advancement process will begin and we will
14    ask people to do basically what they have a
15    done last year.  If they're interested, they
16    will have to go online, submit an updated
17    resume, personal statement, answer questions
18    about their career preference and then we
19    will repeat that whole process again.
20          Q.     Just to make sure, if you, "you"
21    being the NYPD, promote 11 deputy chiefs and
22    you have number 12, 13, 14 on the list,
23    obviously you don't get to those
24    individuals --
25          A.     Yes.
```

```
                                      Page 41
 1                  Pontillo
 2        Q.    -- do they have to reapply?
 3        A.    Yes.  We basically erase
 4   everything and start all over again every
 5   year.
 6        Q.    How many people do you believe
 7   on average would reapply if they have been
 8   passed over for a promotion?
 9        A.    I've never done the analysis;
10   although, I can say from looking at this
11   year's grid and last year's grid, I
12   recognize a lot of names repeating, so
13   people do reapply.
14        Q.    I believe you said that this is
15   a more recent aspect of promotion?
16        A.    Yes.
17        Q.    What was the system before that?
18        A.    So there was a variation of
19   this.  It began in 2016.  So at the end of
20   2015 an announcement was made that there was
21   going to be a change to the executive
22   advancement process, and the version that
23   came out for 2016, the notice went out at
24   the end of '15, but it was for calendar
25   2016.  It was similar.  You had to go online
```

                        Pontillo
1
2    to the portal, you had to submit your
3    resume.  There was peer voting and people
4    could vote for people in their own rank and
5    ranks below them.  So as a chief, I could
6    vote for captains, DIs, inspectors and
7    chiefs.
8         Q.    Would that be similar in nature
9    to being recommended for a promotion or is
10   that --
11        A.    No, it's more of a popular vote.
12   The thought being -- and, you know, we
13   reconsider this every year because we still
14   do the voting, except now that you don't get
15   to vote for people in your own rank.  You
16   get to vote to people below your rank.  It's
17   a way to just add more information to the
18   conversation.
19        Q.    Does an individual have to put
20   themselves into the portal for the peer
21   voting or is it a situation where people can
22   nominate and then vote?
23        A.    People could vote for anybody.
24   You know, when they get told that they can
25   vote, when they go online, it's on the

```
                                          Page 43
 1                     Pontillo
 2    portal again, and, you know, you log in with
 3    your credentials, so it recognizes you, so
 4    it knows who is making the vote.  There is a
 5    list of who is eligible and who has
 6    submitted, but quite frankly you could write
 7    somebody in if you wanted to.
 8               MS. BLAIR:  I just want to
 9          clarify, that's for this year
10          currently or are you talking about
11          2016?
12               THE WITNESS:  We do the voting
13          this year.  We did it this year as
14          well, except it was only people --
15          ranks below you.  Back in 2016, you
16          could vote for peers as well as people
17          below you.
18          Q.    Understood.
19          A.    And then there was a board that
20    looked at all the peer voting and then
21    looked at all the applications and then made
22    a recommendation to the police commissioner.
23    And the board members were three ranks
24    higher than the applicants.  For example,
25    all of the captains who submitted for
```

```
 1                      Pontillo
 2    consideration to become deputy inspector,
 3    the board was -- consisted of one-star
 4    chiefs and they were selected by the Police
 5    Commissioner's Office.  Then their
 6    recommendations, along with the resumes and
 7    voting results, all went to the police
 8    commissioner.
 9           Q.    Understood.
10                 What was the system in place
11    prior to 2016?
12           A.    So prior to 2016, and this goes
13    back to the Kelly administration, and it
14    kind of carried over into the Kerik
15    administration a little bit, so there was a
16    process in place where there was peer
17    voting, you could vote for -- I used to get
18    the ballots.  You would get a paper roster
19    of every executive on the job there.
20           Q.    That must be a pretty big
21    roster?
22           A.    It was.  It would fold out and
23    it was from like a dot matrix paper and you
24    would get this one and a half inch thick and
25    you would fold it, unfold it because it was
```

```
                                          Page 45
                              Pontillo
 1
 2     by rank and it was by assignment.
 3            Q.     Reminds me of grade school.
 4            A.     Yeah, I mean, that's what it
 5     was.  As I recall, it was you could vote up
 6     to five captains for deputy inspector and up
 7     to four deputy inspectors for inspector and
 8     then up to three inspector to chief.  And
 9     you would seal it in an envelope and mail
10     into the First Deputy Commissioner's Office.
11     So there was a period of time when -- and
12     then there was interviews.  So the Police
13     Commissioner's Office would select who would
14     go for an interview.  And that could be
15     based in part upon the voting.  It also
16     could be based in part upon the assignment,
17     but back then, it was also contingent on
18     that contract provision that indicated the
19     number of vacancies for each rank.
20                  Since that contract, that's gone
21     away.  So the CEA is now trying to get that
22     back and said we never gave that up, but
23     they omitted it from the last couple of
24     contracts.  So that may or may not be a
25     collective bargaining right.  Nobody knows.
```

```
 1                    Pontillo
 2   And that may get litigated at some point.
 3              So right now it's purely
 4   monetary based upon the budget and what
 5   we're allocated for in the budget in terms
 6   of head count.  But the voting would be
 7   collected by the First Deputy Commissioner's
 8   Office.  The First Deputy Commissioner's
 9   Office would schedule all the interviews.
10   And it was a panel of chiefs essentially
11   interviewing people who came in.  People
12   were notified by the Police Commissioner's
13   Office to appear for the interview.  And
14   then the staff and the First Dep's Office
15   would compile the voting results.
16              They would collect -- there were
17   basically evaluation sheets or score sheets
18   prepared by the members of that interview
19   panel.  They would take all that, package it
20   altogether and give it to the Police
21   Commissioner's Office, and then Police
22   Commissioner Kelly would ultimately decide
23   who got promoted.
24        Q.    Correct me if I'm wrong, the
25   only way to be promoted prior to 2016 is
```

Page 47

```
 1                     Pontillo
 2     this peer voting system?
 3          A.    Well, no.  Peer voting was an
 4     element of it.  My understanding is the
 5     thought process was the same.  It was to
 6     highlight people and to get people to raise
 7     awareness about people that the police
 8     commissioner may not have a lot awareness
 9     of.  So it was a factor to be considered,
10     but it was not in any way controlling.  It
11     did determine who got an interview.  It did
12     not determine who got promoted.  It was just
13     a factor.
14               So the package that would get
15     put together would be the individual, it
16     would be how many votes they got, if any, it
17     would be results of their interview and how
18     they scored in the interview, and all that
19     would go to the police commissioner.  It was
20     something he would use when considering
21     promotions, but it wasn't controlling.
22          Q.    So what was some of the other
23     ways before the portal existed that a
24     captain, an inspector would be considered
25     for a promotion?
```

Page 48

```
 1                    Pontillo
 2        A.    So during the Kelly
 3   administration, that was it, Police
 4   Commissioner Kelly decided.  He considered
 5   the material that was provided to him
 6   regarding the voting and the interview
 7   process and how people did on the
 8   interviews.  Ultimately, if he used other
 9   criteria, I would not know, again, because
10   it's discretionary and it's his prerogative,
11   so, you know, he could have considered other
12   things.
13        Q.    Did individuals have to put in
14   their resume or was it also recommended from
15   their higher-ups, their supervisors?
16        A.    No.  Back then, the Kelly
17   process, no, there was no resume.  It was
18   basically they had your career profile, you
19   know, your personnel record with everything
20   you've done, every place you have been, your
21   skills, education, job experience, and then
22   the results of the peer voting and the
23   results of the interview panel.
24        Q.    What did it take for an
25   individual to get to that interview panel?
```

1                    Pontillo

2          A.    That I don't know.  You were

3      notified by the Police Commissioner's

4      Office.  So, for example, from my own

5      experience in 2004, I received a phone call

6      from one of the police commissioner's

7      secretary notifying me to appear at a

8      certain date and time at First Deputy

9      Commissioner's Office for a promotional

10     interview.

11         Q.    Prior to that, you had no idea

12     you were being considered?

13         A.    Considered, right, no.

14         Q.    How familiar are you with the

15     promotion process prior to 2016?

16         A.    I was not involved in it other

17     than as an executive.  I would receive those

18     packages in the mail with the roster of all

19     executives and voting sheet because it was a

20     paper process.  So 2016 is the first time it

21     went online and it was paperless.  But as an

22     executive in different ranks every year I

23     would get the ballot and that printout

24     listing all the executives.  And it gave

25     information such as their promotion date,

```
                                        Page 50
 1                    Pontillo
 2    their time in command, the date of their
 3    current rank.
 4         Q.    Were individuals -- strike that,
 5    please.
 6              Would an individual's time per
 7    rank go into consideration?
 8         A.    I don't know.  I mean, you know,
 9    when Police Commissioner Kelly was a police
10    commissioner, he could have considered all
11    of that.  Certainly it's information he had
12    available to him.  It was part of that
13    process.
14         Q.    Other than Police Commissioner
15    Kelly, who else would consider these
16    promotions at that time during Police
17    Commissioner Kelly's tenure?
18         A.    So everything went to him.
19    Everything went to Police Commissioner
20    Kelly.  So the Office of the First Deputy
21    Commissioner facilitated a process, you
22    know, conducting the interviews and mailing
23    out the ballots and collecting them back,
24    but everything went to the Police
25    Commissioner's Office.
```

```
                                              Page 51
 1                      Pontillo
 2              MR. ALBANESE:  Do you want to
 3         take ten minutes.
 4              (Recess.)
 5         Q.    Since 2016 we've discussed Tier
 6    1, 2 and 3 and the different slots that are
 7    available for promotion.
 8              When taking into those tiers and
 9    slots for promotion, does the NYPD and the
10    police commissioner and those below him take
11    into account an individual's race, creed,
12    into promotion aspects?
13         A.    No, it's not a disqualifier in
14    any way certainly.  It's not a factor that
15    weighs in favor of or against anybody.  I
16    mean, I could only speak to the process that
17    I'm familiar with in my bureau certainly or
18    my chain of command and the way the first
19    deputy commissioner analyzes these things.
20              So when we get the
21    recommendations from our subordinate bureaus
22    and they come up to us, the first deputy
23    commissioner will evaluate the individual,
24    their career, their accomplishments, their
25    capabilities.  All of the executives who
```

```
                                    Page 52
                        Pontillo
 1
 2   were recommended by their bureau chiefs,
 3   before the first deputy commissioner made
 4   his selection for Tier 1, he interviewed
 5   everybody.  So he had a good handle on who
 6   they were, got to assess their demeanor,
 7   their communication skills, a little bit
 8   about their judgment, in addition to their
 9   kind of paper personnel record and their
10   written statement and resume.
11        Q.    For the promotions for the rank
12   of captain -- above captain, does the NYPD
13   have an affirmative action type system in
14   place?
15        A.    So, no, there is no formal
16   system or program in place.
17        Q.    Is there an informal system?
18        A.    No.  I mean, it's something we
19   look at.  So diversity is always a question
20   in terms of how we're doing.  It's something
21   that we get challenged on periodically.  So
22   our goal is to have as diverse of a
23   workforce as possible.  But that said, there
24   are no requirements for promotion or
25   advancement by race.
```

Page 53

Pontillo

1

2      Q.    Please forgive me.  I didn't

3  think of it meant as a requirement.  I meant

4  is it a consideration that the NYPD would

5  want a most diverse --

6      A.    It's a consideration that we

7  want a diverse workforce and our recruitment

8  goes to that.  You know, we try to recruit

9  in every community and try to reach every

10 community to try to get people to come on

11 the job.  But in terms of promotions, I have

12 never -- nothing formal, nothing informal,

13 and I have never seen anyone make a decision

14 that I've been involved in the discussions

15 where race was a factor in making that

16 decision.

17     Q.    Do you know or could you guess

18 what the breakdown is with regard to --

19 between the ranks, meaning chief, assistant

20 chief, deputy chief, what is the breakdown

21 is by race, gender, creed, in that capacity?

22          MS. BLAIR:  To your knowledge.

23     Q.    To your knowledge?

24     A.    I don't have that information,

25 no.

```
                                    Page 54
 1                    Pontillo
 2          Q.     In your preparation for this
 3     deposition, did you review any documents or
 4     have any conversations other than what would
 5     be considered with counsel?
 6          A.     No, just counsel.
 7          Q.     Does that go for the documents
 8     as well, did you review any documents?
 9          A.     No, I've not reviewed documents
10     for this.  But some of the documents that
11     were in the exhibits, I have seen
12     periodically since they were first
13     published.  Because in addition to
14     everything else going on with the process,
15     we have a discretionary promotion working
16     group that is chaired by the chief of staff
17     and it includes a number of internal
18     stakeholders, Professional Development,
19     Police Commissioner's Office, my office,
20     looking at the whole process and basically
21     coming up with recommendations for the next
22     round; like are we going to change anything,
23     if so, what, looking for feedback from
24     people currently.
25                    So, like, for example, all of
```

```
 1                    Pontillo
 2   the e-mails that went out this year were
 3   socialized internally.  You know, we came up
 4   with a draft, we had input from a number of
 5   stakeholders before sending them out because
 6   we wanted to make sure we were sending out a
 7   clear message and getting out as much
 8   information as possible.  But we've had this
 9   working group that meets pretty much
10   monthly.  I think we have a meeting this
11   week, as a matter of fact.  And we're
12   looking at the whole process.  So we may
13   make changes for next year in terms of the
14   mechanics of how it's done.
15         Q.    The discretionary working group
16   is more like a research function and they
17   don't have any active participation, they
18   may make recommendations, but don't make any
19   decisions?
20         A.    Right, that's right.
21         Q.    You mentioned "stakeholders."
22   What is "stakeholders"?
23         A.    So the people who would be
24   involved in the process, with the management
25   of the process.  So, for example, my office
```

```
 1                    Pontillo
 2   because we manage the logistics of this
 3   whole process.  We announce the opening of
 4   the executive advancement process.  We work
 5   with the Information Technology Bureau to
 6   create the portal and open it up and then
 7   collect all the data.  We put the packages
 8   together.  We decide on the number of slots
 9   we're going to give each bureau and then
10   each of the main three players in terms of
11   how many recommendations they're going to
12   get based upon current attrition rates and
13   looking back historically how many people
14   have been promoted in each rank.  So we are
15   a stakeholder, the Police Commissioner's
16   Office.
17                    Now, there's the chief of staff
18   and there is another chief who runs
19   essentially special projects in that office,
20   so a project like this.  We have an
21   executive director, Fred Tanner, who heads
22   our Office of Professional Development.
23   He's a key stakeholder in this.  We have an
24   Office of Equity and Inclusion.  They're
25   involved in this as well as our Personnel
```

```
                                            Page 57
  1                        Pontillo
  2      Bureau, since they manage all personnel
  3      moves and they have to put in motion all the
  4      things that kind of come out of this.  When
  5      somebody gets transferred, promoted, they're
  6      responsible for the mechanics of that
  7      process.
  8            Q.    So these are the key
  9      stakeholders in that process?
 10            A.    Essentially the ones who kind of
 11      bear the burden of getting the information
 12      out about the executive process and then
 13      managing the process going forward.  So
 14      everything I just described, putting out the
 15      information, collecting all the applications
 16      back, vetting them, getting them to the
 17      police commissioner.  So all of the people
 18      involved in that process.
 19            Q.    Thank you.
 20                  Are you familiar with the
 21      complaint that Captain Vucinaj filed in this
 22      action?
 23            A.    Again, from speaking to counsel.
 24            Q.    Did you read the complaint?
 25            A.    I did not.
```

```
                                              Page 58
 1                      Pontillo
 2         Q.    How long, to your knowledge,
 3    would an individual maintain the rank of
 4    captain?
 5         A.    It depends.  I know people who
 6    retired after being captains for many, many
 7    years.  Historically very few captains have
 8    ever gotten promoted beyond captain.  It's a
 9    little bit different now.  Over the last
10    several years, we have seen more getting
11    promoted to deputy inspector, but there is
12    no set or normal time period for somebody to
13    be a captain and then get promoted.  Some
14    never get promoted.  Some get promoted at
15    different time periods in their career, on
16    their career trajectory, but that often has
17    more to do with their particular assignment,
18    what they're involved in, what they've done.
19    So it varies, but there is no set time
20    period.
21         Q.    Once an individual reaches the
22    rank of captain or above, you have mentioned
23    that they have tendency to stay in the
24    department longer.
25              How long would a -- how many
```

```
                                          Page 59
 1                    Pontillo
 2   times -- strike that.
 3              How many times would an
 4   individual be promoted after captain before
 5   retiring, do you think?
 6        A.    It could vary greatly, again
 7   depending upon the nature of their
 8   assignment, what their individual preference
 9   is, any accomplishments they've had, the
10   number of vacancies in a given year.  Many,
11   many variables.  Again, there is no set
12   number.  I'm sure, I haven't looked at it,
13   we can calculate averages, but their career
14   path for people can be very, very different.
15   A lot of it has to do with what they even
16   self-select to do.
17        Q.    Understood.
18              Within the promotion process,
19   how much weight is given to a person's
20   disciplinary history?
21        A.    It's a factor, but it's not
22   determinative.  We have had people who have
23   had discipline and have gotten promoted.
24   It's part of the whole person.  So it would
25   be part of that employment history.  That's
```

```
                                    Page 60
 1                   Pontillo
 2      part of the information that is reviewed
 3      when somebody is being considered.
 4           Q.    At any given point in time does
 5      a person's disciplinary history bar them
 6      from promotion?
 7           A.    It can.  Again, we're taking
 8      about executives because it's the police
 9      commissioner's discretion.  The police
10      commissioner could look at somebody's whole
11      history, it could be discipline, it could be
12      other factors, and decide not to promote
13      somebody or not consider them at present
14      time based upon their career including
15      discipline.
16                 Within the civil service ranks,
17      even for a civil service promotion, if you
18      have had serious discipline within a certain
19      time period, you may get held up for
20      promotion, even though you're next on the
21      list and we're promoting.  So say, for
22      example, sergeants, if you've had recent
23      serious discipline, and we have criteria for
24      what this is, your promotion can be held up.
25      You'll have to go in front of a board and
```

```
                                              Page 61
 1                        Pontillo
 2    they will make a recommendation as to
 3    whether or not you should be promoted.
 4              So with the civil service ranks,
 5    it's more of a formal process.  With the
 6    discretionary promotions, because it's the
 7    police commissioner's discretion, it's a
 8    factor that certainly the information is
 9    available to him and it's something he could
10    consider.  Ultimately, what he decides is
11    his prerogative, but certainly it's a
12    factor.
13         Q.    In your professional opinion,
14    would there be a disciplinary issue or
15    disciplinary incident that you would
16    consider a bar for a promotion?
17         A.    No.  The more serious type of
18    stuff, like dismissing you or forcing you to
19    separate, we take the view that short of
20    those separation cases, discipline is
21    designed to rehabilitate, not necessarily to
22    punish.  I mean, punishment is a part of it,
23    deterrence is a part of it, but the primary
24    goal of our disciplinary system, it's a
25    progressive system.  So a second occurrence
```

Page 62

```
1                         Pontillo
2    or other aggravating factors could increase
3    the penalty, but it's primarily designed to
4    be rehabilitative.  And for the things that
5    are deemed very serious and where you're not
6    going to be rehabilitated, it is separation.
7            Q.     When you say "separation," you
8    mean departure from the department?
9            A.     From the department, yes, yes.
10           Q.     When somebody is separated from
11   the department, do they have a chance to
12   return to the department?
13           A.     Generally, no.  If they're
14   terminated, they're done.  If it's part of a
15   negotiated settlement, where they agree to
16   retire, and sometimes that's a decision we
17   will make because of the uncertainty of a
18   trial.  But, no, usually once they're out,
19   they're out.  I mean, there is the
20   possibility they could appeal, bring an
21   Article 78, and seek to get the police
22   commissioner's decision overturned.  But,
23   no, once separated, they're out.  If they're
24   terminated, they're out.  If it's a
25   separation that is part of an agreement,
```

```
                                              Page 63
 1                        Pontillo
 2      then they've agreed to it, and we hold the
 3      termination in abeyance pending their actual
 4      retirement or separation.
 5            Q.    If a person has been demoted,
 6      would that be considered a bar to promotion?
 7            A.    I don't think anything is an
 8      absolute bar.  Certainly it's a factor to be
 9      considered.
10            Q.    But being this is the police
11      commissioner's decision, you're not sure how
12      much weight he would give to --
13            A.    Right, no, because there are so
14      many other variables that he would consider;
15      how long ago was the demotion, what else has
16      the person done, what were the circumstances
17      of that situation, other achievements,
18      accomplishments, their current assignment,
19      what they've done in recent history.  So,
20      again, going back to the idea of
21      rehabilitation and considering the entire
22      person and their whole career trajectory.
23            Q.    Understood.
24                  Are you familiar with Captain
25      Vucinaj?
```

Page 64

                        Pontillo

1

2           A.    I am, I am.  When I was in the

3    Intelligence Division as the executive

4    officer, he was a lieutenant there.

5           Q.    What has been your experience

6    with Captain Vucinaj?

7           A.    My experience was limited in

8    that when he was in Intel, he applied for

9    and we accepted him to go on one of our

10   overseas liaison posts.  So at the time, we

11   were building out a network of embedded

12   liaisons in foreign law enforcement

13   agencies.  And in his case, he had applied

14   for a position at Interpol in Lyon.  I don't

15   recall how many people applied, but he was

16   ultimately the one who was selected by the

17   then deputy commissioner of Intelligence,

18   David Cohen, and he was our embed in

19   Interpol for either two or three years.

20          Q.    Did you work with him while he

21   was in New York?

22          A.    No, not prior to or after that,

23   no.

24          Q.    But were you familiar with his

25   application to Interpol, did you have any --

```
                                     Page 65
                         Pontillo
 1
 2   let me back up.
 3               Were you familiar with his
 4   application to Interpol?
 5        A.    I don't remember his application
 6   or his interview process.  I remember
 7   dealing with him -- actually visiting him at
 8   Interpol.  We went out there for a
 9   conference, myself and a sergeant, when he
10   was the liaison out there.  So I spent a
11   couple of days with him.
12        Q.    How do you believe he was doing
13   in his job at Interpol?
14        A.    He seemed to do fine there.  He
15   was on a team as I recall that was dealing
16   with exploitation of children and missing
17   children.
18               So Interpol acts as a hub of
19   information for a variety of law enforcement
20   agencies worldwide.  It's a way to kind of
21   get information and share information.  Some
22   of the projects he was involved in was on a
23   team that was looking at the dissemination
24   and distribution of exploited materials
25   involving children.  And then also he was
```

Page 66

                        Pontillo

1

2    part of a team that went to Beirut following

3    the assassination of the former prime

4    minister, Hariri.  The head of the team was

5    a German prosecutor, and they put together

6    an international team to go there and

7    basically assess the situation and make a

8    determination and recommendation.  He was

9    out there with that team for part of their

10   time in Beirut and then came back and then

11   ultimately came back to New York.

12         Q.    When he came back to New York,

13   was he under your command?

14         A.    No, for a -- just for a brief

15   period of time.  At the time we didn't have

16   a position in Intel for a lieutenant and he

17   was a lieutenant at the time.

18               The overseas assignments were

19   essentially one-offs.  They weren't really

20   rank specific.  But then once he came back,

21   when that assignment was completed, and then

22   we sent somebody else out there, there was

23   no position in Intel for him, so he went to

24   the Detective Bureau.

25         Q.    When people go on these special

```
                                        Page 67
1                        Pontillo
2      assignments, they don't keep a slot open for
3      them for their return?
4            A.    So he didn't come out of Intel
5      in the first place.  He was somebody -- when
6      we started up this program, we would recruit
7      internally from within Intel, but we would
8      also publish bulletins seeking candidates
9      who may want to apply.  And he applied for
10     one of the positions.
11           Q.    Did you handle or did you see
12     any evaluations of Captain Vucinaj or at
13     that time he was a lieutenant?
14           A.    I don't recall his evaluations,
15     no.
16           Q.    Other than that short time, did
17     you have any experience with Captain
18     Vucinaj?
19           A.    No.
20           Q.    Other than as a supervisor, are
21     you familiar with Captain Vucinaj being in
22     the news?
23           A.    Yes.
24           Q.    Can you tell me what for?
25           A.    I vaguely remember, I think it
```

```
                                        Page 68
 1                      Pontillo
 2    was one of the New York tabloids, the News
 3    or Post, an article about -- I believe it
 4    was about misclassification of crime
 5    reports.
 6           Q.    Did you take part in any
 7    interviews or any media in relation to that
 8    article?
 9           A.    One reporter was asking for, I
10    guess in response to his -- I'm assuming
11    that he spoke to the reporter and then the
12    reporter was seeking comment from the
13    department, and then I spoke to a reporter
14    about the internal auditing process that we
15    have for analyzing crime reports and the
16    safeguards that were in place.
17           Q.    And what was your comment to the
18    media with that regard?
19           A.    I don't remember my exact
20    comments, but essentially that we have an
21    internal auditing capability.  We do audit a
22    significant number of complaint reports
23    every year and we do find errors and in some
24    cases we find misconduct, and when we find
25    misconduct, we take disciplinary action.
```

```
                                        Page 69
 1                  Pontillo
 2        Q.    Are you familiar with Captain
 3   Vucinaj's disciplinary history?
 4        A.    No, I'm not.
 5        Q.    Are you aware that he has
 6   charges pending against him?
 7        A.    No.
 8        Q.    Are you familiar with where
 9   Captain Vucinaj is presently positioned?
10        A.    Vaguely.  I know he's in the
11   Transit Bureau.
12        Q.    Are you familiar with the
13   Transit Bureau positions?
14        A.    No, no.  It's -- I have had
15   limited experience.  I was a lieutenant in
16   the Transit district, but that was a patrol
17   function and that was in the late '90s.  So
18   I've dealt with a couple of the executives
19   in the Transit Bureau recently, but for very
20   limited purposes.
21        Q.    When an individual in the rank
22   of captain or above receives a temporary
23   assignment, how long is it usually
24   classified as a temporary assignment?
25              MS. BLAIR:  To your knowledge.
```

Page 70

1                      Pontillo
2          A.    For an executive, I don't know.
3    Just transfers in general, temporary
4    assignments are routinely done for 90-day
5    increments.  So anybody who is transferred
6    on a temporary assignment, it's for 90 days.
7    And then I've seen renewals for another 90.
8    That's the general rule.  I know there have
9    been exceptions.
10         Q.    And my questions are related to
11   transfers or temporary assignments other
12   than special projects; for example, I know
13   Captain Vucinaj was assigned to write the
14   tests for lieutenant or captain or
15   something?
16         A.    Right.
17         Q.    My questions relate to
18   assignments other than the special postings.
19               Would it surprise you to find
20   out that somebody had a temporary assignment
21   for a year or longer?
22         A.    Nothing surprises me, but if
23   that were brought to my attention, I would
24   say that that was unique.  There could be
25   reasons for it.

Page 71

                         Pontillo

1

2         Q.     Would you find it out of the

3    ordinary?

4         A.     It depends upon the nature of

5    the assignment and it depends sometimes just

6    upon how it's processed.  So, for example, I

7    mentioned my work being assigned to the

8    Police Commissioner's Office for the

9    Republican National Convention back in 2004.

10   In that case I was permanently transferred

11   from the PC's office from January through

12   September, but that could have just as

13   easily been a temporary assignment because

14   it was understood when I went there, I

15   wasn't staying there, there was no position

16   for me there, it was just for this one

17   project.  So sometimes it can be a factor of

18   the particular administration at the time

19   and how the paperwork is processed.  There

20   isn't always uniformity in our bureaucracy.

21   I would have to know the facts and

22   circumstances of it and what the nature of

23   the assignment was because I would not want

24   to opine on whether or not it was unusual or

25   not because it might be, but there might

```
                                        Page 72
  1                   Pontillo
  2    have been a reason for it.
  3          Q.    I mean, just in the general gist
  4    of promotions, assignments, things of that
  5    nature.
  6                Is it common for a captain to
  7    have a position that doesn't have a command?
  8          A.    Oh, yeah, sure.  Again, it
  9    depends upon the nature of the assignment.
 10    So there are commanding officers of units,
 11    there are executive officers of units, but
 12    there are people, executives that just fill
 13    a role or handle a project and don't have a
 14    unit that they belong to or that works for
 15    them or don't even have staff.
 16          Q.    When you say "fill a role," what
 17    do you mean by that?
 18          A.    So we will designate somebody an
 19    executive in charge of special projects in a
 20    particular bureau or borough or command.
 21    They don't necessarily have staff, but they
 22    might have a project they're working on.
 23          Q.    Again, aside from special
 24    projects, but an actual assignment, an
 25    actual location, something to that effect,
```

```
                                            Page 73
 1                     Pontillo
 2    outside of the special projects?
 3          A.     So we have -- in every unit we
 4    have executives who are not designated
 5    anything.  They are assigned to that unit.
 6    They have some function there.  We will have
 7    captains, for example, assigned to boroughs,
 8    and then the borough will send him out to a
 9    precinct to be an executive officer or
10    second executive officer without ever
11    designating them.  That does happen quite
12    often.
13               And we will have people assigned
14    to a unit, bureau, borough, executives in
15    different ranks who are not designated
16    anything.  They don't have a unit under
17    them, they don't have a particular
18    designation.  Like we do have designations.
19    We have special projects, we have
20    administrator, we have adjutant.  Sometimes
21    we will have people who are responsible for
22    some work or some group of people, but
23    without actually having a unit.
24               Like Intel, Intel was like that.
25    There were three sections.  Each section had
```

Page 74

                              Pontillo
1
2    a CO, but then there were many other
3    executives who were assigned the function,
4    but had no designation or even unit
5    structure under them.
6           Q.    How many captains or individuals
7    ranked captain and above have a role of that
8    nature in NYPD?
9           A.    That I don't know.
10          Q.    Could you estimate by
11   percentage?
12          A.    No, I would not want to guess
13   because there are so many variables and
14   every bureau is different.  We had a lot of
15   reorganizational changes in the last couple
16   of years.  So it would be a wild guess at
17   this point.
18          Q.    You mentioned the fact that some
19   executives have no staff.  Could you
20   elaborate on that a little bit?
21          A.    Perfect example was me when
22   Commissioner Bratton selected me to put
23   together this new unit.  For a good -- well,
24   it was in March -- for a good seven months
25   or so, six months or seven months, not only

Page 75

                              Pontillo

1
2     did I not have staff, but I didn't even have
3     an office.  So I was borrowing an office in
4     Counterterrorism because I had just come
5     from the Joint Terrorism Task Force.
6                     I couldn't stay there because
7     that was an FBI facility.  So because of
8     classified information and all of that, the
9     only people who are working on stuff and
10    have a need to know can be in the facility.
11    So I came back to headquarters, and the
12    Counterterrorism Bureau had an empty office
13    because somebody had just moved out in their
14    administrative section, so I borrowed that
15    space for at least the first six months, you
16    know, before we actually, formally created
17    Risk Management.
18                    And initially I was borrowing
19    people as I could, but because I didn't even
20    have space, I couldn't even bring people in
21    because I had no place to have them sit
22    down, but began the process of putting out
23    bulletins, recruiting people, identifying
24    space, getting space built out, but it was
25    some time before I had a staff or even

```
                                      Page 76

 1                    Pontillo

 2    physical space.

 3          Q.    Have you had any -- did you have

 4    any, I should say, any face-to-face meetings

 5    with Captain Vucinaj or at that time

 6    Lieutenant Vucinaj?

 7          A.    Yes.  When he was in Intel,

 8    periodically he would return to New York

 9    from Interpol, he would come see the deputy

10    commissioner, so I would see him in the

11    office.  So I would see him in the office,

12    we would chat briefly.  When I went to Lyon,

13    I was with a sergeant, and I don't think I

14    ever met with him privately.  I think the

15    sergeant was in every discussion that we

16    had, and we were there for a couple days.

17          Q.    So would you say your

18    relationship at that time with Lieutenant

19    Vucinaj was cordial, working and friendly?

20          A.    Yes, cordial, friendly, but

21    superior/subordinate, but, yeah.

22          Q.    Since Captain Vucinaj's

23    promotion to captain, have you had any

24    interaction with him?

25          A.    No, I've not had any
```

Page 77

1                      Pontillo

2    interactions with him.

3         Q.    By "interaction," I mean phone,

4    e-mail, anything of that nature?

5         A.    No, no.  I've had no contact

6    with him.  I think he came to a couple of

7    force stat meetings.  So we do a monthly --

8    it's a qualified control auditing process

9    where we review use of force reports and

10   every borough or bureau comes in quarterly

11   and we look at an 84-day period of all their

12   use of force reports and any other

13   indicators where -- we are looking for the

14   quality of the reporting and the quality of

15   the investigations, but we're also measuring

16   the reporting against other metrics to make

17   sure all use of forces are being reported.

18             So I recall that at one point,

19   and not recently, he was assigned to review

20   use of force reports in Transit because I

21   remember him coming to at least one of those

22   force stat meetings, although he didn't

23   speak.  The Transit Bureau adjutant, Raymond

24   Porteus, spoke and gave the presentation,

25   but I remember him being there.

```
 1                    Pontillo
 2        Q.    Do you remember when that was?
 3   If you said it, I missed it.
 4        A.    No, I don't.  It was -- it
 5   wasn't this year.  Probably sometime last
 6   year, but I don't remember exactly when.
 7        Q.    Are you familiar with Captain
 8   Vucinaj's reputation in the NYPD?
 9        A.    Not entirely.  I mean, I know
10   about his position or the allegations he
11   made about underreporting of certain crime
12   data in Transit.  So in terms of reputation,
13   that's all I know about him.
14        Q.    Just to clarify, you know he has
15   a reputation of reporting allegations of
16   underreporting crime statistics?
17        A.    Yes, yes, that I'm aware of.
18        Q.    I'm looking to clarify what you
19   believe his reputation to be.  Would you say
20   that's the --
21        A.    Yes, that's -- the extent of my
22   knowledge was, for at least some period of
23   time, he both through the media and through
24   his calling the Quality Assurance Division
25   and reporting to the Quality Assurance
```

```
                                              Page 79
 1                    Pontillo
 2    Division that he had identified improperly
 3    classified complaint reports.  So in terms
 4    of reputation, yes, reputation for
 5    disclosing or complaining about crime
 6    reports that may have been improperly
 7    classified.
 8            Q.    How did you hear about his
 9    calling Quality Control?
10            A.    So when Risk Management was
11    first created, one of the units that was put
12    under Risk Management was the Quality
13    Assurance Division.  The Quality Assurance
14    Division right now has about 80 people.
15    It's commanded by an inspector, Bill Abramo,
16    and they do a whole host of things, a lot of
17    auditing, but they do primarily performance
18    audits, so are we filling out the proper
19    reports when we are supposed to and what
20    does the quality of those reports look like.
21    So there is one team in the Quality
22    Assurance Division that just looks at
23    complaint reports.  It's actually three
24    teams, but it is one process.
25                    So there is a team that does
```

1                    Pontillo

2    routine auditing of every command citywide,

3    visit every command twice a year and look at

4    a six-month period, and they have a sampling

5    method where they'll pull a certain number

6    of complaint reports based upon the number

7    of complaint reports in that command and the

8    frequency of different crime

9    categorizations, and they will do a more

10   thorough analysis on those.

11              They also have a team that just

12   looks at 911 calls, and for certain crime

13   categories, if a certain crime was alleged

14   to 911, they then look at what transpired,

15   what the disposition was and whether or not

16   a complaint report was required, and then if

17   not, why wasn't it done.

18              And then we have another team

19   that does confidential investigations.

20              So the routine auditing occurs

21   programmatic every six months, we go back

22   six months.  So essentially if you're a

23   precinct CO, all of your complaint reports

24   for your entire tenure are subject to

25   auditing.  But then the confidential

```
                                         Page 81
 1                     Pontillo
 2   investigation team will come in and they
 3   will do a much deeper dive when there is
 4   some indication of deliberate or intentional
 5   underreporting.
 6              So people make mistakes, that's
 7   understandable, especially when you get into
 8   crime categories, like grand larceny and
 9   identity theft.  The laws are very, very
10   complicated.  So there is some human error
11   involved.  When the QAD goes in, if they see
12   a pattern that could be indicative of some
13   wrongdoing, so if there is one supervisor
14   always responding to the scene and making
15   direction to change something, that's a huge
16   red flag, but if it's a couple of
17   misclassifications within, at the time, a
18   2 percent error rate, and there was no
19   indication of anything deliberate or
20   intentional, then corrective action is taken
21   to correctly classify those complaint
22   reports, but no further action is necessary
23   until the next audit, in which case we will
24   go back and look to see how they've
25   progressed.
```

```
                                    Page 82
1                    Pontillo
2              But if there is indication that
3    something is done inappropriately, something
4    is systematic, there is a supervisor that is
5    involved in changing classifications, then
6    we will conduct a confidential audit.  We
7    will look at in some cases every complaint
8    report or every complaint report in a
9    certain category.  We will call back crime
10   victims to find out what happened and we
11   will do a much deeper 911 audit to look for
12   underreporting and occasionally we will find
13   significant problems.
14              Going back to 2015, we had a
15   situation in a Bronx precinct where we did
16   that deep dive and we found a number of
17   complaint reports that were changed.  Most
18   of it came back to a single supervisor who
19   was just making a lot of bad decisions.  And
20   there was some pretty severe discipline for,
21   I think, about 18 people.
22        Q.    Now, but how did you become
23   aware of Captain Vucinaj's calls to Quality
24   Control?
25              MS. BLAIR:  Answer the question.
```

```
                                        Page 83
 1                    Pontillo
 2        Q.     I appreciate your explanation.
 3        A.     At some point, and I don't
 4   remember, this was when I was still in Risk
 5   Management, so it goes back a few years,
 6   Bill Abramo told me he was getting calls or
 7   the team was getting calls from the captain
 8   about complaint reports that he observed
 9   that he thought were misclassified.  And my
10   direction to Bill was, well, call him back
11   and tell him he's a captain of police, he
12   should take charge and correct it or have it
13   corrected.  So if he's looking at a
14   complaint report that was written last night
15   and the cop got it wrong, then he should be
16   taking action to make sure the cop gets it
17   right and the supervisor gets it right.
18              He kind of misunderstood the
19   role of Quality Assurance.  You know, we're
20   not there to do the sergeant's job or the
21   captain's job.  They're there to come in
22   after the fact and do an audit to measure
23   the performance of the command over a period
24   of time.  So he was a little misguided in
25   that sense in terms of you're a captain, fix
```

```
                                        Page 84
 1                    Pontillo
 2    it.
 3              You know, your job is not to
 4    pass it off to somebody else.  If you're
 5    identifying something wrong, then address
 6    it.  You know, you've got the authority,
 7    you're a captain of police.  Don't call QAD
 8    and pass it off to them.  That's not what
 9    you're supposed to be doing.  If you say
10    you've gone back and you found stuff over a
11    period of time, then that's a little bit
12    different, we will take a look at our
13    auditing.
14              But on some of them, my
15    understanding is he was right about whether
16    or not a complaint report should have been
17    classified as jostling or grand larceny.
18    And this is something that has gone into the
19    recent crime classification guide.  We never
20    had any guidance on jostling.  I mean,
21    certainly the penal law definition is there,
22    but we added some explanation of "jostling."
23              Also, he, as I recall, raised
24    questions about some assault complaints or
25    whether or not it should be assault on a
```

Page 85

```
                                Pontillo
 1
 2    police officer.  And he was basing his
 3    interpretation upon reading the penal law
 4    that says if you intend to prevent the
 5    police officer from doing their duty and you
 6    cause an injury, that's assault.  And so
 7    then the question is how far out does that
 8    go?  So if I try to arrest you, but you run
 9    away, and I trip and fall, are you now
10    guilty of an assault?  So we had our legal
11    bureau look at it and we came up with some
12    guidelines in terms of how far does jostling
13    go.
14                "Jostling" is a weird statute.
15    You know, it's somebody's hand getting in
16    dangerously close proximity to somebody's
17    pocket without actually touching them, but
18    very, very hard to prove and articulate.  So
19    we had legal take a look at it.  And the
20    most recent version of the Crime Reporting
21    Guide, which gives guidance on how to
22    prepare complaint reports and how to make
23    these decisions includes a description of
24    "jostling" and includes some information on
25    assault.  And, you know, it's based in part
```

```
 1                    Pontillo
 2    upon the issues he raised.
 3         Q.    Was his, "his" being Captain
 4    Vucinaj, phone calls to Quality Control, QAD
 5    as you call it, brought to your attention
 6    because of the number of calls or the nature
 7    of the calls or because he was, as you said,
 8    sometimes correct in these?
 9         A.    No, I don't remember exactly
10    when Bill Abramo first raised this with me.
11    When Abramo raised it with me, it was out of
12    some frustration that he was calling every
13    day with questions that he should have been
14    addressing as a captain.  And Bill would
15    speak to him for some period of time, but
16    then I think just stopped taking his calls
17    or the captain just started talking to one
18    of the team members, but it was -- yeah, I
19    don't want to speak for Bill, but what he
20    conveyed to me was some frustration about
21    Marash calling every day and saying I just
22    read a 61, I think it's a misclassification,
23    and it's like, Bill, my direction to Bill
24    was, call him back, tell him he's a captain,
25    fix it.
```

```
                                           Page 87
 1                     Pontillo
 2          Q.    Do you know if -- please forgive
 3    my terminology.  Do you know if Bill called
 4    Marash and said you're the captain, go do
 5    it?
 6          A.    He said he did, but I never
 7    followed up after that.
 8          Q.    Did these phone calls eventually
 9    stop that you're aware of?
10          A.    I don't know.  I'm going to see
11    Bill this week.  I'll ask him.
12                MR. ALBANESE:  Off the record.
13                (Discussion off the record.)
14          Q.    Given Captain Vucinaj's phone
15    calls to QAD and subsequent responses
16    accordingly, would you say this damaged
17    Captain Vucinaj's reputation?
18          A.    I don't know that it damaged his
19    reputation department-wide.  I'm not sure
20    how many people were even aware of this.
21    Certainly it was a nuisance for Inspector
22    Abramo and Quality Assurance to have to
23    field these phone calls every day, but I'm
24    not sure to what extent that went outside
25    that circle of Quality Assurance and my
```

Page 88

1                     Pontillo

2     office.

3            Q.     I believe you said you are not

4     aware or you do not remember, I should say,

5     when Bill had brought this to your attention

6     that Captain Vucinaj was making these phone

7     calls.  Could you guesstimate whether it was

8     two years ago, three years ago?

9            A.     So I was still in Risk

10    Management, so that would be before January

11    of '18.  Sometime in 2017.

12                 We actually opened a case.  So

13    the Confidential Investigation team opened

14    the case in Transit based upon his

15    assertions and they reviewed every jostling

16    and every grand larceny especially related

17    to arrests, found a few misclassifications,

18    but also found some ambiguity and that's

19    what then prompted including a description

20    of "jostling" in the new crime

21    classification guide that went out earlier

22    this year.

23            Q.     Are you aware, again, if you're

24    aware, if Captain Vucinaj took matters in

25    his own hands as a captain and contacted the

Page 89

```
 1                      Pontillo
 2    individuals who wrote these reports that he
 3    felt were misclassified?
 4          A.    I'm not aware of that.  It may
 5    have happened, but I'm not aware of it.
 6          Q.    Given Captain Vucinaj's phone
 7    calls to QAD and taking these matters into
 8    his own hand possibly, would that damage
 9    Captain Vucinaj's reputation within One
10    Police Plaza?
11          A.    I don't know.  My circle of
12    information was limited to what we were
13    doing in Risk Management and what Quality
14    Assurance was working on.  So I'm not aware
15    of the extent to which his activities made
16    it up his chain of command and whether or
17    not and to what extent other executives in
18    the Transit Bureau knew of or was involved
19    in or what type of impact it had upon them,
20    but certainly it could have.
21          Q.    If that impacted his reputation,
22    could it also impact his ability to receive
23    a promotion?
24          A.    Absolutely.
25          Q.    I may be repeating a question,
```

Page 90

```
 1                   Pontillo
 2   but are you aware of Captain Vucinaj's chain
 3   of command at this point?
 4        A.    I know he's in the Transit
 5   Bureau.  I know the chief of Transit is
 6   Eddie Delatorre.  I'm not sure where he fits
 7   in that chain of command.
 8        Q.    So being that it's outside of
 9   your purview, you wouldn't be familiar with
10   his assignment at this particular point in
11   time?
12        A.    That's correct.
13        Q.    If I gave you a description, do
14   you think you would be able to?
15        A.    Perhaps.
16             MS. BLAIR:  Off the record.
17             (Discussion off the record.)
18        Q.    This is an e-mail dated July 25,
19   2018, where it indicates Captain Vucinaj's
20   temporary assignment from Transit Bureau
21   Brooklyn to Transit Bureau Liaison Rail
22   Control?
23        A.    So my understanding of Rail
24   Control is that that is an operation center
25   with the MTA and they monitor train traffic
```

```
                                     Page 91
 1                   Pontillo
 2   and situations in the transit system, but
 3   beyond that, I don't know the details of
 4   what they do.
 5         Q.    Are you familiar with the
 6   staffing of the Rail Control in that
 7   capacity?
 8         A.    No.
 9         Q.    I know we have been going for
10   two hours, which we have an allocation of
11   three, but give me a couple of minutes just
12   to organize, and we can probably finish up
13   relatively quickly and be on our way.
14              (Recess.)
15         Q.    When the NYPD collects
16   information on its rank and file, as well as
17   the executives, do they collect information
18   on national origin?
19         A.    People can self-report.  So
20   going back to the initial hiring process,
21   people can self-report their ethnicity and
22   national origin, foreign languages spoken,
23   country of birth, so we ask it, people can
24   provide that information.
25         Q.    Do you know what percentage of
```

Page 92

```
 1                    Pontillo
 2     the police force would provide that
 3     information?
 4          A.    I think most do.  I'm just
 5     thinking of the personnel files I've looked
 6     at.  I've seen the occasional unknown or
 7     blank, but I think it's usually there.
 8          Q.    When a package is put together
 9     for promotional aspects, would this be part
10     of the package if the person self-reports
11     that information?
12          A.    So we include somebody's
13     electronic personnel file, call it the RAILS
14     report, R-A-I-L-S.  It's a snapshot of the
15     person's career.  It can be many pages, but
16     it includes pedigree and biographical
17     information, religion, if self-reported,
18     languages spoken, if reported, and in some
19     cases people have been tested because we
20     will send people to get certified in a
21     foreign language, as well as their whole
22     career path, assignments, ranks, transfers,
23     number of arrests, significant discipline,
24     awards, all of their training they've
25     attended.  It all -- it's consolidated.  It
```

```
                                      Page 93
 1                   Pontillo
 2    basically pulls information from other data
 3    sources and it gives you basically a
 4    person's electronic personnel file.
 5               So when the packages go out to
 6    the bureaus, we will do the resume, the
 7    cover letter, we will tell the bureau chief
 8    how many allocations they have for each rank
 9    to make recommendations, and for each person
10    the RAILS report will be there as well.
11         Q.    Can a report be broken down by
12    national origin, for example, what
13    percentage of the NYPD is of any specific
14    national origin, whether it be German,
15    Italian, French?
16         A.    We can do that to the extent
17    that people have reported, but we can do
18    that, yes.
19         Q.    Would you be able to guesstimate
20    what the national origin is of the executive
21    branch of the NYPD?
22         A.    No, no.
23               MR. ALBANESE:  I think that
24         answers our questions for today.
25               MS. BLAIR:  I think I have two
```

```
 1                      Pontillo
 2          that I wanted to ask.
 3     EXAMINATION BY
 4     MS. BLAIR:
 5          Q.    Previously you testified each
 6     borough gets an allocation of the number of
 7     executive advancements?
 8          A.    Yes.
 9          Q.    Do you know on average how many
10     each borough will get?
11          A.    No.  It's a function of their
12     staffing.  So the way we will do it is, we
13     will look at -- we began with the historical
14     numbers, how many people have been promoted
15     in each rank over the last five to ten
16     years.  We have been going five to six.
17     Recently it's been a more accurate measure.
18     We will then look at that.  And then we
19     always want to have a few more in the pool
20     than we think we have actual number of
21     vacancies.  And then we will look at each
22     bureau because the patrol bureau has 20,000
23     people in it, the Risk Management Bureau has
24     a hundred or two hundred, and the number of
25     executives is commensurate with the overall
```

Page 95

1                        Pontillo

2     staffing.

3               So patrol services bureau has

4     many, many, many more executives because

5     they have present COs and XOs and a lot of

6     specialty unit that are essentially the cops

7     you see on the street.  That's all patrol.

8     A small bureau with fewer people will have a

9     few number of executives, and, therefore,

10    based on their number of executives and the

11    number of executives they have in each rank,

12    we give them basically their portion, which

13    is proportional to the overall executive

14    population of the department.

15         Q.    And you also testified that

16    currently people know which tier they're in.

17    How do they know?

18         A.    Yes, so everybody was

19    interviewed.  When the Office of

20    Professional Development ran those feedback

21    training sessions beginning, I think, the

22    end of April, but running into May, each

23    bureau chief that came was given the grid

24    for their bureau.  So they saw who was

25    recommended by -- either depending upon

```
 1                      Pontillo
 2    whose chain of commend they're in, either
 3    the first deputy commissioner, the chief of
 4    department or the chief of staff, and so
 5    they, of course, know who they recommended.
 6             So with those two pieces of
 7    information, and they previously had
 8    received the list of everybody in their
 9    bureau who was eligible, so they had all
10    Tier 3, they knew who Tier 2 was because
11    they recommended them, and then Tier 1 were
12    the people who were recommended by one of --
13    we called them -- the top three or the big
14    three to the police commissioner.
15        Q.    And then I guess during their
16    conversation, where they get feedback, their
17    bureau chief would tell them you're in
18    whichever tier?
19             (Continued on following page.)
20
21
22
23
24
25
```

```
                                         Page 97

 1                     Pontillo

 2        A.     Yes.

 3               MS. BLAIR:   That's it.

 4               MR. ALBANESE:   Thank you.

 5        A.     Thank you.

 6               (Time noted:   12:23 p.m.)

 7

      _____

 8               MATTHEW PONTILLO

 9

10    Subscribed and sworn to before me

11    this ___ day of _____, 201_.

12

13    _____

14          Notary Public

15

16

17

18

19

20

21

22

23

24

25
```

Page 98

```
 1
 2              C E R T I F I C A T E
 3     STATE OF NEW YORK     )
 4                            : ss.
 5     COUNTY OF NEW YORK    )
 6              I, THERESA TRAMONDO, a Notary
 7     Public within and for the State of New
 8     York, do hereby certify:
 9              That Assistant Chief Matthew
10     Pontillo, the witness whose deposition is
11     hereinbefore set forth, was duly sworn by
12     me and that such deposition is a true
13     record of the testimony given by the
14     witness.
15              I further certify that I am not
16     related to any of the parties to this
17     action by blood or marriage, and that I am
18     in no way interested in the outcome of
19     this matter.
20              IN WITNESS WHEREOF, I have
21     hereunto set my hand this 13th day of
22     September, 2019.
23
24
25     THERESA TRAMONDO
```

Page 99

1

2  ------------ I N D E X --------------

3  WITNESS        EXAMINATION BY        PAGE

4  M. PONTILLO   MR. ALBANESE          4

5                   MS. BLAIR         94

6

7  -------- INFORMATION REQUESTS ---------

8  DIRECTIONS:  (NONE)

9  RULINGS:  (NONE)

10  TO BE FURNISHED:  (NONE)

11  REQUESTS:  (NONE)

12  MOTIONS:  (NONE)

13  CONFIDENTIAL:  (NONE)

14

15  -------------- EXHIBITS ---------------

16

17               (NO EXHIBITS MARKED.)

18

19

20

21

22

23

24

25

Page 100

1                     ERRATA SHEET
2   NAME OF CASE: MARASH VUCINAJ V. THE NEW YORK CITY
    POLICE DEPARTMENT AND THE CITY OF NEW YORK
    DATE OF DEPOSITION: SEPTEMBER 3, 2019
3   NAME OF DEPONENT:  MATTHEW PONTILLO
4   PAGE    LINE(S)       CHANGE              REASON
5   ____|_____|_____|_____
6   ____|_____|_____|_____
7   ____|_____|_____|_____
8   ____|_____|_____|_____
9   ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18  ____|_____|_____|_____
19  ____|_____|_____|_____
20  ____|_____|_____|_____
21                         _____
                                MATTHEW PONTILLO
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS___DAY OF _____, 20__.
24
    _____    _____
25  (NOTARY PUBLIC)             MY COMMISSION EXPIRES:

| & | | |
|---|---|---|
| **&** 1:18 2:4 | | |

**0**

**04** 7:6 8:10
**07606** 1:6

**1**

**1** 30:11 31:19 32:3
  32:12,15 35:7,11
  37:18 38:6,15,22
  38:25 39:10,13
  51:6 52:4 96:11
**100** 2:13
**10007** 2:14
**10022** 2:6
**10038** 2:22 4:12
**10:15** 1:13
**11** 18:14,19 27:21
  27:22 37:24 38:2
  40:21
**12** 23:5 40:22
**12:23** 97:6
**13** 40:22
**13th** 98:21
**14** 40:22
**1406** 2:21
**15** 20:2 41:24
**16th** 2:5 20:2
**17432** 98:24
**17th** 20:2
**18** 1:6 82:21 88:11
**1986** 5:7
**1994** 5:18
**1996** 5:24
**1999** 6:10
**1st** 6:20 7:18

**2**

**2** 6:5 18:3 30:11
  32:16 35:8,12
  37:19 38:6,18,22
  38:25 39:16 51:6

81:18 96:10
**20** 23:3,4 100:23
**20,000** 94:22
**2000** 6:14,15,19
**2002** 6:20
**2004** 6:23 49:5
  71:9
**2008** 17:10,13
**2009** 7:11
**201** 97:11
**2011** 7:9,12
**2013** 7:13
**2014** 7:15,19
**2015** 41:20 82:14
**2016** 35:15,18
  41:19,23,25 43:11
  43:15 44:11,12
  46:25 49:15,20
  51:5
**2017** 88:11
**2018** 8:14 21:8
  90:19
**2019** 1:12 24:16,18
  98:22 100:2
**2020** 40:12
**212-356-2424** 2:17
**23** 18:15 27:22
**24** 20:10
**24,000** 10:23
**25** 90:18

**3**

**3** 1:12 18:3 30:11
  32:17 37:20 38:7
  38:18,23 39:2,21
  51:6 96:10 100:2
**30** 1:15 21:7,9,10
**35** 20:14
**36** 20:14
**37** 18:15 27:23,24
  38:4

**38** 20:12

**4**

**4** 17:25 99:4

**5**

**5.6** 16:15
**570** 1:19 2:5

**6**

**6** 1:15
**61** 86:22
**646-380-0117** 2:9
**646-610-8415** 2:25
**67th** 5:22
**68th** 6:21

**7**

**70th** 5:15,17,20
**78** 62:21

**8**

**80** 79:14
**84** 77:11
**86** 5:11,12
**87** 5:15

**9**

**9/11** 6:19
**90** 70:4,6,7
**90s** 69:17
**911** 80:12,14 82:11
**93** 16:16
**94** 16:16 99:5
**97** 6:2,7

**a**

**a.m.** 1:13
**abeyance** 63:3
**ability** 26:13 89:22
**ablair** 2:16
**able** 90:14 93:19
**abramo** 79:15
  83:6 86:10,11
  87:22

**absolute** 63:8
**absolutely** 89:24
**academy** 5:10,13
  36:15
**accepted** 8:25 64:9
**accomplishments**
  51:24 59:9 63:18
**account** 51:11
**accurate** 27:4
  94:17
**achievements**
  63:17
**action** 52:13 57:22
  68:25 81:20,22
  83:16 98:17
**active** 55:17
**activities** 89:15
**acts** 65:18
**actual** 28:14,22
  38:14 63:3 72:24
  72:25 94:20
**add** 42:17
**added** 84:22
**addition** 9:16 52:8
  54:13
**address** 4:10,11
  84:5
**addressed** 4:19
**addressing** 86:14
**adjutant** 73:20
  77:23
**administration**
  44:13,15 48:3
  71:18
**administrative**
  10:9 12:7 75:14
**administrator**
  73:20
**advancement**
  24:15,18 25:6
  40:13 41:22 52:25

56:4
**advancements**
94:7
**advocate** 12:4
**affairs** 5:25
**affect** 33:14
**affirmative** 52:13
**afford** 11:22 32:8
**agencies** 64:13
65:20
**agency** 18:4
**aggravating** 62:2
**ago** 10:21 63:15
88:8,8
**agree** 62:15
**agreed** 3:5,11,15
63:2
**agreement** 62:25
**agrees** 39:12
**albanese** 1:18 2:4
2:7 4:14 37:11
51:2 87:12 93:23
97:4 99:4
**align** 16:22
**allegations** 78:10
78:15
**alleged** 80:13
**allocated** 46:5
**allocation** 33:21
91:10 94:6
**allocations** 93:8
**allotment** 30:25
39:9
**altogether** 46:20
**amanda** 2:15
**ambiguity** 88:18
**amenable** 25:22
**analysis** 11:14,17
11:23 14:9 41:9
80:10

**analyze** 12:10
**analyzes** 51:19
**analyzing** 68:15
**announce** 56:3
**announcement**
41:20
**annual** 16:15
**answer** 25:15
40:17 82:25
**answered** 27:8
**answers** 14:13
93:24
**anybody** 32:25
35:8 42:23 51:15
70:5
**anyway** 26:22
**aos** 1:21
**appeal** 62:20
**appear** 46:13 49:7
**appearance** 2:2
**appearing** 4:15
**applicant** 25:8
**applicants** 27:2
43:24
**application** 25:5
64:25 65:4,5
**applications** 43:21
57:15
**applied** 31:20 34:2
34:9 64:8,13,15
67:9
**applies** 30:21
**apply** 67:9
**appointed** 8:3
23:11
**apportion** 27:16
28:2
**appreciate** 83:2
**appropriate** 27:10
**approved** 14:2

**approximate** 23:4
**approximately**
5:17
**april** 37:2,2 95:22
**arbiter** 12:20
14:11
**areas** 39:25
**arrest** 14:5 85:8
**arrests** 88:17
92:23
**article** 62:21 68:3
68:8
**articulate** 85:18
**aside** 72:23
**asked** 8:23
**asking** 68:9
**aspect** 41:15
**aspects** 51:12 92:9
**assassination** 66:3
**assault** 84:24,25
85:6,10,25
**assertions** 88:15
**assess** 40:4 52:6
66:7
**assigned** 70:13
71:7 73:5,7,13
74:3 77:19
**assignment** 5:12
8:21 25:19 33:8
33:10 45:2,16
58:17 59:8 63:18
66:21 69:23,24
70:6,20 71:5,13,23
72:9,24 90:10,20
**assignments** 66:18
67:2 70:4,11,18
72:4 92:22
**assistant** 4:8 7:14
22:3,4 53:19 98:9
**association** 17:12

**assuming** 68:10
**assurance** 78:24
78:25 79:13,13,22
83:19 87:22,25
89:14
**attend** 36:22
**attended** 92:25
**attention** 70:23
86:5 88:5
**attrit** 28:10
**attrition** 18:7,9,23
20:18 56:12
**audience** 36:2
**audit** 68:21 81:23
82:6,11 83:22
**auditing** 11:5
68:14,21 77:8
79:17 80:2,20,25
84:13
**audits** 79:18
**august** 6:19 19:11
**authority** 15:21,25
84:6
**authorize** 16:9
**available** 50:12
51:7 61:9
**avenue** 1:19 2:5
**average** 18:17
20:10,12,21 27:22
37:24 41:7 94:9
**averaged** 18:14
**averages** 59:13
**awards** 92:24
**aware** 34:16 69:5
78:17 82:23 87:9
87:20 88:4,23,24
89:4,5,14 90:2
**awareness** 47:7,8

**b**

**b** 1:15
**back** 6:15 17:9,13
27:18 28:24 29:8
35:14 36:12 43:15
44:13 45:17,22
48:16 50:23 56:13
57:16 63:20 65:2
66:10,11,12,20
71:9 75:11 80:21
81:24 82:9,14,18
83:5,10 84:10
86:24 91:20
**background** 5:4
**bad** 82:19
**ballot** 49:23
**ballots** 44:18
50:23
**ballpark** 21:3
**ballparking** 20:23
**bar** 60:5 61:16
63:6,8
**bargaining** 17:17
45:25
**based** 28:2,4,8
30:4,24,25 31:3
32:7 33:20 38:11
45:15,16 46:4
56:12 60:14 80:6
85:25 88:14 95:10
**basic** 30:20
**basically** 12:13
13:25 14:3 30:14
37:9 40:14 41:3
46:17 48:18 54:20
66:7 93:2,3 95:12
**basing** 85:2
**batch** 29:14
**bear** 57:11
**began** 24:14,15
41:19 75:22 94:13

**beginning** 24:19
36:25 37:3 95:21
**beirut** 66:2,10
**believe** 6:18 41:6
41:14 65:12 68:3
78:19 88:3
**belong** 72:14
**best** 33:10
**better** 39:23
**beyond** 58:8 91:3
**big** 44:20 96:13
**bill** 79:15 83:6,10
86:10,14,19,23,23
87:3,11 88:5
**billion** 16:15
**biographical**
92:16
**birth** 91:23
**bit** 5:4 20:19 31:12
34:22 44:15 52:7
58:9 74:20 84:11
**blair** 2:15 20:24
43:8 53:22 69:25
82:25 90:16 93:25
94:4 97:3 99:5
**blank** 92:7
**blood** 98:17
**board** 43:19,23
44:3 60:25
**body** 10:19,20,23
**booking** 14:4
**borough** 6:13
72:20 73:8,14
77:10 94:6,10
**boroughs** 73:7
**borrowed** 75:14
**borrowing** 75:3,18
**branch** 93:21
**bratton** 7:17 19:25
74:22

**breakdown** 53:18
53:20
**breakout** 36:17,18
36:23
**brief** 12:24 66:14
**briefly** 76:12
**bring** 62:20 75:20
**broad** 34:14
**broken** 93:11
**bronx** 82:15
**brooklyn** 5:13,23
6:13 90:21
**brought** 14:21
70:23 86:5 88:5
**budget** 11:18
16:15,16,22 29:25
32:8 37:22 38:11
46:4,5
**building** 64:11
**built** 8:13 75:24
**bulletins** 67:8
75:23
**burden** 57:11
**bureau** 7:24 8:2,9
8:12 10:6,10,10,11
10:12 11:9,14
14:2,3 22:6,20,21
22:22,22 24:3,11
27:10,11,17 28:3
29:2,6,7 30:23,23
31:5,21 34:3 39:5
39:6 40:3 51:17
52:2 56:5,9 57:2
66:24 69:11,13,19
72:20 73:14 74:14
75:12 77:10,23
85:11 89:18 90:5
90:20,21 93:7
94:22,22,23 95:3,8
95:23,24 96:9,17

**bureaucracy**
71:20
**bureaus** 8:18 10:2
10:16 22:15,20
28:13 29:3,19,21
30:9 51:21 93:6
**business** 4:11

**c**

**c** 98:2,2
**calculate** 59:13
**calendar** 37:16
41:24
**call** 30:10 49:5
82:9 83:10 84:7
86:5,24 92:13
**called** 4:2 87:3
96:13
**calling** 78:24 79:9
86:12,21
**calls** 80:12 82:23
83:6,7 86:4,6,7,16
87:8,15,23 88:7
89:7
**cameras** 10:19,20
10:23
**candidate** 24:9
29:13
**candidates** 67:8
**capabilities** 51:25
**capability** 68:21
**capacity** 23:23
53:21 91:7
**captain** 6:11,12,15
14:25 15:2,3,6,7
15:16 16:4,21
17:10 21:15,18,20
23:19,22 24:23
27:11 47:24 52:12
52:12 57:21 58:4
58:8,13,22 59:4
63:24 64:6 67:12

67:17,21 69:2,9,22
70:13,14 72:6
74:7 76:5,22,23
78:7 82:23 83:7
83:11,25 84:7
86:3,14,17,24 87:4
87:14,17 88:6,24
88:25 89:6,9 90:2
90:19
**captain's** 83:21
**captains** 17:11,16
17:25 34:18 36:14
42:6 43:25 45:6
58:6,7 73:7 74:6
**career** 40:18 48:18
51:24 58:15,16
59:13 60:14 63:22
92:15,22
**carried** 44:14
**case** 12:14,25
64:13 71:10 81:23
88:12,14 100:2
**cases** 12:8,8 61:20
68:24 82:7 92:19
**cast** 28:23
**categories** 80:13
81:8
**categorizations**
80:9
**category** 82:9
**cause** 85:6
**cea** 45:21
**center** 90:24
**central** 14:4
**ceremony** 4:25
19:11,11
**certain** 17:19 28:7
29:22,23 31:10,24
39:24 49:8 60:18
78:11 80:5,12,13
82:9

**certainly** 13:13,23
37:2,20 38:22
50:11 51:14,17
61:8,11 63:8
84:21 87:21 89:20
**certification** 3:8
**certified** 92:20
**certify** 98:8,15
**chain** 9:14 13:20
29:15 30:16,17
31:22 51:18 89:16
90:2,7 96:2
**chains** 29:16
**chaired** 34:16
**challenged** 52:21
**chance** 26:20
62:11
**change** 25:22 33:2
35:16 38:19 41:21
54:22 81:15 100:4
**changed** 82:17
**changes** 7:20 20:4
55:13 74:15
**changing** 82:5
**charge** 72:19
83:12
**charges** 69:6
**charter** 23:12
**chat** 76:12
**check** 27:3 29:8
**chief** 4:8 7:12,14
9:22,25,25 10:6
17:11,15 18:12
19:4 20:11 22:2,3
22:4,4,4,5,6,7,13
22:13,17 23:6
24:11 27:10,14
28:3,16,18,18 29:6
29:7,17 30:6,7,23
30:24 31:8,9,21
32:2,9,10 33:22,23

34:3,6 37:5 39:5,6
39:7,11 40:3 42:5
45:8 53:19,20,20
54:16 56:17,18
90:5 93:7 95:23
96:3,4,17 98:9
**chiefs** 10:6 18:3,15
18:20,22 22:6,15
22:19,23,24 24:3
27:22 29:2 31:5
37:25 40:21 42:7
44:4 46:10 52:2
**children** 65:16,17
65:25
**choices** 33:20
**christopher** 2:7
**church** 2:13
**circa** 17:9
**circle** 87:25 89:11
**circumstances**
63:16 71:22
**city** 1:8,8,16 2:11
2:18,20 5:6 8:5
23:12 100:2,2
**citywide** 80:2
**civil** 15:6,9 19:13
21:19,21 23:15
34:20 60:16,17
61:4
**civilian** 9:18 19:19
36:14
**civilians** 19:12
29:3
**cja** 2:8
**clarify** 43:9 78:14
78:18
**class** 37:7
**classification**
84:19 88:21
**classifications**
82:5

**classified** 69:24
75:8 79:3,7 84:17
**classify** 81:21
**clear** 55:7
**click** 25:5
**close** 38:16 85:16
**clr** 1:21
**cohen** 64:18
**collect** 28:24 46:16
56:7 91:17
**collected** 46:7
**collecting** 50:23
57:15
**collective** 17:17
45:25
**collects** 91:15
**come** 8:24 12:9
13:24 14:7 51:22
53:10 57:4 67:4
75:4 76:9 81:2
83:21
**comes** 11:12 77:10
**coming** 14:6 17:7
54:21 77:21
**command** 9:14
11:21 13:20 22:14
22:16 25:19,21
26:4,11 29:15
31:23 39:25 50:2
51:18 66:13 72:7
72:20 80:2,3,7
83:23 89:16 90:3
90:7
**commanded** 22:22
79:15
**commanding** 6:22
8:11,15 72:10
**commands** 29:11
29:16,18 31:14
**commend** 96:2

**commensurate**
94:25
**comment** 68:12,17
**comments** 68:20
**commission** 9:20
19:25 100:25
**commissioner**
7:17 8:17,20,22,23
9:10,15,16,17,22
10:8,14 12:6,14,18
12:19,25 13:5,22
14:10 15:19,20,24
15:25 16:9 20:3,4
21:23,24 23:8,9,11
24:5 29:5,6,20,22
30:5 31:7,23,24
32:9,24 33:22
34:4,7,17,18 35:3
43:22 44:8 46:22
47:8,19 48:4 50:9
50:10,14,17,19,21
51:10,19,23 52:3
57:17 60:10 64:17
74:22 76:10 96:3
96:14
**commissioner's**
6:24 7:16 31:9
33:24 44:5 45:10
45:13 46:7,8,12,21
49:3,6,9 50:25
54:19 56:15 60:9
61:7 62:22 63:11
71:8
**commissioners**
24:3 29:2
**common** 72:6
**communication**
52:7
**community** 53:9
53:10

**competitive** 15:8
18:6 39:19
**compile** 29:10
46:15
**complaining** 79:5
**complaint** 57:21
57:24 68:22 79:3
79:23 80:6,7,16,23
81:21 82:7,8,17
83:8,14 84:16
85:22
**complaints** 84:24
**complete** 27:5
**completed** 28:25
66:21
**complicated** 81:10
**complicates** 17:7
**concepts** 7:23
**conduct** 82:6
**conducted** 37:3
**conducting** 50:22
**conference** 36:12
65:9
**confidential** 80:19
80:25 82:6 88:13
99:13
**consider** 12:11
21:18 34:11 50:15
60:13 61:10,16
63:14
**considerably**
18:24
**consideration**
27:12 44:2 50:7
53:4,6
**considered** 24:2
24:23 25:9 47:9
47:24 48:4,11
49:12,13 50:10
54:5 60:3 63:6,9

**considering** 47:20
63:21
**consisted** 44:3
**consolidated**
92:25
**contact** 77:5
**contacted** 88:25
**contingent** 45:17
**continued** 96:19
**contract** 17:12
45:18,20
**contracts** 45:24
**control** 77:8 79:9
82:24 86:4 90:22
90:24 91:6
**controlling** 47:10
47:21
**convention** 7:3
71:9
**conversation**
39:10 42:18 96:16
**conversations**
54:4
**conveyed** 86:20
**cop** 83:15,16
**cops** 10:3 26:20
95:6
**cordial** 76:19,20
**corporation** 2:12
**correct** 15:4 46:24
83:12 86:8 90:12
**corrected** 83:13
**corrective** 81:20
**correctly** 81:21
**cos** 95:5
**counsel** 2:2,12 3:6
34:11 54:5,6
57:23
**count** 16:23,24
19:18 37:21 38:5
38:12 46:6

**counterterrorism**
75:4,12
**country** 91:23
**county** 98:5
**couple** 7:4 13:21
18:10 19:4 45:23
65:11 69:18 74:15
76:16 77:6 81:16
91:11
**course** 8:25 11:19
33:2 38:20 96:5
**court** 1:2,20 3:19
8:3
**cover** 27:14 93:7
**create** 7:21 56:6
**created** 8:5 35:21
75:16 79:11
**credentials** 43:3
**creed** 51:11 53:21
**crime** 68:4,15
78:11,16 79:5
80:8,12,13 81:8
82:9 84:19 85:20
88:20
**criminal** 14:3
**criteria** 24:22 48:9
60:23
**cross** 14:2
**culling** 31:15
**current** 18:8 26:11
34:24 50:3 56:12
63:18
**currently** 7:23
8:17 23:24 43:10
54:24 95:16
**cut** 14:14 39:18
**cv** 1:6

**d**

**d** 99:2
**damage** 89:8

**damaged** 87:16,18

**dangerously** 85:16

**data** 56:7 78:12 93:2

**date** 49:8,25 50:2 100:2

**dated** 90:18

**david** 64:18

**day** 36:16 70:4 77:11 86:13,21 87:23 97:11 98:21 100:23

**days** 65:11 70:6 76:16

**deal** 8:3,7

**dealing** 65:7,15

**dealt** 69:18

**december** 5:11 33:5

**decide** 12:12,15,16 46:22 56:8 60:12

**decided** 8:9 48:4

**decides** 15:19 61:10

**decision** 11:25 13:6 53:13,16 62:16,22 63:11

**decisions** 24:8 55:19 82:19 85:23

**deemed** 62:5

**deep** 82:16

**deeper** 81:3 82:11

**defendant** 2:18

**defendants** 1:10 2:10

**definitely** 38:22

**definition** 84:21

**delatorre** 90:6

**deliberate** 81:4,19

**demeanor** 52:6

**demoted** 63:5

**demotion** 63:15

**denies** 16:10

**dep** 12:3 22:21

**dep's** 34:5 46:14

**department** 1:8,16 2:11,19,20 5:7 7:18 9:11,19,23,24 10:2,6 12:4,21 18:2 22:13,17 23:7 24:17 28:6 28:18,19 29:17,18 30:6 31:10 32:10 33:7,22 39:8,11 58:24 62:8,9,11,12 68:13 87:19 95:14 96:4 100:2

**departure** 62:8

**depending** 32:13 40:4 59:7 95:25

**depends** 16:11 58:5 71:4,5 72:9

**deployed** 10:22

**deployment** 10:24 11:2

**deponent** 100:3

**deposition** 1:15 3:9,16 54:3 98:10 98:12 100:2

**deputy** 7:11 8:16 8:19,22 9:9,17,22 10:7,14 12:5,13,24 17:2,11,14,15 18:11,12,14,15,20 18:21,22 19:4 20:14 21:25 22:2 22:3 23:22 24:3 24:25 27:13,22,23 29:2,5,5,20 30:5 31:7,23,24 32:2,8 33:22 34:4,6

36:14 37:24 38:3 40:21 44:2 45:6,7 45:10 46:7,8 49:8 50:20 51:19,22 52:3 53:20 58:11 64:17 76:9 96:3

**described** 57:14

**describing** 36:5

**description** 85:23 88:19 90:13

**deserving** 39:24

**designate** 72:18

**designated** 73:4 73:15

**designating** 73:11

**designation** 73:18 74:4

**designations** 73:18

**designed** 34:13 35:17 38:13 61:21 62:3

**desire** 25:8

**details** 91:3

**detective** 22:20 27:11 66:24

**detectives** 10:4 22:7,16 27:14 28:16

**determination** 66:8

**determinative** 59:22

**determine** 47:11 47:12

**deterrence** 61:23

**development** 54:18 56:22 95:20

**di** 18:2 19:6

**different** 7:22,22 14:17 15:16 33:7 33:8 39:5 49:22

51:6 58:9,15 59:14 73:15 74:14 80:8 84:12

**differently** 39:2

**directed** 36:4

**direction** 36:20 37:9 81:15 83:10 86:23

**directions** 99:8

**directives** 35:25

**directly** 13:22 29:23

**director** 56:21

**directors** 36:15

**dis** 42:6

**disciplinary** 59:20 60:5 61:14,15,24 68:25 69:3

**discipline** 12:2,3 12:15,20 59:23 60:11,15,18,23 61:20 82:20 92:23

**disclosing** 79:5

**discrepancies** 29:9

**discretion** 16:4 34:12 60:9 61:7

**discretionaries** 19:17

**discretionary** 19:13 21:21 23:19 48:10 54:15 55:15 61:6

**discuss** 12:14 30:7 32:13

**discussed** 51:5

**discussion** 76:15 87:13 90:17

**discussions** 53:14

**dismissing** 61:18

**disposition** 80:15

disqualifier 51:13
dissemination 65:23
distinction 15:5
distinguished 9:4
distribution 65:24
district 1:2,3 6:5 25:20 26:5 69:16
dive 81:3 82:16
diverse 52:22 53:5 53:7
diversity 52:19
division 7:8 64:3 78:24 79:2,13,14 79:22
documents 54:3,7 54:8,9,10
doing 39:20,20 52:20 65:12 84:9 85:5 89:13
dot 44:23
draft 55:4
duly 4:3 98:11
duties 9:8
duty 85:5

**e**

e 4:2 32:23 36:2,3 36:4,8 55:2 77:4 90:18 98:2,2 99:2
earlier 88:21
easier 21:3 25:14
easily 71:13
eddie 90:6
education 48:21
effect 3:18 72:25
eight 18:22 38:3
either 29:5 37:2 64:19 95:25 96:2
elaborate 74:20
electronic 92:13 93:4

element 47:4
eligible 30:12,21 30:24 31:20 33:19 34:2 36:5 43:5 96:9
elimination 28:15
embed 64:18
embedded 64:11
emily 2:23
emily.gold 2:24
employment 59:25
empty 75:12
ended 7:5 26:18
endowment 17:12
enforcement 64:12 65:19
entire 63:21 80:24
entirely 78:9
entity 8:7
enumerated 11:19
envelope 45:9
equipment 10:12
equity 56:24
erase 41:3
errata 100:1
error 81:10,18
errors 68:23
especially 81:7 88:16
esq 2:7,15,23
essentially 24:5,22 25:16 29:16 46:10 56:19 57:10 66:19 68:20 80:22 95:6
estimate 28:11 74:10
ethnicity 91:21
evaluate 51:23
evaluation 46:17
evaluations 67:12 67:14

eventually 87:8
everybody 15:12 30:10,20 32:12 33:18 35:23 38:21 52:5 95:18 96:8
exact 68:19
exactly 78:6 86:9
exam 15:9 21:22
examination 4:13 94:3 99:3
examined 4:4
example 10:19 29:4,25 32:6 37:23 43:24 49:4 54:25 55:25 60:22 70:12 71:6 73:7 74:21 93:12
exams 23:15
exceptions 70:9
executive 6:25 7:9 7:20 16:2 19:8 20:22 21:18 24:15 24:18 25:6 32:7 36:12 40:12 41:21 44:19 49:17,22 56:4,21 57:12 64:3 70:2 72:11 72:19 73:9,10 93:20 94:7 95:13
executives 14:16 14:17,23,24 17:24 19:20 20:8 21:5 21:17 24:2 28:6 30:3 36:8,21 49:19,24 51:25 60:8 69:18 72:12 73:4,14 74:3,19 89:17 91:17 94:25 95:4,9,10,11
exhibits 13:11 54:11 99:15,17

existed 47:23
expand 28:23
expect 28:9 30:3 31:2,13 38:15
expected 36:10
expecting 19:19
expense 16:20
experience 38:21 48:21 49:5 64:5,7 67:17 69:15
expires 100:25
explain 16:6 32:19 32:23
explanation 83:2 84:22
exploitation 65:16
exploited 65:24
extending 26:18 26:25
extent 24:10 78:21 87:24 89:15,17 93:16

**f**

f 98:2
face 76:4,4
facilitated 50:21
facilities 10:13
facility 75:7,10
fact 55:11 74:18 83:22
factor 34:8 47:9 47:13 51:14 53:15 59:21 61:8,12 63:8 71:17
factors 16:12 34:12 60:12 62:2
facts 71:21
fairly 18:9 19:24 20:6
fall 6:7,9 20:2 85:9

**familiar** 49:14 51:17 57:20 63:24 64:24 65:3 67:21 69:2,8,12 78:7 90:9 91:5

**far** 85:7,12

**fast** 32:5 33:5

**favor** 51:15

**fbi** 75:7

**feedback** 35:17,19 35:19,21,23,24 36:19,22 37:4,6,10 39:4 54:23 95:20 96:16

**felt** 89:3

**fewer** 34:18,18 95:8

**field** 5:13 87:23

**figured** 26:19

**file** 91:16 92:13 93:4

**filed** 57:21

**files** 92:5

**filing** 3:7

**fill** 72:12,16

**filling** 79:18

**filtered** 29:13

**final** 12:20 13:6 14:11 15:21 16:2

**finally** 25:20

**find** 17:3 68:23,24 68:24 70:19 71:2 82:10,12

**fine** 4:21,24 21:13 65:14

**finest** 32:21 36:2,7

**finish** 20:24 91:12

**first** 5:12 8:16,19 8:22 9:9,17,22 10:7,14 12:3,13,24 21:17 22:21 25:24

29:19 30:5,15,20 30:22 31:7,23,24 32:8,12 33:3,21 34:3,5 35:4,14 40:12 45:10 46:7 46:8,14 49:8,20 50:20 51:18,22 52:3 54:12 67:5 75:15 79:11 86:10 96:3

**fits** 90:6

**five** 18:13 23:13 45:6 94:15,16

**fix** 83:25 86:25

**fixed** 16:22 17:13

**flag** 81:16

**fleet** 10:12

**floor** 2:5

**floyd** 8:4

**fluctuates** 38:10

**fold** 44:22,25

**follow** 11:4 13:3 14:17

**followed** 87:7

**following** 6:16 33:5 40:9 66:2 96:19

**follows** 4:5

**force** 3:18 7:10,13 75:5 77:7,9,12,20 77:22 92:2

**forces** 77:17

**forcing** 61:18

**foreign** 64:12 91:22 92:21

**forgive** 14:19 53:2 87:2

**form** 3:12

**formal** 12:8 52:15 53:12 61:5

**formally** 75:16

**former** 66:3

**forth** 24:4 98:11

**forward** 21:16 28:21 32:5 33:5 57:13

**found** 82:16 84:10 88:17,18

**four** 9:25 18:21 22:13 37:25 45:7

**frankly** 43:6

**fred** 56:21

**french** 93:15

**frequency** 80:8

**friendly** 76:19,20

**fringe** 16:18

**frisk** 8:4

**front** 60:25

**frustration** 86:12 86:20

**full** 7:6 27:22 32:2

**function** 55:16 69:17 73:6 74:3 94:11

**funding** 17:6

**furnished** 99:10

**further** 3:11,15 8:13 36:24 81:22 98:15

**fyy** 13:25

**g**

**gender** 53:21

**general** 8:6 70:3,8 72:3

**generally** 19:9 20:17 26:21 38:18 38:20 62:13

**german** 66:5 93:14

**getting** 25:18 34:19 55:7 57:11

57:16 58:10 75:24 83:6,7 85:15

**gist** 72:3

**give** 5:3 11:22 13:5 26:7,13,20 28:13 28:21 35:17 36:18 37:9 40:3 46:20 56:9 63:12 91:11 95:12

**given** 30:25 31:11 33:11,21 35:20 37:16,20 59:10,19 60:4 87:14 89:6 95:23 98:13

**gives** 85:21 93:3

**giving** 17:4 36:21 37:6

**go** 5:3 12:8,25 13:12,17 15:10 17:20 23:14 25:3 25:7 28:18 29:11 32:11,16 37:11 40:16 41:25 42:25 45:14 47:19 50:7 54:7 60:25 64:9 66:6,25 80:21 81:24 85:8,13 87:4 93:5

**goal** 52:22 61:24

**goes** 11:23 12:18 12:22 20:13 29:14 30:16 31:6 35:14 44:12 53:8 81:11 83:5

**going** 12:17 13:12 13:13,23 21:2,15 28:17,21 32:6 33:6,19 38:4 41:21 54:14,22 56:9,11 57:13 62:6 63:20 82:14

87:10 91:9,20
94:16
**gold**   2:23
**good**   5:2 35:9
39:13,15 52:5
74:23,24
**gotten**   32:17 58:8
59:23
**governed**   23:12
**grade**   45:3
**graduated**   5:9,11
**grand**   81:8 84:17
88:16
**great**   14:14,22
39:10,23
**greater**   24:8
**greatly**   59:6
**grid**   30:12 31:19
32:4,11 41:11,11
95:23
**group**   31:16 54:16
55:9,15 73:22
**guarantee**   17:18
35:8
**guess**   35:3 53:17
68:10 74:12,16
96:15
**guesstimate**   88:7
93:19
**guest**   36:16
**guidance**   84:20
85:21
**guide**   84:19 85:21
88:21
**guidelines**   85:12
**guilty**   85:10

**h**

**h**   4:2
**half**   10:22 20:18
25:2 44:24

**hand**   85:15 89:8
98:21
**handle**   52:5 67:11
72:13
**hands**   88:25
**happen**   73:11
**happened**   82:10
89:5
**happens**   30:10
35:7 38:8
**hard**   85:18
**hariri**   66:4
**hat**   26:10
**he'll**   12:16
**head**   16:23,24
19:18 37:21 38:5
38:11 46:6 66:4
**headed**   29:3,4
**headquarters**   6:8
37:4 75:11
**heads**   29:7 56:21
**hear**   79:8
**held**   1:17 60:19,24
**hereinbefore**
98:11
**hereto**   3:7
**hereunto**   98:21
**hey**   33:25 39:22
**hierarchical**   9:12
33:17
**higher**   20:8 36:8
43:24 48:15
**highest**   9:18,23
**highlight**   47:6
**hilferty**   1:18 2:4
**hiring**   91:20
**historical**   38:16
94:13
**historically**   27:18
28:9 32:18 35:9
56:13 58:7

**history**   12:11 31:3
59:20,25 60:5,11
63:19 69:3
**hold**   63:2
**holiday**   26:19
**host**   16:19 39:21
40:2 79:16
**hours**   37:7 91:10
**housing**   10:3
22:16 25:20
**hub**   65:18
**huge**   81:15
**human**   81:10
**hundred**   94:24,24

**i**

**idea**   19:22 49:11
63:20
**identified**   79:2
**identifying**   75:23
84:5
**identity**   81:9
**immediately**   14:21
**impact**   89:19,22
**impacted**   89:21
**improperly**   79:2,6
**improvement**
39:24
**inappropriately**
82:3
**inch**   44:24
**incident**   61:15
**include**   92:12
**included**   25:24
**includes**   15:3
54:17 85:23,24
92:16
**including**   14:12
60:14 88:19
**inclusion**   56:24
**inclusive**   38:13

**increase**   62:2
**increments**   70:5
**indicate**   25:8,25
**indicated**   45:18
**indicates**   90:19
**indication**   81:4,19
82:2
**indicative**   81:12
**indicator**   35:10
**indicators**   77:13
**individual**   42:19
47:15 48:25 51:23
58:3,21 59:4,8
69:21
**individual's**   24:10
50:6 51:11
**individuals**   37:14
40:7,24 48:13
50:4 74:6 89:2
**informal**   52:17
53:12
**information**   11:9
24:21 29:24 42:17
49:25 50:11 53:24
55:8 56:5 57:11
57:15 60:2 61:8
65:19,21,21 75:8
85:24 89:12 91:16
91:17,24 92:3,11
92:17 93:2 96:7
99:7
**initial**   91:20
**initially**   20:5
75:18
**injury**   85:6
**input**   55:4
**insight**   24:8
**inspector**   7:7 8:6
17:2,14,14 18:11
18:12 19:5 20:14
20:15 21:25 22:2

23:22 24:25,25
27:13 32:3 44:2
45:6,7,8 47:24
58:11 79:15 87:21
**inspectors** 18:15
18:16,22,23 27:23
27:23 38:3 42:6
45:7
**intel** 7:8 64:8
66:16,23 67:4,7
73:24,24 76:7
**intelligence** 7:8
64:3,17
**intend** 85:4
**intentional** 81:4
81:20
**interaction** 76:24
77:3
**interactions** 77:2
**interested** 25:18
40:15 98:18
**intermediate**
30:19
**internal** 5:25 7:19
12:4,6 32:22
54:17 68:14,21
**internally** 8:7 55:3
67:7
**international** 66:6
**interpol** 64:14,19
64:25 65:4,8,13,18
76:9
**interpretation**
85:3
**interview** 45:14
46:13,18 47:11,17
47:18 48:6,23,25
49:10 65:6
**interviewed** 52:4
95:19

**interviewing**
46:11
**interviews** 45:12
46:9 48:8 50:22
68:7
**intranet** 25:4
**investigation** 81:2
88:13
**investigations**
77:15 80:19
**involved** 49:16
53:14 55:24 56:25
57:18 58:18 65:22
81:11 82:5 89:18
**involving** 65:25
**ish** 21:7,9
**issue** 37:21 61:14
**issues** 86:2
**italian** 93:15
**item** 16:25
**iteration** 35:15

**j**

**j** 2:7
**january** 6:23 7:18
8:14 71:11 88:10
**job** 9:8 10:15
19:24 20:6 34:9
44:19 48:21 53:11
65:13 83:20,21
84:3
**join** 5:5
**joined** 5:6
**joint** 7:10,12 75:5
**jostling** 84:17,20
84:22 85:12,14,24
88:15,20
**jttf** 7:14
**judge** 12:7
**judgment** 52:8
**july** 5:7,11 6:20
19:10 90:18

**june** 5:14 19:8
**justice** 14:3

**k**

**keep** 39:14,20 67:2
**kelly** 44:13 46:22
48:2,4,16 50:9,15
50:20
**kelly's** 50:17
**kept** 26:25
**kerik** 44:14
**key** 56:23 57:8
**kicking** 7:22
**kind** 9:21 29:13
30:18,22 33:17
35:13 44:14 52:9
57:4,10 65:20
83:18
**knew** 89:18 96:10
**know** 14:20 17:6
23:16 26:22 28:16
31:25 34:10 35:12
38:15 42:12,24
43:2 48:9,11,19
49:2 50:8,8,22
53:8,17 55:3 58:5
69:10 70:2,8,12
71:21 74:9 75:10
75:16 78:9,13,14
83:19 84:3,6
85:15,25 87:2,3,10
87:18 89:11 90:4
90:5 91:3,9,25
94:9 95:16,17
96:5
**knowledge** 53:22
53:23 58:2 69:25
78:22
**knows** 34:19 43:4
45:25

**l**

**l** 4:2,2,9,9 92:14
**language** 92:21
**languages** 91:22
92:18
**larceny** 81:8 84:17
88:16
**largest** 10:24
**late** 24:14 69:17
**lately** 13:8
**law** 2:11 12:7
15:24 64:12 65:19
84:21 85:3
**law.nyc.gov** 2:16
**laws** 81:9
**lawsuit** 8:4
**left** 8:10,15 19:25
20:5 29:10
**legal** 85:10,19
**legwork** 12:21
**letter** 27:15 93:7
**level** 30:19,20,21
**lexington** 1:19 2:5
**lgs** 1:7
**liaison** 64:10
65:10 90:21
**liaisons** 64:12
**lieutenant** 6:3,5
15:12 64:4 66:16
66:17 67:13 69:15
70:14 76:6,18
**lieutenants** 19:15
**limited** 39:18 64:7
69:15,20 89:12
**line** 11:19 16:25
100:4
**list** 9:4 15:10 30:8
40:22 43:5 60:21
96:8
**listing** 49:24

litigated   46:2

little   5:4 23:15
  31:12 34:22 38:11
  44:15 52:7 58:9
  74:20 83:24 84:11

location   72:25

log   43:2

logistics   56:2

long   9:3 36:16
  39:25 58:2,25
  63:15 69:23

longer   34:17 58:24
  70:21

look   11:13 27:18
  32:11 34:7 52:19
  60:10 77:11 79:20
  80:3,14 81:24
  82:7,11 84:12
  85:11,19 94:13,18
  94:21

looked   18:24 21:6
  43:20,21 59:12
  92:5

looking   13:11
  24:13 41:10 54:20
  54:23 55:12 56:13
  65:23 77:13 78:18
  83:13

looks   24:21 79:22
  80:12

lot   10:8,13 12:21
  12:22,22 13:7
  14:11,14 33:13
  38:6 41:12 47:8
  59:15 74:14 79:16
  82:19 95:5

lower   6:6 20:16

lyon   64:14 76:12

**m**

m   2:15 4:2 99:4

mail   45:9 49:18
  77:4 90:18

mailing   50:22

mails   32:23 36:2,3
  36:4,8 55:2

main   25:4 56:10

maintain   58:3

making   24:7 43:4
  53:15 81:14 82:19
  88:6

manage   8:8 14:4
  56:2 57:2

management   6:25
  7:24 8:9,12,15,18
  10:10,18 29:4,24
  55:24 75:17 79:10
  79:12 83:5 88:10
  89:13 94:23

managing   11:4
  57:13

mandated   35:21

manhattan   6:6

marash   1:4 86:21
  87:4 100:2

march   7:15 36:12
  74:24

marked   99:17

marriage   98:17

material   48:5

materials   65:24

matrix   44:23

matter   55:11
  98:19

matters   11:11
  88:24 89:7

matthew   1:17 4:8
  4:20 97:8 98:9
  100:3,21

maximum   25:10
  25:11

mayor   23:11

mean   9:6 17:4
  21:12 40:2 45:4
  50:8 51:16 52:18
  61:22 62:8,19
  72:3,17 77:3 78:9
  84:20

meaning   16:17
  21:21 53:19

means   38:6

meant   25:17 53:3
  53:3

measure   83:22
  94:17

measuring   77:15

mechanics   55:14
  57:6

media   68:7,18
  78:23

meet   12:13,18
  13:4 30:6 32:9

meeting   55:10

meetings   76:4
  77:7,22

meets   55:9

member   9:18,24

members   19:14
  43:23 46:18 86:18

mentioned   13:15
  55:21 58:22 71:7
  74:18

message   24:16
  32:21 55:7

messages   32:20
  36:7

met   76:14

method   80:5

metrics   77:16

maximum   25:10

minimum   17:19

minister   66:4

minute   26:21

minutes   51:3
  91:11

misclassification
  68:4 86:22

misclassifications
  81:17 88:17

misclassified   83:9
  89:3

misconduct   68:24
  68:25

misguided   83:24

missed   78:3

missing   65:16

mistakes   81:6

misunderstood
  83:18

mix   34:15

monetary   46:4

money   16:23,25
  17:3,7,20 37:22

monitor   8:3 90:25

month   18:10 80:4

monthly   12:19
  19:2,10 20:21
  21:4 55:10 77:7

months   5:14 6:7
  18:10,25 19:5
  74:24,25,25 75:15
  80:21,22

motion   57:3

motions   99:12

moved   8:21 33:8,9
  75:13

moves   7:20 57:3

moving   34:21

mta   90:25

| **n** |
|---|

**n** 4:2,9 99:2
**name** 4:7,20 100:2
    100:3
**names** 7:22 24:4
    28:20 30:13 41:12
**narrow** 31:16
**national** 7:3 71:9
    91:18,22 93:12,14
    93:20
**nature** 42:8 59:7
    71:4,22 72:5,9
    74:8 77:4 86:6
**necessarily** 61:21
    72:21
**necessary** 81:22
**need** 13:2 14:19
    19:2 39:24 75:10
**needed** 8:6
**negotiated** 17:16
    62:15
**net** 28:23
**network** 64:11
**never** 26:3 41:9
    45:22 53:12,13
    58:14 84:19 87:6
**new** 1:3,8,9,15,19
    1:19,22 2:6,6,11
    2:14,14,18,20,22
    2:22 4:12,12 5:6
    7:4 8:5 17:7 35:14
    64:21 66:11,12
    68:2 74:23 76:8
    88:20 98:3,5,7
    100:2,2
**newly** 8:5
**news** 13:7 67:22
    68:2
**night** 83:14
**nine** 18:22

**nominate** 42:22
**nominees** 24:5
**normal** 13:19
    58:12
**north** 6:13
**notary** 1:21 3:17
    4:4 97:14 98:6
    100:25
**noted** 97:6
**notice** 26:24 40:12
    41:23
**notified** 46:12
    49:3
**notifying** 49:7
**november** 8:10
    26:17 33:4 40:11
**nuisance** 87:21
**number** 16:11
    17:14,19,23 27:16
    28:3 30:4 31:10
    31:12,25 33:20
    34:5 37:21 38:14
    38:16,17 39:3,18
    40:22 45:19 54:17
    55:4 56:8 59:10
    59:12 68:22 80:5
    80:6 82:16 86:6
    92:23 94:6,20,24
    95:9,10,11
**numbers** 94:14
**nycjobattorney.c...**
    2:8
**nypd** 5:5 8:6 15:8
    22:25 25:4 40:21
    51:9 52:12 53:4
    74:8 78:8 91:15
    93:13,21
**nypd.org** 2:24

| **o** |
|---|

**o** 4:2,2,9,9
**o'neill** 20:3
**objections** 3:12
**observed** 83:8
**obviously** 9:15
    40:23
**occasional** 92:6
**occasionally** 82:12
**occurrence** 61:25
**occurs** 80:20
**october** 40:11
**offense** 12:11
**office** 2:12 6:24
    7:16 8:5,11,16,21
    8:24,25 9:9 11:5
    11:11 13:18,24
    31:9 44:5 45:10
    45:13 46:8,9,13,14
    46:21 49:4,9
    50:20,25 54:19,19
    55:25 56:16,19,22
    56:24 71:8,11
    75:3,3,12 76:11,11
    88:2 95:19
**officer** 5:16 6:22
    7:9 8:11,16 20:9
    64:4 73:9,10 85:2
    85:5
**officer's** 12:11
**officers** 17:5 72:10
    72:11
**offices** 1:18
**offs** 66:19
**oh** 72:8
**okay** 4:17 14:22
    22:18 28:7 34:8
**omitted** 45:23
**once** 15:15 27:3
    28:25 58:21 62:18
    62:23 66:20

| **ones** 57:10 |
|---|

**online** 25:3,13
    40:16 41:25 42:25
    49:21
**open** 26:15,16,25
    56:6 67:2
**opened** 88:12,13
**opening** 56:3
**operating** 16:16
**operation** 90:24
**operational** 10:2
    11:10 22:14 26:4
    29:19
**operations** 6:8,15
    6:18
**opine** 13:13 71:24
**opinion** 61:13
**opposed** 39:16
**order** 1:20 24:22
    30:15
**ordinary** 71:3
**organization** 9:13
**organize** 91:12
**origin** 91:18,22
    93:12,14,20
**original** 35:18
**outcome** 98:18
**outside** 73:2 87:24
    90:8
**overall** 28:8 94:25
    95:13
**overhead** 29:11
**overheads** 31:22
**overseas** 64:10
    66:18
**oversees** 10:2 12:7
    29:20
**oversight** 10:15
**overturned** 62:22
**overview** 37:8

| | | | |
|---|---|---|---|
| **ownership** 10:17 | **pattern** 81:12 | 81:18 | **pieces** 96:6 |
| **p** | **payments** 16:18 | **percentage** 17:15 | **place** 15:23 23:25 |
| **p** 4:2,9 | **pc** 13:6,25 14:11 | 28:5,7 74:11 | 44:10,16 48:20 |
| **p.m.** 97:6 | 24:7 | 91:25 93:13 | 52:14,16 67:5 |
| **package** 27:13 | **pc's** 8:11 24:6 | **perfect** 74:21 | 68:16 75:21 |
| 33:4 46:19 47:14 | 71:11 | **performance** | **plaintiff** 1:5 2:3 |
| 92:8,10 | **pedigree** 92:16 | 79:17 83:23 | **players** 56:10 |
| **packages** 27:6 | **peer** 42:3,20 43:20 | **period** 26:16 | **plays** 18:7 |
| 28:25 29:8 49:18 | 44:16 47:2,3 | 45:11 58:12,20 | **plaza** 2:21 4:12 |
| 56:7 93:5 | 48:22 | 60:19 66:15 77:11 | 89:10 |
| **page** 25:4,11 96:19 | **peers** 43:16 | 78:22 80:4 83:23 | **please** 5:3 14:20 |
| 99:3 100:4 | **penal** 84:21 85:3 | 84:11 86:15 | 50:5 53:2 87:2 |
| **pages** 25:11 92:15 | **penalty** 62:3 | **periodically** 52:21 | **plus** 10:16 |
| **panel** 46:10,19 | **pending** 63:3 69:6 | 54:12 76:8 | **pocket** 85:17 |
| 48:23,25 | **pension** 16:18 | **periods** 58:15 | **point** 17:9 25:12 |
| **paper** 44:18,23 | **people** 14:4 15:10 | **permanent** 6:17 | 46:2 60:4 74:17 |
| 49:20 52:9 | 15:21 18:20 20:5 | **permanently** | 77:18 83:3 90:3 |
| **paperless** 49:21 | 23:25 26:8,13,20 | 71:10 | 90:10 |
| **paperwork** 71:19 | 29:14 31:2,20 | **person** 11:22,22 | **police** 1:8,16 2:18 |
| **parallel** 9:21 | 32:17 33:19,24 | 24:12 31:6 34:5 | 2:20,21 4:11 5:6 |
| **paramilitary** 9:13 | 34:14,15,19,21 | 34:10 39:6,9 40:3 | 5:10,12,16 6:8,24 |
| **part** 6:25 10:15 | 35:2,4,5,11 36:5 | 59:24 63:5,16,22 | 7:16,18 9:11,15,16 |
| 39:8 45:15,16 | 37:18,19 38:7,14 | 92:10 93:9 | 9:19 12:18,19 |
| 50:12 59:24,25 | 38:24 39:2,23 | **person's** 27:6 | 13:4,22 14:10 |
| 60:2 61:22,23 | 40:14 41:6,13 | 59:19 60:5 92:15 | 15:19,20,24,25 |
| 62:14,25 66:2,9 | 42:3,4,15,16,21,23 | 93:4 | 16:8 17:5 18:2 |
| 68:6 85:25 92:9 | 43:14,16 46:11,11 | **personal** 25:11 | 20:3,9 21:22,23 |
| **participation** | 47:6,6,7 48:7 | 27:7 40:17 | 23:8,9,10 24:4 |
| 55:17 | 53:10 54:24 55:23 | **personnel** 10:11 | 29:17,21 31:8 |
| **particular** 58:17 | 56:13 57:17 58:5 | 11:11,12,14 14:8 | 32:24 33:7,24 |
| 71:18 72:20 73:17 | 59:14,22 64:15 | 16:17,19 22:22 | 34:7,17,17 35:3 |
| 90:10 | 66:25 72:12 73:13 | 40:5 48:19 52:9 | 36:15 37:4 43:22 |
| **parties** 3:7 98:16 | 73:21,22 75:9,19 | 56:25 57:2 92:5 | 44:4,7 45:12 |
| **pass** 84:4,8 | 75:20,23 79:14 | 92:13 93:4 | 46:12,20,21 47:7 |
| **passed** 11:2 38:24 | 81:6 82:21 87:20 | **phone** 49:5 77:3 | 47:19 48:3 49:3,6 |
| 40:8 41:8 | 91:19,21,23 92:19 | 86:4 87:8,14,23 | 50:9,9,14,16,19,24 |
| **path** 59:14 92:22 | 92:20 93:17 94:14 | 88:6 89:6 | 51:10 54:19 56:15 |
| **patrol** 5:16 6:13 | 94:23 95:8,16 | **physical** 76:2 | 57:17 60:8,9 61:7 |
| 10:3 14:7 22:6,16 | 96:12 | **pick** 11:16 14:5 | 62:21 63:10 71:8 |
| 22:20 69:16 94:22 | **percent** 16:16 | **picks** 31:18 | 83:11 84:7 85:2,5 |
| 95:3,7 | 17:25 18:3,4 | | 89:10 92:2 96:14 |

100:2
policy  11:3
pontillo  1:17 4:9
  4:20,23 5:1 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1
  89:1 90:1 91:1
  92:1 93:1 94:1
  95:1 96:1 97:1,8
  98:10 99:4 100:3
  100:21
pool  24:9 28:23
  29:13 34:14 94:19
popular  42:11
population  17:16
  28:5,8 95:14

portal  25:4,7 42:2
  42:20 43:2 47:23
  56:6
porteus  77:24
portion  95:12
pos  17:5
position  33:12
  39:14 64:14 66:16
  66:23 71:15 72:7
  78:10
positioned  69:9
positions  67:10
  69:13
possibility  62:20
possible  52:23
  55:8
possibly  89:8
post  68:3
postings  70:18
posts  64:10
precedent  12:12
precinct  5:15,17
  5:22 6:21 25:19
  26:5 73:9 80:23
  82:15
prefer  4:23
preference  26:2
  26:14 40:18 59:8
preferences  27:9
preparation  7:2
  12:23 54:2
prepare  85:22
prepared  46:18
preparing  13:4
  36:25
prerogative  48:10
  61:11
present  25:21
  60:13 95:5
presentation
  77:24

presented  34:6
presently  69:9
pretty  44:20 55:9
  82:20
prevent  85:4
previously  94:5
  96:7
primarily  8:2 62:3
  79:17
primary  61:23
prime  66:3
printout  49:23
prior  12:12 18:8
  20:22 26:6 30:2
  31:4 35:16 44:11
  44:12 46:25 49:11
  49:15 64:22
privately  76:14
probably  13:9
  19:19 38:2 40:10
  78:5 91:12
problems  82:13
procedure  23:21
process  13:19
  14:17 15:22 23:25
  24:16,18 25:25
  26:6 28:15 30:19
  31:15 33:18 34:13
  34:21,23,23 35:14
  35:16 36:5 37:8
  40:13,19 41:22
  44:16 47:5 48:7
  48:17 49:15,20
  50:13,21 51:16
  54:14,20 55:12,24
  55:25 56:3,4 57:7
  57:9,12,13,18
  59:18 61:5 65:6
  68:14 75:22 77:8
  79:24 91:20

processed  71:6,19
processes  8:8
processing  14:5
professional  7:25
  54:18 56:22 61:13
  95:20
profile  48:18
program  10:18
  52:16 67:6
programmatic
  11:10 80:21
progressed  81:25
progressive  61:25
project  6:16 11:6
  11:7 56:20 71:17
  72:13,22
projects  7:5 10:17
  56:19 65:22 70:12
  72:19,24 73:2,19
promote  15:10,20
  16:3 17:2 21:24
  31:2 32:25 35:5
  38:12 40:21 60:12
promoted  5:18,21
  6:2,4,10,12 7:6,11
  7:14 15:17 18:16
  18:18 19:12,14,16
  25:18 26:12 32:18
  33:15 34:20 35:9
  35:10 37:15,18,19
  38:3,7,23 39:14
  46:23,25 47:12
  56:14 57:5 58:8
  58:11,13,14,14
  59:4,23 61:3
  94:14
promotes  16:6,7
promoting  30:3
  60:21
promotion  19:8,10
  19:11 24:23 25:9

26:10 27:12 30:2
30:8,16 33:13
35:16 37:8 40:8
41:8,15 42:9
47:25 49:15,25
51:7,9,12 52:24
54:15 59:18 60:6
60:17,20,24 61:16
63:6 76:23 89:23
**promotional** 15:9
30:12 49:9 92:9
**promotions** 16:2
16:10,10,12 19:9
21:20 23:18 27:19
31:4 32:7 37:23
38:25 47:21 50:16
52:11 53:11 61:6
72:4
**prompted** 88:19
**proper** 79:18
**proportional**
95:13
**prosecutor** 12:5
66:5
**prove** 85:18
**provide** 21:15
91:24 92:2
**provided** 24:20
25:12 48:5
**provision** 45:18
**proximity** 85:16
**psa** 25:20 26:5
**public** 1:21 3:17
4:4 97:14 98:7
100:25
**publish** 67:8
**published** 54:13
**pull** 80:5
**pulls** 93:2
**punish** 61:22

**punishment** 61:22
**purely** 46:3
**purposes** 69:20
**pursuant** 1:20
**purview** 90:9
**push** 26:23
**put** 24:4,16 26:24
27:5 32:20 34:2
40:11 42:19 47:15
48:13 56:7 57:3
66:5 74:22 79:11
92:8
**putting** 39:9 57:14
75:22
**pyramid** 9:12

**q**

**qad** 81:11 84:7
86:4 87:15 89:7
**qualified** 33:11
77:8
**quality** 77:14,14
78:24,25 79:9,12
79:13,20,21 82:23
83:19 86:4 87:22
87:25 89:13
**quarterly** 77:10
**question** 3:13
14:18 20:25 52:19
82:25 85:7 89:25
**questions** 13:2
14:15 25:16 27:8
40:17 70:10,17
84:24 86:13 93:24
**quickly** 91:13
**quite** 9:5 20:19
43:6 73:11

**r**

**r** 92:14 98:2
**race** 51:11 52:25
53:15,21

**radar** 24:6 33:24
34:15
**rail** 90:21,23 91:6
**rails** 92:13 93:10
**raise** 47:6
**raised** 84:23 86:2
86:10,11
**ran** 95:20
**rank** 14:24 15:6
15:15 16:3 21:18
21:19,20,24,25
24:24 25:2 27:19
42:4,15,16 45:2,19
50:3,7 52:11
56:14 58:3,22
66:20 69:21 91:16
93:8 94:15 95:11
**ranked** 30:14 74:7
**ranking** 9:18,23
23:6 36:8
**ranks** 16:21 18:19
19:16 20:16,17,23
21:15 42:5 43:15
43:23 49:22 53:19
60:16 61:4 73:15
92:22
**rate** 18:9 81:18
**rates** 56:12
**raymond** 77:23
**reach** 15:15 53:9
**reached** 39:3
**reaches** 58:21
**read** 57:24 86:22
**reading** 13:10
85:3
**reallocated** 17:21
**really** 66:19
**reapply** 40:9 41:2
41:7,13
**reason** 16:5,5 72:2
100:4

**reasons** 39:21 40:2
70:25
**recall** 45:5 64:15
65:15 67:14 77:18
84:23
**receive** 49:17
89:22
**received** 49:5 96:8
**receives** 69:22
**recess** 37:13 51:4
91:14
**recognize** 41:12
**recognizes** 43:3
**recollection** 21:11
**recommendation**
11:25 12:17 13:5
14:10 28:17 32:2
43:22 61:2 66:8
**recommendations**
15:22,23 24:7
28:4 30:22 31:18
32:15 44:6 51:21
54:21 55:18 56:11
93:9
**recommended**
24:12 30:9 31:21
33:16 34:3,4,10
39:7,8,11,12,17
42:9 48:14 52:2
95:25 96:5,11,12
**recommending**
30:23
**reconsider** 42:13
**record** 4:7 14:24
21:14 37:12 48:19
52:9 87:12,13
90:16,17 98:13
**recruit** 53:8 67:6
**recruiting** 75:23
**recruitment** 53:7

**[red - selection]**

**red** 81:16
**regard** 53:18
  68:18
**regarding** 48:6
**rehabilitate** 61:21
**rehabilitated** 62:6
**rehabilitation**
  63:21
**rehabilitative** 62:4
**relate** 70:17
**related** 70:10
  88:16 98:16
**relation** 68:7
**relationship** 76:18
**relatively** 91:13
**religion** 92:17
**remember** 23:2
  65:5,6 67:25
  68:19 77:21,25
  78:2,6 83:4 86:9
  88:4
**reminds** 45:3
**removed** 34:22
**renewals** 70:7
**reorganizational**
  74:15
**repeat** 40:19
**repeating** 41:12
  89:25
**report** 10:5,13
  13:22 19:3 22:17
  29:23 31:6 80:16
  82:8,8 83:14
  84:16 91:19,21
  92:14 93:10,11
**reported** 1:23
  77:17 92:17,18
  93:17
**reporter** 4:6 68:9
  68:11,12,13

**reporting** 77:14
  77:16 78:15,25
  85:20
**reports** 8:19 68:5
  68:15,22 77:9,12
  77:20 79:3,6,19,20
  79:23 80:6,7,23
  81:22 82:17 83:8
  85:22 89:2 92:10
**representative**
  1:17
**republican** 7:3
  71:9
**reputation** 78:8,12
  78:15,19 79:4,4
  87:17,19 89:9,21
**request** 23:25
**requesting** 27:12
**requests** 99:7,11
**required** 80:16
**requirement** 53:3
**requirements**
  52:24
**research** 12:22
  55:16
**reserved** 3:13
**reserves** 32:24
**respective** 3:6
  10:5
**respond** 8:2
**responding** 81:14
**response** 68:10
**responses** 87:15
**responsible** 10:12
  11:6 37:6 57:6
  73:21
**results** 44:7 46:15
  47:17 48:22,23
**resume** 25:10,13
  27:7 33:4 40:17
  42:3 48:14,17

  52:10 93:6
**resumes** 44:6
**retire** 20:9 62:16
**retired** 58:6
**retirement** 20:22
  63:4
**retirements** 21:5
**retires** 20:10,11
**retiring** 59:5
**return** 62:12 67:3
  76:8
**review** 11:12,24
  28:19 54:3,8 77:9
  77:19
**reviewed** 54:9
  60:2 88:15
**ride** 9:5
**right** 9:19 15:13
  21:9 30:18 32:24
  45:25 46:3 49:13
  55:20,20 63:13
  70:16 79:14 83:17
  83:17 84:15
**ring** 26:10
**risk** 7:23 8:9,12,15
  8:18 10:10 29:4
  75:17 79:10,12
  83:4 88:9 89:13
  94:23
**rnc** 7:4
**road** 13:13
**role** 72:13,16 74:7
  83:19
**rollout** 10:20 11:4
**room** 2:21 38:5
**roster** 44:18,21
  49:18
**round** 24:17 54:22
**routine** 80:2,20
**routinely** 70:4

**rule** 70:8
**rulings** 99:9
**run** 22:19 85:8
**running** 95:22
**runs** 56:18

**s**

**s** 92:14 100:4
**safeguards** 68:16
**salary** 16:18
**sampling** 80:4
**saw** 95:24
**saying** 36:8 86:21
**says** 85:4
**scene** 81:14
**schedule** 46:9
**school** 45:3
**score** 46:17
**scored** 47:18
**screen** 24:6 33:25
  34:15
**seal** 45:9
**sealing** 3:8
**second** 30:15 35:5
  61:25 73:10
**secretary** 49:7
**section** 73:25
  75:14
**sections** 73:25
**see** 11:17 16:9
  67:11 76:9,10,11
  81:11,24 87:10
  95:7
**seek** 62:21
**seeking** 67:8 68:12
**seen** 53:13 54:11
  58:10 70:7 92:6
**select** 45:13 59:16
**selected** 44:4
  64:16 74:22
**selection** 52:4

**self**  59:16 91:19,21
  92:10,17
**send**  27:9,13,14
  73:8 92:20
**sending**  55:5,6
**sense**  83:25
**sent**  36:7 66:22
**separate**  25:25
  61:19
**separated**  62:10
  62:23
**separation**  61:20
  62:6,7,25 63:4
**september**  1:12
  6:10 7:6 19:20
  20:2 32:6 33:6
  71:12 98:22 100:2
**sergeant**  5:18,19
  5:22,23 14:6,6
  15:11 65:9 76:13
  76:15
**sergeant's**  83:20
**sergeants**  19:15
  60:22
**series**  7:19
**serious**  60:18,23
  61:17 62:5
**service**  10:11 15:6
  15:9 19:13,15,16
  21:19,22 23:15
  34:21 60:16,17
  61:4
**services**  16:17
  95:3
**session**  36:23
**sessions**  36:17,18
  95:21
**set**  33:11 58:12,19
  59:11 98:11,21
**settlement**  62:15

**seven**  5:17 74:24
  74:25
**severe**  82:20
**share**  65:21
**sheet**  49:19 100:1
**sheets**  46:17,17
**short**  5:25 61:19
  67:16
**sic**  28:10
**side**  11:8,10
**sign**  36:22
**signature**  98:24
**signed**  3:16,18
**significant**  16:14
  68:22 82:13 92:23
**similar**  41:25 42:8
**single**  82:18
**sir**  4:16
**sit**  75:21
**situation**  33:2
  42:21 63:17 66:7
  82:15
**situations**  38:19
  91:2
**six**  5:14 18:13
  27:21 37:24 74:25
  75:15 80:4,21,22
  94:16
**skill**  33:11
**skills**  48:21 52:7
**skip**  35:4
**slot**  67:2
**slots**  27:17 28:3,14
  28:21 31:11,25
  51:6,9 56:8
**slowdown**  19:23
**slowed**  18:23
  20:19
**small**  17:22 95:8
**smaller**  29:14

**snapshot**  92:14
**socialized**  55:3
**solicit**  34:11
**somebody**  16:3
  33:9,14,25 43:7
  57:5 58:12 60:3
  60:13 62:10 66:22
  67:5 70:20 72:18
  75:13 84:4
**somebody's**  60:10
  85:15,16 92:12
**soon**  40:10
**sort**  31:15
**sounds**  5:2
**sources**  93:3
**southern**  1:3
**space**  75:15,20,24
  75:24 76:2
**speak**  51:16 77:23
  86:15,19
**speakers**  36:16
**speaking**  57:23
**speaks**  39:6
**special**  6:16 7:5
  10:16 56:19 66:25
  70:12,18 72:19,23
  73:2,19
**specialty**  95:6
**specific**  66:20
  93:13
**spelled**  35:24
**spent**  65:10
**spoke**  68:11,13
  77:24
**spoken**  91:22
  92:18
**spots**  17:14,19
  18:5 38:17 39:19
**spring**  6:14
**squad**  10:4

**ss**  98:4
**stable**  19:25 20:7
**staff**  30:7 31:8
  32:10 33:23 46:14
  54:16 56:17 72:15
  72:21 74:19 75:2
  75:25 96:4
**staffing**  14:8 19:3
  91:6 94:12 95:2
**stakeholder**  56:15
  56:23
**stakeholders**
  54:18 55:5,21,22
  57:9
**stand**  4:24
**standards**  8:2
**star**  9:25 20:11,13
  20:13 22:5,8,10,11
  22:11,13,15,19,23
  22:24 29:6 37:5
  44:3
**start**  41:4
**started**  5:10 10:20
  67:6 86:17
**starts**  22:8
**stat**  77:7,22
**state**  1:22 4:7
  26:13 34:24 98:3
  98:7
**statement**  25:12
  27:7 40:17 52:10
**states**  1:2 10:25
**statistics**  78:16
**statute**  85:14
**stay**  5:20 25:21
  58:23 75:6
**staying**  71:15
**steady**  18:9
**stipulated**  3:5,11
  3:15

**stipulations**  3:2
**stood**  8:10
**stop**  8:4 87:9
**stopped**  86:16
**street**  2:13 10:4
  95:7
**strike**  50:4 59:2
**strong**  21:11
**structure**  9:13
  74:5
**stuff**  14:3,12 61:18
  75:9 84:10
**subject**  80:24
**submit**  25:10
  28:20 33:3 40:16
  42:2
**submitted**  43:6,25
**subordinate**  31:14
  51:21 76:21
**subordinates**  36:9
  36:19
**subscribed**  97:10
  100:22
**subsequent**  87:15
**summer**  6:18
**superior**  76:21
**supervisor**  67:20
  81:13 82:4,18
  83:17
**supervisors**  24:10
  48:15
**supplying**  11:21
**support**  10:9,11
  29:21 36:11,24
**supposed**  35:19,23
  79:19 84:9
**sure**  4:22 9:11
  17:22 19:21 23:24
  27:4 35:22 40:20
  55:6 59:12 63:11
  72:8 77:17 83:16

87:19,24 90:6
**surprise**  70:19
**surprises**  70:22
**sworn**  3:18 4:3
  97:10 98:11
  100:22
**system**  14:5 32:22
  35:22 41:17 44:10
  47:2 52:13,16,17
  61:24,25 91:2
**systematic**  82:4

**t**

**t**  4:2,2,2,9 98:2,2
**tab**  25:5
**tabloids**  68:2
**take**  15:8 26:21
  46:19 48:24 51:3
  51:10 61:19 68:6
  68:25 83:12 84:12
  85:19
**taken**  7:17 37:13
  81:20
**talk**  21:12
**talked**  7:25
**talking**  43:10
  86:17
**tanner**  56:21
**task**  7:10,13 75:5
**tasked**  36:21
**team**  6:25 12:15
  65:15,23 66:2,4,6
  66:9 79:21,25
  80:11,18 81:2
  83:7 86:18 88:13
**teams**  79:24
**technology**  11:9
  29:24 56:5
**teletype**  32:22
**tell**  67:24 83:11
  86:24 93:7 96:17

**telling**  36:6
**template**  25:13
**temporary**  69:22
  69:24 70:3,6,11,20
  71:13 90:20
**ten**  51:3 94:15
**tendency**  58:23
**tenure**  20:10,12
  50:17 80:24
**term**  23:13
**terminated**  62:14
  62:24
**termination**  63:3
**terminology**  87:3
**terms**  11:3 27:8
  30:8 38:17 46:5
  52:20 53:11 55:13
  56:10 78:12 79:3
  83:25 85:12
**terrorism**  7:10,12
  75:5
**tested**  92:19
**testified**  4:4 94:5
  95:15
**testimony**  98:13
**tests**  70:14
**thank**  4:15 9:7
  14:22 57:19 97:4
  97:5
**thanksgiving**
  26:23
**theft**  81:9
**theresa**  1:20 98:6
  98:25
**thick**  44:24
**things**  26:22 33:6
  48:12 51:19 57:4
  62:4 72:4 79:16
**think**  6:9,14 7:5
  17:13,24 18:2,14
  19:6,18,25 21:7

23:5 26:12,17
  28:11 53:3 55:10
  59:5 63:7 67:25
  76:13,14 77:6
  82:21 86:16,22
  90:14 92:4,7
  93:23,25 94:20
  95:21
**thinking**  17:18
  92:5
**thinks**  30:24
**third**  30:15
**thorough**  80:10
**thought**  26:6
  42:12 47:5 83:9
**three**  20:11 22:5,8
  22:10,15,19,23,24
  25:15 29:6,16
  37:5,15 43:23
  45:8 56:10 64:19
  73:25 79:23 88:8
  91:11 96:13,14
**throw**  26:10
**tier**  30:11,22 31:19
  32:3,12,15,16,17
  35:4,5,7,7,11,11
  35:12 37:18,19,20
  38:6,6,6,15,18,22
  38:22,22,25,25
  39:2,9,13,16,21
  51:5 52:4 95:16
  96:10,10,11,18
**tiers**  30:11 37:15
  51:8
**time**  3:14 6:2 7:21
  8:20 25:24 26:16
  33:3 34:20 45:11
  49:8,20 50:2,6,16
  58:12,15,19 60:4
  60:14,19 64:10
  66:10,15,15,17

67:13,16 71:18
75:25 76:5,18
78:23 81:17 83:24
84:11 86:15 90:11
97:6
**times** 59:2,3
**title** 4:23 11:21
15:7
**titles** 11:20 19:13
**today** 4:16 93:24
**told** 36:9 42:24
83:6
**top** 9:14 18:5
31:18 96:13
**topdown** 26:7
**total** 17:24 18:4
21:4 31:12
**touching** 85:17
**track** 9:21
**tracking** 35:22
**trading** 17:5
**traffic** 90:25
**train** 90:25
**training** 5:13
10:10 11:3 22:21
36:16 92:24 95:21
**trajectory** 58:16
63:22
**tramondo** 1:21
98:6,25
**transcripts** 13:11
**transfer** 11:16
**transferred** 5:15
6:21,23 7:7,15
25:17 57:5 70:5
71:10
**transfers** 13:15,17
13:23 70:3,11
92:22
**transit** 6:5 10:3
22:16 25:20 26:5

69:11,13,16,19
77:20,23 78:12
88:14 89:18 90:4
90:5,20,21 91:2
**transpired** 80:14
**treated** 38:25
**trial** 3:14 12:8
62:18
**trials** 12:6
**trip** 85:9
**true** 98:12
**try** 53:8,9,10 85:8
**trying** 45:21
**tucker** 8:22
**turnover** 20:16,17
**twice** 80:3
**two** 10:21,22 17:5
17:5 18:25 19:6
20:13 22:11 24:24
25:10 37:5,7
64:19 88:8 91:10
93:25 94:24 96:6
**type** 52:13 61:17
89:19
**typically** 16:5 17:4

**u**

**uk** 11:2
**ultimately** 8:8
13:3 29:12 30:9
30:12 32:23 34:13
46:22 48:8 61:10
64:16 66:11
**uncertainty** 62:17
**underreporting**
78:11,16 81:5
82:12
**understandable**
81:7
**understanding**
47:4 84:15 90:23

**understood** 14:13
15:14 34:25 40:6
43:18 44:9 59:17
63:23 71:14
**unfold** 44:25
**uniform** 9:24
19:20
**uniformed** 19:14
**uniformity** 71:20
**union** 17:10
**unique** 70:24
**unit** 6:18 11:15,16
72:14 73:3,5,14,16
73:23 74:4,23
95:6
**united** 1:2 10:25
**units** 10:9 13:21
29:23 72:10,11
79:11
**unknown** 92:6
**unusual** 71:24
**upcoming** 7:3
**updated** 40:16
**upload** 25:10
**upper** 20:17
**ups** 48:15
**use** 47:20 77:9,12
77:17,20
**usually** 62:18
69:23 92:7

**v**

**v** 100:2
**vacancies** 18:6,11
19:4,5,6,7,18
28:12,14,22 30:4
31:13 32:14 37:22
38:15,16 45:19
59:10 94:21
**vacancy** 11:18
16:24

**vaguely** 67:25
69:10
**variables** 33:13
59:11 63:14 74:13
**variation** 41:18
**varied** 36:3
**varies** 58:19
**variety** 65:19
**vary** 59:6
**version** 32:22
35:18 41:22 85:20
**vetting** 30:19
57:16
**victims** 82:10
**view** 61:19
**visit** 80:3
**visiting** 65:7
**voice** 26:8
**vote** 42:4,6,11,15
42:16,22,23,25
43:4,16 44:17
45:5
**votes** 47:16
**voting** 42:3,14,21
43:12,20 44:7,17
45:15 46:6,15
47:2,3 48:6,22
49:19
**vs** 1:6
**vucinaj** 1:4 57:21
63:25 64:6 67:12
67:18,21 69:9
70:13 76:5,6,19
86:4 88:6,24
100:2
**vucinaj's** 69:3
76:22 78:8 82:23
87:14,17 89:6,9
90:2,19

| w | | |
|---|---|---|
| **w**  4:2 | **whereof**  98:20 | 24:15 25:2,24 |
| **waived**  3:10 | **whichever**  96:18 | 26:16 27:18 28:10 |
| **want**  8:23 11:15 | **white**  1:18 2:4 | 31:3 32:3 33:3 |
| 14:5 17:18,21 | **wholeheartedly** | 35:20 36:13 37:16 |
| 21:3 25:21 26:4,8 | 9:6 | 37:25 38:2,4,9,10 |
| 26:9,9,11 28:19 | **wide**  24:17 87:19 | 38:20 39:14 40:9 |
| 43:8 51:2 53:5,7 | **wider**  28:23 | 40:15 41:5 42:13 |
| 67:9 71:23 74:12 | **wild**  74:16 | 43:9,13,13 49:22 |
| 86:19 94:19 | **willing**  25:17 | 55:2,13 59:10 |
| **wanted**  7:21 26:7 | **witness**  4:3 43:12 | 68:23 70:21 78:5 |
| 43:7 55:6 94:2 | 98:10,14,20 99:3 | 78:6 80:3 88:22 |
| **wants**  32:25 | **work**  6:16 39:15 | **year's**  41:11,11 |
| **warrants**  33:12 | 56:4 64:20 71:7 | **yearly**  20:21 21:4 |
| **water**  14:19 | 73:22 | **years**  5:17 10:21 |
| **way**  15:7,18 24:14 | **workforce**  52:23 | 10:21,22 18:8,14 |
| 29:12 33:23 42:17 | 53:7 | 20:11,12 24:24 |
| 46:25 47:10 51:14 | **working**  7:2 54:15 | 27:20 31:4 37:24 |
| 51:18 65:20 91:13 | 55:9,15 72:22 | 58:7,10 64:19 |
| 94:12 98:18 | 75:9 76:19 89:14 | 74:16 83:5 88:8,8 |
| **ways**  15:16 47:23 | **works**  72:14 | 94:16 |
| **we've**  18:11,14 | **workshops**  37:4 | **york**  1:3,8,9,16,19 |
| 19:14 28:9 32:16 | **worldwide**  11:2 | 1:19,22 2:6,6,11 |
| 35:21 37:25 51:5 | 65:20 | 2:14,14,18,20,22 |
| 55:8 | **write**  43:6 70:13 | 2:22 4:12,12 5:6 |
| **weeded**  30:17 | **written**  52:10 | 7:4 8:5 64:21 |
| **week**  13:10 26:18 | 83:14 | 66:11,12 68:2 |
| 26:23 55:11 87:11 | **wrong**  46:24 83:15 | 76:8 98:3,5,8 |
| **weigh**  16:12 | 84:5 | 100:2,2 |
| **weighs**  51:15 | **wrongdoing**  81:13 | |
| **weight**  59:19 | **wrote**  89:2 | |
| 63:12 | x | |
| **weird**  85:14 | **x**  1:4,10 99:2 | |
| **went**  5:8,22,24 6:5 | **xos**  95:5 | |
| 6:7,13,15 7:10,12 | y | |
| 10:23 35:25 41:23 | **yeah**  9:5 11:8 | |
| 44:7 49:21 50:18 | 21:10 38:13 45:4 | |
| 50:19,24 55:2 | 72:8 76:21 86:18 | |
| 65:8 66:2,23 | **year**  18:8,10,13,16 | |
| 71:14 76:12 87:24 | 18:21 20:18 21:7 | |
| 88:21 | 21:8 23:13 24:14 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.