

DATE: 4/30/2018

TIME: 10:47:57

# NEW YORK CITY POLICE DEPARTMENT

## PERSONNEL PROFILE REPORT

**TAX NUMBER : 907538**

**NAME: VUCINAJ, MARASH**

| | | | |
|---|---|---|---|
| **MOS NAME:** | VUCINAJ,MARASH, | **SOC SEC:** | ***-**-0593 |
| **RANK/TITLE:** | CAPTAIN | **SHIELD:** | 00000 |
| **COMMAND:** | 859 TRANSIT BORO BROOKLYN | **FIREARMS:** | YES |
| **LOCATOR:** | | **DUTY FUNCTION:** | |
| **PERM.CMD:** | 000 | | |
| **APPT DATE:** | 2/28/1994 | **CS PROM DATE:** | 12/23/2009 |
| **ASSIGN DATE:** | 11/19/2016 | **DISC PROM DATE:** | 00/00/0000 |
| | | **RETRO CS R/T:** | 00/00/0000 |
| **BIRTH DATE:** | 12/3/1972 | **SEX:** | M |
| **RELIGION:** | CATHOLIC | **RACE:** | WHITE |
| **COUNTRY:** | 840 UNITED STATES | **CPI POINTS:** | 37 |
| **MEDICAL AVAIL:** | FULL DUTY | **ON SICK REPT:** | NOT SICK |
| | | **CHRONIC:** | NOT CHRONIC |
| **DUTY STATUS:** | ACTIVE | **DEPT VEH ACC:** | 1 |
| **STATUS DATE:** | 00/00/0000 | **DVA AT FAULT:** | YES |
| **HOME ADDR:** | 86-48 110 STREET | **RES PCT:** | 102 102 PCT |
| | RICHMOND HILL,NY 11418 | **HOME PHONE:** | (718) 200-5828 |
| **E-MAIL:** | MARASH.VUCINAJ@NYPD.ORG | **CELL PHONE:** | () - |

**EMERGENCY NOTIFICATION:**

| | | | |
|---|---|---|---|
| | VUCINAJ,VERA,J | **RELATIONSHIP:** | SISTER |
| | 86-48 110 ST | **HOME PHONE:** | (718) 849-0821 |
| | RICHMOND HILL,NY 11418 | **WORK PHONE:** | () - |
| | | **MOS:** | NO |
| **OTHER HOUSEHOLD MEMBER MOS:** | | **SPOUSE MOS:** | |

**SECONDARY NOTIFICATION TAX: 000000 AND/OR 000000**

***** COMMAND ROSTER - DATA ENTERED BY COMMANDS CONCERNED *****

| TITLE | CATEGORY | POSITION | OTHER CMD | START TOUR | END TOUR | RDO |
|---|---|---|---|---|---|---|

***** PERSONNEL HISTORY ********

| EFF DATE | AUTHORITY | COMMAND | LOCATOR | DUTY STATUS | RANK/TITLE | DUTY FUNCTION |
|---|---|---|---|---|---|---|
| **TAX NUMBER : 907538** | | | | | | |
| 02/28/1994 | PO08294 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| 04/04/1994 | XX00000 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| 09/01/1994 | PO26494 | 112 PCT | | ACTIVE | POLICE OFFICER MALE | |
| 05/24/2000 | PO15200 | 043 PCT | | ACTIVE | SERGEANT | |


| | | | | | | |
|---|---|---|---|---|---|---|
| 07/17/2000 | XX00000 | 043 PCT | | ACTIVE | SERGEANT | |
| 08/17/2003 | PO23903 | PBQ/N | | TEMP.ASSIGN. | SERGEANT | |
| 09/08/2003 | PO23903 | 043 PCT | | ACTIVE | SERGEANT | |
| 11/25/2003 | PO33203 | PA UPTU | | ACTIVE | LIEUTENANT | |
| 12/15/2003 | PO35403 | 115 PCT | | ACTIVE | LIEUTENANT | |
| 01/23/2004 | PO02804 | SS DIV | | ACTIVE | LIEUTENANT | |
| 02/16/2004 | PO05004 | INT PSS | | ACTIVE | LIEUTENANT | |
| 08/22/2007 | PO24507 | DB SID | | ACTIVE | LIEUTENANT | |
| 02/18/2008 | PO05508 | SP FRDS | | ACTIVE | LIEUTENANT | |
| 12/23/2009 | PO35709 | PA UPTU | | ACTIVE | CAPTAIN | |
| 01/18/2010 | PO01310 | PBBX | | ACTIVE | CAPTAIN | |
| 03/25/2010 | PO07810 | 042 PCT | | ACTIVE | CAPTAIN | EXECUTIVE OFFICER |
| 08/12/2011 | PO23111 | PBBX | (163T45) BX 40 IMP ZN | ACTIVE | CAPTAIN | IMPACT/ZONE |
| 01/20/2012 | TA00312 | PB HCD | | TEMP.ASSIGN. | CAPTAIN | |
| 05/20/2012 | PO13312 | PB HCD | | TEMP.ASSIGN. | CAPTAIN | |
| 05/21/2012 | PO13312 | PBBX | | ACTIVE | CAPTAIN | |
| 06/14/2012 | PO15612 | 044 PCT | | ACTIVE | CAPTAIN | EXECUTIVE OFFICER |
| 07/20/2012 | PO19612 | PBBX | (163T32) PBBX IRT | ACTIVE | CAPTAIN | IMPACT/ZONE |
| 10/01/2012 | PN19712 | PBBX | (163T32) PBBX IRT | TERMINAL LEAVE | CAPTAIN | IMPACT/ZONE |
| 01/10/2014 | PN00914 | PBBX | (163T32) PBBX IRT | ACTIVE | CAPTAIN | IMPACT/ZONE |
| 01/11/2014 | PO01214 | PBBX | | ACTIVE | CAPTAIN | IMPACT/ZONE |
| 01/11/2014 | PO01214 | PBBX | | ACTIVE | CAPTAIN | |
| 01/30/2014 | PO03014 | 042 PCT | | ACTIVE | CAPTAIN | EXECUTIVE OFFICER |
| 06/11/2014 | PO16814 | 047 PCT | | ACTIVE | CAPTAIN | EXECUTIVE OFFICER |
| 10/14/2014 | PO29814 | PBQ/S | | ACTIVE | CAPTAIN | |


| | | | | | |
|---|---|---|---|---|---|
| 12/15/2014 | TA01514 | PB HCD | TEMP.ASSIGN. | CAPTAIN | |
| 04/18/2015 | TA01514 | PBQ/S | ACTIVE | CAPTAIN | |
| 03/25/2016 | PO08416 | 101 PCT | ACTIVE | CAPTAIN | EXECUTIVE OFFICER |
| 07/05/2016 | PN21616 | 101 PCT | TERMINAL LEAVE | CAPTAIN | EXECUTIVE OFFICER |
| 07/05/2016 | PN13416 | 101 PCT | TERMINAL LEAVE | CAPTAIN | EXECUTIVE OFFICER |
| 11/18/2016 | PN23216 | 101 PCT | ACTIVE | CAPTAIN | EXECUTIVE OFFICER |
| 11/19/2016 | PO32216 | TB BK | ACTIVE | CAPTAIN | |

**TOTAL HISTORY RECORDS FOUND : 36**

***** NAME CHANGE *****

| EFFECTIVE DATE | AUTHORIZATION # | OLD NAME | NEW NAME |
|---|---|---|---|

**TOTAL NAME CHANGES FOUND : 0**

***** ADDRESS CHANGES *****

| EFF DATE | CURRENT HOME ADDRESS | PREVIOUS HOME ADDRESS | NEW RES PCT | OLD RES PCT |
|---|---|---|---|---|

**TOTAL ADDRESS CHANGES FOUND : 0**

***** MEDICAL HISTORY REPORT *****

| SICK | | RETURN | | CHR | LOD | OLD | TOUR |
|---|---|---|---|---|---|---|---|
| DATE | TIME | DATE | TIME | | | LOD | PLAT |

**TOTAL TIMES SICK: 0**

***** MEDICAL AVAILABILITY HISTORY *****

| MEDICAL AVAILABILITY STATUS | | MEDICAL AVAILABILITY DATE | | TOTAL DAYS |
|---|---|---|---|---|
| PREVIOUS | CURRENT | ON | OFF | |

**NO MEDICAL AVAILABILITY ON FILE**



NEW YORK CITY POLICE DEPARTMENT

PERSONNEL PROFILE REPORT

DATE: 4/30/2018

TAX NUMBER : 907538

TIME: 10:47:57

NAME: VUCINAJ, MARASH

***** SKILLS SUMMARY *****

| CODE | SKILL |
|---|---|
| 1009 | STOCKKEEPER |
| 1349 | MANAGEMENT & METHODS ANALYSIS |
| 1383 | STATISTICAL EXPERIENCE |
| 1385 | SURVEYING |
| 1392 | DATA ENTRY |
| 2006 | ALBANIAN UNDERSTAND,SPEAK |
| 2406 | SPANISH UNDERSTAND,SPEAK |
| 4091 | A.R.I.P.(ACCIDENT REDUCTION)(INFO TRKD IN PA DB) |

**TOTAL SKILL : 8**

****** ARREST ACTIVITY SUMMARY ******

**ARREST INFORMATION FROM 1982:**

| ARRESTS: | FELONIES: | VIOLATIONS: | MISDEMEANORS: | INFRACTIONS: | RESIST: | OTHER: |
|---|---|---|---|---|---|---|
| 50 | 18 | 1 | 29 | 2 | 0 | 0 |

***** MONITORING SUMMARY *****

**FORCE/DISCIPLINARY MONITORING:**

| TYPE | START DATE | END DATE | REASON |
|---|---|---|---|

**TAX NUMBER 907538 DOES NOT HAVE MONITORING RECORDS**

**IF THERE ARE ANY QUESTIONS, CONTACT THE PERFORMANCE ANALYSIS SECTION 212-720-4800 DURING REGULAR BUSINESS HOURS**

***** DEPARTMENT RECOGNITION SUMMARY *****

**MEDALS AWARDED:**

| | | | |
|---|---|---|---|
| EXCELLENT POLICE DUTY: | 0 | COMMENDATION - INTEGRITY: | 0 |
| MERITORIOUS POLICE DUTY: | 0 | MERITORIOUS POLICE DUTY - INTEGRITY: | 0 |
| COMMENDATION: | 0 | COMMENDATION - COMMUNITY SERVICE: | 0 |
| EXCEPTIONAL MERIT: | 0 | CIVILIAN COMMENDATION: | 0 |
| HONORABLE MENTION: | 0 | POLICE COMMISSIONER'S AWARD | 0 |
| MEDAL FOR MERIT/VALOR: | 0 | PURPLE SHIELD AWARD | 0 |
| COMBAT CROSS: | 0 | MERITORIOUS SERVICE AWARD | 0 |
| MEDAL OF HONOR: | 0 | MERITORIOUS SERVICE AWARD - INTEGRITY: | 0 |
| PURPLE SHIELD MEDAL: | 0 | OUTSTANDING SERVICE AWARD: | 0 |
| DISTINGUISHED SERVICE MEDAL: | 0 | DISTINGUISHED SERVICE AWARD: | 0 |


NEW YORK CITY POLICE DEPARTMENT

PERSONNEL PROFILE REPORT

TAX NUMBER : 907538

NAME: VUCINAJ, MARASH

***** MILITARY INFORMATION SUMMARY *****

**MAINFRAME VERIFIED INFORMATION:**

| | |
|---|---|
| **STATUS:** | **NOT IN RESERVE** |
| **BRANCH:** | **NO MILITARY BRANCH** |
| **RANK:** | **NO MILITARY RANK** |
| **EXCUSAL:** | **NO EXCUSAL** |
| **CONTRACT END DATE:** | **01/01/0001** |
| **MILITARY END DATE:** | **01/01/0001** |

*****UNIFORM EVALUATIONS SUMMARY *****

| Type of Eval. | Cmd | Rating Period From | Rating Period To | Overall Rating | Purpose | Rater Title | Rater Name | Appeal |
|---|---|---|---|---|---|---|---|---|
| LT | 212 SP FRDS | 01/14/2008 | 01/16/2009 | 4.5 | ANNUAL | DI | GREGORY ANTONSEN | |
| LT | 212 SP FRDS | 01/01/2007 | 01/01/2008 | 4 | ANNUAL | DI | GREGORY ANTONSEN | |
| LT | 212 SP FRDS | 01/16/2006 | 01/15/2007 | 4 | ANNUAL | CIV | EDWARD CURRAN | |
| LT | 216 DB SID | 01/16/2006 | 01/15/2007 | 4 | INTERIM | LT | BRANDON DELPOZO | |
| LT | 216 DB SID | 01/16/2006 | 01/15/2007 | 4 | ANNUAL | LT | BRANDON DELPOZO | |
| LT | 319 INT PSS | 01/16/2005 | 01/15/2006 | 4 | ANNUAL | DI | FRANCIS DARSILLO | |

**TOTAL UNIFORM EVALUATIONS RECORDS FOUND: 6**

***** EDUCATION SUMMARY *****

| Education | Credits | Date Graduate | College | State | Major | Status |
|---|---|---|---|---|---|---|
| B.B.A. OR B.C.S. | 121 | 9/1/1992 | BARUCH COLLEGE/CITY UNIVERSITY OF NEW YORK | NEW YORK | INDUSTRIAL PSYCHOLOGY | VERIFIED |
| COLLEGE STUDY (ND) | 7 | | ST. JOHN'S UNIVERSITY | NEW YORK | TRANSFER CREDITS | VERIFIED |

**TOTAL EDUCATION RECORDS FOUND : 2**

**HIGHEST DEGREE EARNED** BACCALAUREATE **CREDITS** 128

***** OFF-DUTY EMPLOYMENT *****

***** LANGUAGE PROFICIENCY SUMMARY *****

**THIS MEMBER IS PROFICIENT IN THE FOLLOWING LANGUAGES:**

| LANGUAGE | SPEAK SCORE | WRITING SCORE | READING SCORE | TEST DATE | FBI TEST DATE | TRAINING DATE |
|---|---|---|---|---|---|---|

**TOTAL LANGUAGE RECORDS FOUND:** 0



NEW YORK CITY POLICE DEPARTMENT

PERSONNEL PROFILE REPORT

TAX NUMBER : 907538

NAME: VUCINAJ, MARASH

DATE: 4/30/2018

TIME: 10:47:57

***** FIREARMS SUMMARY *****

**PREVIOUS FIREARMS DISCHARGE INCIDENT (S) :**

**DATE OF LAST FIREARMS DISCHARGE:**

**FIREARMS POSSESED BY MOS:**

| SERIAL NUMBER | MAKE | MODEL | TYPE | CALIBER | ACQUIRED DATE | DISPOSITION DATE | DISPOSITION REASON | WEAPON TYPE |
|---|---|---|---|---|---|---|---|---|
| CAE6427 | SW | SW640R | R | .38 | 4/5/1996 | 4/5/1996 | OTHER | AUTH |
| U498838 | SSS | SSS6DA | S | 9MM | 6/17/1994 | 6/17/1994 | OTHER | AUTH |

**TOTAL FIREARMS RECORDS FOUND : 2**

***** RANGE ATTENDANCE SUMMARY *****

**DATE OF LAST FIREARMS ATTENDANCE :** 12/07/2017

***** TRAINING HISTORY *****

| Course Name | C.C.R.S Credit | Date |
|---|---|---|
| Basic Leadership Course | 3.00 | 5/24/2000 |
| **Recruit Academic Program (Formerly Student Officer Training Program)** | | |
| Community Relations for Police Officers | 3.00 | 8/28/1994 |
| Criminal Investigation (Police Science-Criminal Investigation) - Version 4 | 4.00 | 8/28/1994 |
| Criminal Law | 4.00 | 8/28/1994 |
| Field Training Program Retired Courses | 3.00 | 8/28/1994 |
| Introduction to Law | 4.00 | 8/28/1994 |
| Introduction to Law Enforcement - Police Science | 4.00 | 8/28/1994 |
| Introduction to Social Psychology | 4.00 | 8/28/1994 |
| Physical Education - Versions 2 - 5 Part 1: Foundations of Physical Fitness | 1.00 | 8/28/1994 |
| Physical Education - Versions 2 - 5 Part 2: Defensive Tactics | 1.00 | 8/28/1994 |
| Physical Education - Versions 2 - 5 Part 3: American Heart Association Basic Life Support | 1.00 | 8/28/1994 |
| **Total Credits :** | **32.00** | |

| Certification Name | Certified | Date Effective |
|---|---|---|
| **Department Training** | | |
| 20k Training Initiative - One (1) Day Seminar | YES | 4/27/2015 |
| Automated External Defibrillator Training Program | NO | 7/24/2012 |
| COBRA - Cohort Training | YES | 4/1/2004 |
| COBRA Refresher Training (THREAT) | NO | 11/18/2010 |
| COBRA Refresher Training (THREAT) | NO | 12/17/2009 |
| Criminal Justice Reform Act Roll Call Training Part 2 | YES | 5/1/2017 |

DEFS000436


| | | |
|---|---|---|
| Dignitary Protection Course | YES | 8/6/2008 |
| Equal Employment Opportunity In-Service Training | YES | 6/2/2017 |
| Equal Employment Opportunity Transgender Diversity and Inclusion:Executive Order 16 | YES | 6/21/2017 |
| Executive CEW/ECA Certification | YES | 4/3/2018 |
| Executive Financial Planning Seminar | YES | 3/16/2017 |
| Executive Technology for Executives | YES | 4/25/2017 |
| Expandable Baton Course | YES | 10/9/2009 |
| Force Policy Revision- Training Course- PG 221 | YES | 4/18/2016 |
| Public Contact and Consent to Search (Right to Know) - Unit Training August 2016 | YES | 9/20/2017 |
| Street Narcotics Enforcement Unit SNEU | YES | 5/8/2001 |
| Windows Phone Training and Distribution | YES | 10/1/2015 |
| **Department Training Video** | | |
| Force Policy Revision-Video-PG 221-Unit Training May 2016 | YES | 9/25/2017 |
| Investigative Encounters-Video #1 Request for Info-Unit Training Feb 2016 | YES | 9/22/2017 |
| Investigative Encounters-Video #2 Common Law Right of Inquiry-Unit Training May 2016 | YES | 9/22/2017 |
| Investigative Encounters-Video #3 Terry Stops and Reasonable Suspicion-Unit Training June 2016 | YES | 9/22/2017 |
| Investigative Encounters-Video #4 Documentation and Supervision-Unit Training July 2016 | YES | 9/22/2017 |
| **Department Vehicle Qualifications** | | |
| 12 Passenger Van / Utility Vehicle Qualification | YES | 2/28/1994 |
| Barrier Truck Certified | YES | 1/1/0001 |
| Collision Reduction Incentive Program (C.R.I.P.) | YES | 1/1/0001 |
| Patrol Wagon Certified | YES | 1/1/0001 |
| Recruit 12 Passenger Van / Utility Vehicle Qualification | YES | 1/1/0001 |
| Recruit RMP Qualification / RMP Operator Qualified | YES | 1/1/0001 |
| **Distance Learning** | | |
| Belt Trauma Kit Video | YES | 6/21/2017 |
| Collaborative Policing- Accessing Telephonic Interpreters via Language Line | YES | 9/13/2017 |
| Collaborative Policing- Policing in Today's Multi-Faith NY | YES | 9/6/2017 |
| Counterterrorism Active Shooter Training | YES | 6/21/2017 |
| Counterterrorism Bureau Facility Awareness Video- Time Warner Building | YES | 7/28/2017 |


**PERSONNEL PROFILE REPORT**

DATE: 4/30/2018

**TAX NUMBER :** 907538

TIME: 10:47:57

**NAME: VUCINAJ, MARASH**

| | | |
|---|---|---|
| CounterTerrorism Bureau Facility Awareness Video-Empire State Building | YES | 7/28/2017 |
| Counterterrorism Bureau Initial Patrol Response for Active Shooter | YES | 9/20/2017 |
| Counterterrorism U.A.S. (Unmanned Aircraft Systems) Drone Awareness | YES | 6/21/2017 |
| Crime Control Strategies- Community Supervision | YES | 6/21/2017 |
| Crime Control Strategies- Complaint Reporting Training | NO | 6/21/2017 |
| Criminal Justice Reform Act Roll Call Training Part 1 | YES | 5/10/2017 |
| DAS Overlapping Layers Tutorial | YES | 9/8/2017 |
| Information Security Awareness Training | YES | 9/20/2017 |
| ITB NYPD Radio: Communicating with Other Agencies via the NYMAC Channel | YES | 9/25/2017 |
| Legal Bureau Performance Metrics - Prohibited Conduct | YES | 3/16/2018 |
| Locating apple devices using your department smartphone | YES | 9/8/2017 |
| Mobile Identification Device (Morpho) | YES | 9/22/2017 |
| New Performance Evaluation Process | YES | 9/8/2017 |
| Patrol- Polycarbonate Shield | YES | 9/6/2017 |
| Personnel Bureau NYPD Employee Assistance Unit (EAU) | YES | 7/28/2017 |
| Police Commissioner Message- NYC Gives | YES | 3/16/2018 |
| Police Commissioners Message - Victims of Sexual Assault Video | YES | 7/28/2017 |
| RMB BWC Executive Training Video | YES | 3/16/2018 |
| RMB Interior Patrol of Housing Authority Buildings, PG 212-60 Roll Call Video 1 | YES | 7/27/2017 |
| RMB Interior Patrol of Housing Authority Buildings, PG 212-60 Roll Call Video 2 | YES | 7/27/2017 |
| RMB Interior Patrol of Multiple Dwelling Buildings Enrolled in the Trespass Affidavit Program (TAP), | YES | 7/27/2017 |
| RMB Interior Patrol of Multiple Dwelling Buildings Enrolled in the Trespass Affidavit Program (TAP), | YES | 7/28/2017 |
| Tactical Awareness- Ballistic Vest | YES | 6/22/2017 |
| Tactical Awareness of Excited Delirium Syndrome | YES | 9/8/2017 |
| Tactical Awareness-Smartphone Safety | YES | 6/22/2017 |
| Training Materials- Closing the Gap on Vehicle Intelligence | YES | 9/8/2017 |
| Training Materials- Pawnshop and 2nd Hand Dealer Database | YES | 9/8/2017 |
| Training Materials- The Recidivist Tracking and Reporting Database (RTRD) | YES | 9/8/2017 |
| Training Materials- Virtual Crime Information Center | YES | 9/6/2017 |
| Warrant Check in Domain Awareness System (DAS Lite) | YES | 9/8/2017 |



NEW YORK CITY POLICE DEPARTMENT
PERSONNEL PROFILE REPORT
TAX NUMBER : 907538
NAME: VUCINAJ, MARASH

PAGE: 9
DATE: 4/30/2018
TIME: 10:47:57

## In-Service Training

| | | |
|---|---|---|
| Advanced Leadership Course: Newly Promoted Lieutenants | YES | 11/25/2003 |
| Foundations of Executive Leadership | YES | 12/23/2009 |

DEFS000439