USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARASH VUCINAJ,

                Plaintiff,                              18 **CIVIL** 7606 (LGS)

       -against-                                **JUDGMENT**

NEW YORK CITY POLICE DEPARTMENT
and CITY OF NEW YORK,
                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 12, 2020, Defendants' motion for summary judgement is GRANTED except as to the NYCHRL failure to promote claim, over which the Court declines to exercise supplemental jurisdiction and which is dismissed without prejudice to refiling in state court. Judgment is entered for Defendants; accordingly, the case is closed.

Dated:  New York, New York
            August 12, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                             BY:

                                                      **Deputy Clerk**